AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

)
)
Sebastian Radetic )
_____ )
Petitioner )
)
Miami Field Office )   Case No. _____
Immigration and Customs Enforcement )   *(Supplied by Clerk of Court)*
)

FILED BY ___PG___ D.C.

**SEP 11 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

cat / div  5 30 / 2241 / a PB
Case # _____
Judge _____  Mag REID
Motn Ifp  YES  Fee pd $  0
Receipt # _____

## PETITION FOR A WRIT OF HABEAS CORPUS UN...

### Personal Information

1.  (a) Your full name:  SEBASTIAN RADETIC
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution:  GLADES COUNTY DETENTION CENTER
    (b) Address:  1297 EAST STATE ROAD 78
       209244 4
    (c) Your identification number:  209 244 450

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       _____
       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
    ☒ Being held on an immigration charge
    ☐ Other *(explain):* _____
    _____
    _____

Page 2 of 10



AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☒ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other _____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: MIAMI FIELD OFFICE IMIGRATION AND CUSTOMS ENFORCEMENT GLADES COUNTY DETENTION CENTER

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

1297 E. STATE ROAD 28
MOORE HAVEN, FL 33471
ALIEN # 209-214-450

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

BECAUSE I HAVE VOLUNTARY DEPARTURE SO I WAVED ANY APEAL BY JUDGE ORDER

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes   ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

BECAUSE OF MY VOLUNTARY DEPARTURE I HAD NO REASON TO APEAL

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes   ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:



AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

BECAUSE OF MY VOLUNTARY DEPARTURE I HAD NO
REASON TO APPEAL

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:




AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11.   Appeals of immigration proceedings
Does this case concern immigration proceedings?
☐ Yes         ☒ No
If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?
☐ Yes         ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?
☐ Yes         ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.   **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ No    ☒ Yes

    If "Yes," provide:

    (a)  Kind of petition, motion, or application: _____

    (b)  Name of the authority, agency, or court: _____

    (c)  Date of filing: _____

    (d)  Docket number, case number, or opinion number: _____

    (e)  Result: _____

    (f)  Date of result: _____

    (g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

    **GROUND ONE:**   SEE   ATTACHED   FILE

_____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

GROUND TWO:  *SEE ATTACHED FILE*

_____
_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

GROUND THREE:  *SEE ATTACHED FILE*

_____
_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** *SEE ATTACHED FILE*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: *SEE ATTACHED FILE*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

09. 09. 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

09. 09. 20 20                           Sebastian Radetic

                                        _____
                                        Signature of Attorney or other authorized person, if any

State of FLORIDA          9 PAGES
County of GLADES
Subscribed and sworn to (or affirmed) before me this
___8__ day of SEPTEMBER 2020
By SEBASTIAN RADETIC
Personally known ____ OR produced identification GLG20MN100620
Type identification produced GLADES COUNTY DETENTION CENTER

_____
Notary Public

CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters

1

13.  **Ground 1:**

I am being held in violation of the Due Process Clause of the Fifth
Amendment and the Eight Amendment (violation of right to reasonable
safety, and infliction of cruel and unusual punishment).

a)  I am detained at the Glades County Detention Center, but before I was
detained at KROME D.C.M., Bakers C.D.C. Jacksonville, Wakulla C.D.C.
Tallahassee. Since COVID-19 pandemic started I was detained in the
KROME D.C.M., and I was never given masks, gloves, or material to learn
about COVID-19. When we use to asks officers or medical staff to give us
masks, they use to say that they don't have them, and that we don't need
masks, and that if other detainees see that some detainees are wearing masks
there would be a panic. While I was being transported from one Detention
center to another with the bus, we detainees would eat in the bus, sit one
next to other because there was always 15-25 of us detainees being
transported at one time. With that said there was no social distancing, and no
masks were given to us detainees while being transported, also the bus was
always dirty when we detainees would get in. As much as I could see and
notice the bus was not cleaned with no chemicals, seats were not cleaned or
whipped with chemicals, and the trash was all over the floors. In Bakers
C.D.C Jacksonville, and Wakulla C.D.C. Tallahassee officers and nurses did
not wear masks or gloves, and that brakes every CDC rules and guidelines
(attached file I), in all the detention centers that I was and still am. In Glades
County detention Center Moore Haven, chairs are plastic and since June 29,
2020, chairs are not once cleaned with water, alcohol wipes, or sprayed with
chemicals. G.C.D.C. officers are walking from B1 dorm to our A1 dorm
without changing uniforms, masks, or gloves, and B1 dorm is a quarantine
unit in the G.C.D.C. B1 dorm and A1 dorm are connected with the door, and
everyday more then 20-30 times in a day officers walk in and out threw
those doors that connects B1 and A1 dorm. Detainees that are in B1 dorm
that is a quarantine unit, after 7 days are being moved to our dorm A1 and
that is a deliberate act of putting our lives in danger by contracting COVID-
19 and possibly killing us detainees, just as already one detainee from
Glades County Detention Center died from COVID-19.With that said the
officers and medical staff from Glades C.D.C., are neglecting CDC rules and
guidelines about protecting us detainees from COVID-19, as it can be seen

2

from the (PPR at 7-14). It is well known that COVID-19 has no vaccine, and it is killing people all over the world, and hits all age groups.There is a 2-inch gap between doors and floor, and sometimes doors stay open for 5-10 min, while officers are doing their rounds. When is breakfast, lunch, and dinner time, officers and trusties go to B1 dorm to serve the food to the quarantine detainees, and after they come to our dorm to serve food to us without changing their uniforms, gloves or masks. And that is how the COVID-19, is spread around, and it is against CDC and ICE guidelines (see attached file I). I am cohorted with people that have high temperatures and showing symptoms of illness, that have been tested for COVID-19, and I have not been tested yet. When I ask for a test I am told no. There is absolutely no social distancing at this facility I am in a cubical with six people, and about a foot away from half of them. I am in a dorm with between 75-90 detainees,  and we sit 4 up 6 at table with people less than one foot away, and some detainees eating on their beds.

Detention centers are not isolated communities. Staff, visitors, contractors, and vendors can bring infectious diseases into facilities. (Greer Decl. 9.) COVID-19 has already started to spread inside prisons and detention centers across the United States. To date, there are over 3,596 confirmed COVID 19 cases and 3 died among those detained in ICE custody nation-wide. At Glades there are 141 confirmed cases and one dead. Moreover, congregative setting such as detention facilities where people share common dining areas, bathrooms, and other common areas allow for rapid spread of infectious diseases. (Greer Decl. 9-10; Castano Decl. 15. (see exhibit A)). Detention facilities are often over-crowded, under-resourced, and ill-equipped in the event of a contagion. (Shin Decl. 14; Greer Decl. 11.) Contrary to Castano Declaration I have attached notarized statement (please see attached exhibit D).Detainees often have to wait several days to see a medical doctor for serious medical concerns. (Greer Decl. 25.(see exhibit C)) Further, detention facilities often lack onsite medical facilities or 24-hour medical care, which can be crucial in indentifying and managing infectious disease. (Greer Decl. 12-13.) During a contagion, staff may fall ill and fail to attend work, which in turn increases the risk of spread because of the reduced level of care provided. (Greer Decl. 15.) This happened at Glades where some of the medical staff got sick or quit and there were eleven officer cases of COVID-19. Thus, the risk of wide-spread transmission of COVID-19 in detention centers is "significantly higher than in the community." (Shin Decl. 13.(see exhibit B)).

Guidelines call for detention facilities to avoid group cohorting, ICE flagrantly flouts its own rules on the subject and groups asymptomatic

detainees together.  .At the June 25, 2020 Hearing, ICE admitted that during the pendency of this action, it discovered 58 COVID-19 cases at Glades. Rather than indentifying and isolating individuals who have contracted the virus, ICE opted to cohort the entire 320-person population at Glades for 14 days.   ICE argues that such cohorting is permitted under the CDC's Guidelines, which states is pertinent part, "[i]f an entire housing unit is under quarantine due to contact with a case from same housing unit, the entire housing unit may need to be treated as a cohort and quarantine in place. " The CDC's Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities (March 23, 2020) at p. 19. As the court has previously noted, the CDC's Guidelines on the issue of cohorting is clear-cohorting should be avoided and utilized only as a last resort, not as a primary preemptive measure. The CDC's Guidelines specifically caution that "[c]ohorting multiple quarantined close contacts of COVID-19 case could transmit COVID-19 from those who are infected to those who are uninfected. Cohorting should only be practiced if there are no other available options. "Id. In the Court's view, had ICE adhered to the CDC's Guidelines cautioning against arbitrary transfers and comingling symptomatic individuals with non-confirmed COVID-19 cases, the enormous Cohort created at Glades may have been avoided.

Petitioner assert that Government agencies are required to follow their own rules and regulations and that an agency which violates its own rules and regulations violates the Administrative Procedures Act and the Fifth Amendment's Due Process Clause. Petitioner further alleges that ICE has failed to follow the National Detention Center Guidelines, which Petitioner argue require ICE to follow CDC Guidelines.ICE can make a conscious effort to address detention conditions in light of COVID-19. For example, at BTC, all detainees over the age of 60 have been released and the overall detention population has decreased by 35%. (ECF No. 63 at 34). So, it is clear that ICE fully understands the benefit of reducing the detainee population. Thus, to the extent that ICE fails to commit to addressing the conditions complained of, ICE has demonstrated deliberate indifference.

**(The PRR calls for detainees to be quarantined for 14 days prior to entering the general population. Id. at 14. New entrants are to be assessed foe fever and respiratory illnesses prior to entering the facility. (Castano Decl. 9.) Pursuant to the PRR, ICE should "consider cohorting daily intakes; two days of new intakes, or multiple days on new intakes, in designated areas prior to placement into the general population. " Id. ICE's PRR also states all facilities housing ICE detainees must:Ensure that all staff and detainees wear cloth face covering (when protective**

4

**equipment supply is limited) to help slow the spread of COVID-19;instruct staff and detainees to wear cloth face coverings when protective equipment supply is limited; Provide staff and detainees with no cost unlimited access to supplies for hand cleansing, including liquid soap, water, paper towels or dryers, and no-touch receptacles;Instruct personnel that "[A]ll staff and detainees should maintain a distance of six feet from one another," and**
**Make efforts to reduce the population to approximately 75% of capacity, to promote social distancing.**
        **(PPR at 7-14.)).**

Did you present Ground 1in all appeals that were available to you?  No


## Ground 2:

I am being held in violation of the Due Process Clause of the Fifth Amendment and the Eight Amendment (violation of right to reasonable safety, and infliction of cruel and unusual punishment).

a.    On the October 24, 1976, I was born in the Social Federation Republics of Yugoslavia (SFRY), in Communism, and there were six republics (Slovenia, Croatia, Bosnia and Hercegovina, Macedonia, Montenegro, and Serbia). In the 1990, civil war started in SFRY on the Croatian territory, and it that time I was 13 years old. My family stayed in the Croatia the whole time of the war, from 1990 to 1996, and my father went to war from day one to protect his family. My childhood was under the government war curfews hiding in the bunkers from plains and bombarding, no lights at night and all the windows had to be blacked out.
      School was mostly in the bunkers- bomb shelters, there was no food or jobs, life was day by day and was depended on the humanitarian help. The war front was maybe 5 miles away from my house, and when I was almost 16 years old I went with few of my friends in the war as underage kids, and before that I didn't hear any news about my father for more than 7 moths, if he is still alive or got killed from the enemy. I went to protect my mother, sister, grandparents and my aunts and cousins even I was also still a child, but war doesn't ask how old you are, and you have to grow up very fast. When I went to war my mother didn't let me just like not one normal mother would let her child to go, but I run away because it has to be done, or other

solution was to pack our stuff and be a refugees in some foren country just like were thousands of Croatian citizens. Lucky for me I came back to my mother and to my family alive just as my father did. Lot of people got killed in the war and many of my friends or badly injured. I thought that I was lucky that I survived just as my father did, but war leave its marks on the person for rest of its life, the horrors that you see and you live threw, is that to hide as a child in the bomb shelters, live with no lights, food, water, plans flying over your heads dropping bombs on you. Being in the war you see lot of dead people, some of those corps stayed for weeks not being buried in the ground and also animals, and smell so bad that you would choke on it for days. I thought the war was the worst that happened to me until I got in the ICE custody. Since I am in the ICE custody I got badly injured in the bus while being transported back from court. Since that happened more than 9 months ago I never got any proper medical attention but pain medication. I was being moved all around the Florida jails for no reason without being tested for COVID-19, or being put in the isolation or quarantine for 14 days prior to the transfers or after transfers and with that my life is putting in danger to contract COVID-19. In best case scenario to have permanent damage from COVID-19 as it can be seen from the news that huge percentage of people that get sick have nerves damages, lungs damages, kidney and liver damage, or the worst case scenario to die. I survived the war and came back to my mother and to my family, but this time I am afraid that with this COVID-19, pandemic I will not see my Mather or Father again. Since day one I complied with ICE, they have my Passport, I signed all the papers and documents that they gave me. ICE Deportation Officer took photo of my face for travel document but never send it, and instead to provide me with the travel documents and honor the Judge Christina M. Martyak order of Voluntary Departure, ICE on purpose moved me away and took my voluntary departure away from me and now I am probably going to be deported.

I believe that ICE did not let me go home on time because of the accident, and my injuries because I am not fit to travel with plane. I have chronic migraines that feels like my head wants to explode from the pressure, and when plane flies at the 35000-40000, feet in the air the pressure at that height's are huge and I would be in even worse pain, and flight to Europe from U.S. takes 12 hours. As it can be seen from the library list (attached file G), in the G.C.D.C., we detainees are sharing common area as the hallways, medical unit where we sit down on the plastic chairs, touch metal doors and door knobs, in the library using the same computers and typing on the same keyboards, sharing the same barber area and barber tools,

6

with B1 dorm that is a quarantine dorm unit in the G.C.D.C. I also know that we are sharing all this units with female detainees that are under the quarantine. With all that my life is put in danger every day here in the G.C.D.C. Here can be seen what CDC says about spreading COVID-19, **quote from CDC (Transmission of COVID-19, coronavirus occurs much more commonly through respiratory droplets than through objects and surfaces, like doorknobs, countertops, keyboards, plastic (chair, tabletops), etc. Current evidence suggest that SARS-COV2 may remain viable for hours to days on surfaces made from a variety of materials. Cleaning of visibly dirty surfaces followed by disinfection is a best practice measure for prevention of COVID -19, and other viral respiratory illnesses in household and community settings).**

**From the Harvard quote (a recent study found that the COVID-19, coronavirus can survive up to four hours on copper, up to 24 hours on cardboard (foam), and up to two to three days on plastic and stainless steel. The researchers also found that this virus can hang out as droplets in the air for up to three hours before they fall).**

On Friday June 31, 2020, inspection came to check the Glades County Detention Center. Few days before the inspection Glades C.D.C. staff started to do big cleaning in Glades C.D.C., also hiring outside professional cleaning service, for kitchen and etc., (as it can be seen from file J). Few days before the Glades County officers started taking out detainees from our dorm, and from other dorms and moving them to Baker County Detention Center in Jacksonville. 3 days after inspection left the G.C.D.C. officers brought in our dorm A1, 20 detainees from B1 dorm that is used as quarantine, and in B1 dorm left only one person (don't know if that person is a detainee or a county jail inmate). Two days after on Wednesday we detainees have found out that in dorm B1 now has around 40-50 detainees and Glades county inmates-U.S. citizens. Mixing detainees and county inmates (U.S. citizens) but ICE does not care about their own rules and like that can put detainees life in danger because county inmates come directly from the streets, and with that can spread COVID-19 very easily to us detainees, and put our lives in danger.

Detainees that are moved from dorm B1 that is quarantine to our dorm A1, told us that they were only 7 days in the quarantine, and that some of them came from KROME D.C.M., and other detainees from G.C.D.C. and also Glades County Inmates and U.S. citizens. Before the inspection at G.C.D.C. officers used to wear masks and gloves 24/7, and they used to give masks to us detainees twice a week when was supply for toilet papers and shampoo. Since inspection left officers are walking with no gloves, they take

7

of the masks, and we are not getting masks any more on the regular supply basses. It is well known that officers are the one that bring COVID-19 virus in the facilities, because they are going outside where the COVID-19 is spreading more and more every day. I am in ICE custody more than 12 months and in that time COVID-19, didn't even exist, and with that said the officers are neglecting CDC rules and guidelines about protecting us detainees from COVID-19, as it can be seen from the (PPR at 7-14)

The chief of World Health Organization said and this is a quote **(WHO chief Tedros Adhanom Chebreyesus has said that coronavirus pandemic is "easily the most severe" global health emergency the organization has ever seen and that there may never be a vaccine or "silver bullet" to defeat the virus)**. Not even the world's top doctors or scientist think that they will find a cure for COVID-19, and they all say that COVID-19 pandemic, will not be stopped any time soon.

With all this said I am afraid for my life here in the detention center, because the officers are braking all the rules and regulations from CDC and also ICE guidelines. Since I am in G.C.D.C. custody already one detainee died from COVID-19, the Mexican immigrant Onoval Perez Montufa died of COVID-19 complication at the age of 51 on Sunday July 11, 2020, of COVID-19 complications, at Lakeside Medical Center in Belle Glade. One detainee died in the ICE custody in KROME D.C.M. from COVID-19 complications, he was 51 years old Taiwanese immigrant Kuah Hui Lee. He died in ICE custody on August 5, 2020, in Miami hospital, and he was detained in KROME Detention Center Miami. He had tested positive for COVID-19, and died after a "massive intracranial hemorrhage". It is unclear whether he had been tested for COVID-19, in the KROME D.C.M. Thomas James Hill a 72 years old Canadian immigrant died in ICA-Farmville on August 5, 2020, and he had tested positive for COVID-19. So far in ICE custody from COVID-19, died 5 detainees, and how detention centers are being run by ICE, that number will only rise and I am afraid that I will be one of those victim of COVID-19, and just another number in the statistic that lost life in ICE custody from COVID-19.

With all this said I am afraid for my life, especially because I was on the hunger strike with no food and no water for 15 days. Since then I have to use asthma pump (and I never had asthma in my life), so I can get air in my lungs, got enema and water in my lungs, water retention in my both legs, and that is because my kidneys are not working properly any more. Have pain in my kidneys. I can't go to the bathroom for days and the medical staff is giving me milk magnesium to help me with that problem. Still since the accident I didn't get proper medical attention, and because of that I have

bone sticking out of my foot, that need to be broken and put back in the place, my jaw out of alignment and also need to be put surgically back in the place, two of my teeth broken and because of my jaw being out of alignment my teeth are being under the constant pressure and start to hurt, and gums bleeding and hurting. Because of that, I have chronic migraines and pains all around my jaw, head and neck, also have something wrong with my spine since the restraining chain went in my spine in the bus accident. For all that I am getting lot of pain medications that are just making worse my kidney, liver and stomach conditions, and my immune system is getting weaker more and more every day. Dentist tried to help me to get out to Hospital and to see if dentist can help me with my jaw and to take pressure away from my teeth. My teeth and gums are hurting and bleeding because my jaw is out of its place-dislocated, and because of that my teeth are constantly under the pressure and I have chronic migraines and head pain. I can't eat normal and it hurts me when I chew food, and because of all that dentist from Glades County Detention Center asked ICE that is stationed here in the Glades D.C., to get me proper medical attention at the outside hospital. On the August 23, 2020, Glades C.D.C. dentist told me that ICE that is stationed in the Glades C.D.C. told him that I need to talk with main ICE office about that, and that I am not their problem (referring on Glades  C.D.C. ICE). With that said I will never get any medical attention while I am in the ICE custody, especially it is already past more than 9 months since the bus accident under the ICE custody occurred. Not even person that is responsible for me while I am being detained Deportation officer Mr. Andre Molina wanted or tried to help me, even I sent him many requests that can be seen on the tablet at the KROME D.C.M. There every communications go through the tablet and when I asked Mr. Andre Molina for the accident report, medical history, and my court transcripts I was moved all around the Florida. Instead for Mr. Andre Molina to get me my Travel Documents so I could leave on time to my country and to honor Judge Christina M. Martyak order of Voluntary Departure. European Union does not except travelers from United States because of the COVID-19. Because of that I can't fly back to my country Croatia. Croatia has proximately 4,500,000 million citizens, and at this time has around 2500 sick people with COVID-19, and around 150 that died from COVID-19, at the same time United States have more than 180,000 people died from COVID-19,more than 6,100,000 million people sick with COVID-19, as is the more then population of my country Croatia. If my D.O. Mr. Andre Molina did what he told me and send my paperwork on time to my Consulate I would be home, I would took care of my injuries and my life would not be in danger of contracting the deadliest virus in the world at

this time COVID-19. When Judge Christina M. Martyak gave me order of Voluntary Departure, and even President Donald J. Trump closed the airport for travelers from Europe on the March 14, 2020, Miami International Airport was open for International flights out of the U.S. Also my Consul was working and if my D.O. Mr. Andre Molina sent my travel Document as he told me on the March 3, 2020, I would be home already safe with my family. Al this can be easily verified by checking the video surveillances from every facility that I was and still am, and it can be verified by video surveillance in the busses while I was being transported. Every time I was being transported cameras in the bus were recording, and also in every facility cameras are recording 24/7, and that I know because when any kind of incident has occurred the officers would check the camera to see what happened. All of my requests and questions between myself and my D.O. Mr. Andre Molina can be seen on the tablet at KROME Detention Center Miami. On those requests can be seen that my D.O. Mr. Ivan Molina never tried to get my Travel Document and kept me here to get sick and die from COVID-19, and all that because I was involved in the bus accident while under the ICE custody, and also my requests to medical staff to help me get proper medical attention, but all that KROME D.C.M. medical staff did was giving me pain medication. From all what happened to me under the ICE custody I believe that ICE will keep me here indefinitely, especially now because of this COVID-19 pandemic. Since COVID-19 pandemic is getting worse more and more every day, and all the countries closing done their borders there is no way for me to fly back to Croatia, especially because I need to go in transit through minimum 3 different countries. How situation is going on now in the Glades County Detention Center I will get sick with COVID-19, not one officer is wearing protective gear, gloves, or masks, nurses don't wear gloves and few days ago one of the nurses scratched me with her nail while trying to do my blood pressure. As it can be seen from Library that staff is even mixing A1 dorm and a quarantine B1 dorm together at same time to be together. As it can be seen that there are also other dorms going to library after the B1 dorm that is a quarantine dorm, and it is well know that virus stays for hours and days on metal and plastic surfaces, and in the air for several hours. English is not my first language, and I am not an a attorney so please forgive for any mistakes I have done while writing. I tried to do the best that I can to represent myself and to describe my situation while under the ICE custody to your Honor. I hope that you will see through all this paperwork that I am really in a bad place, and that ICE didn't do anything to help me to go home when I was supposed to go by Judge order, and to help me with medical condition that happened

in the bus accident more than 9 months ago. Even when doctor tried to talk with ICE to get me proper medical attention, ICE told him that it is not their problem. I feel helpless in this situation under the ICE custody, and for that reason I beg you your Honor to help me get out of this bad situation, to survive this horror under the ICE custody and to see my family again. I don't want to be one of the statistic number that died from COVID-19, and to be sent back to my mom and dad in a coffin. For my family and for myself please Your Honor help me. Thank you very much for your time in this matter.

It is not possible to social distance the detainees at this facility. People with confirmed cases are deliberately cohorted with people with suspected cases, which shows a total disregard for our safety and well being. This practice also violated ICE April 10, 2020 COVID-19 Pandemic Response Requirements. We are congregated in groups of more than ten people. I am currently in a dorm with about twenty five people that came from Krome within the last three weeks that are confirmed positive for COVID-19 and are cohorted with people that are asymptomatic, or have not been tested at all, just like I was not once tested for COVID-19, or put in the quarantine for 14 days, in all my 5 transfers since April 22, 2000, until June 29, 2020.

ICE has failed in its duty to protect the safety and general well-being of the Petition. At Glades the bunk beds are at paltry 12 inches apart, the distance between the upper bunk and the lower bunk is 34 inches, and the chairs and benches where detainees eat at Glades are only three feet apart, contrary to CDC guidelines.

These failures have placed Petition at a heightened risk of not only contracting COVID-19, but also succumbing to the fatal effects of the virus since I have serious underlying medical illness

A continued failure to provide detainees with bare minimum necessities and supplies to survive the pandemic is evidence of deliberate indifference to medical needs, tantamount to the infliction of cruel and unusual punishment because it increases the risk of exposure to a lethal and highly-contagious disease.

The number of COVID-19 cases within each detention center at issue has risen, especially with the aggressive utilization of transfers-evidence that there truly is a heightened risk of contracting the disease within the detention centers. ICE does not argue that COVID-19 poses serious risk to detainees. Rather, ICE asserts that the Court should respect its unfettered authority to manage and maintain the detention centers. A job they are failing at terribly and putting our lives in jeopardy.

Beginning in 2004, Congress has appropriated funding to ICE for an Alternatives to Detention program created to provide supervised release and enhances monitoring for a subset of foreign nationals subject to removal whom ICE has released into the United States. Detainees may be released on parole, bond, home detention, etc., through the Alternatives to Detention program. In fact, ICE has reportedly utilized its alternative detention program to release hundreds of immigrants in detention as coronavirus spreads in detention centers.

**(The PRR calls for detainees to be quarantined for 14 days prior to entering the general population. Id. at 14. New entrants are to be assessed foe fever and respiratory illnesses prior to entering the facility. (Castano Decl. 9.) Pursuant to the PRR, ICE should "consider cohorting daily intakes; two days of new intakes, or multiple days on new intakes, in designated areas prior to placement into the general population. " Id. ICE's PRR also states all facilities housing ICE detainees must:**
**Ensure that all staff and detainees wear cloth face covering (when protective equipment supply is limited) to help slow the spread of COVID-19;**
**Instruct staff and detainees to wear cloth face coverings when protective equipment supply is limited;**
**Provide staff and detainees with no cost unlimited access to supplies for hand cleansing, including liquid soap, water, paper towels or dryers, and no-touch receptacles;**
**Instruct personnel that "[A]ll staff and detainees should maintain a distance of six feet from one another," and**
**Make efforts to reduce the population to approximately 75% of capacity, to promote social distancing.**
**(PPR at 7-14.)).**

a) Did you present Ground 2 in all appeals that were available to you?  No

## Ground 3:

I am being held in violation of the Due Process Clause of the Fifth Amendment and the Eight Amendment (violation of right to reasonable safety, and infliction of cruel and unusual punishment).

a) On the November 19, 2020, between 9-10pm  coming back from court at Krome Detention Center Miami, from Judge Jorge Pereira I and another 9 detainees got in the bus accident while in ICE custody. The driver name is J.

Cedeno, who is working for security company AKIMA GLOBAL SERVICES L.L.C. (AGS) as a detainee officer (not knowing if the AGS security officers have CDL license for driving big busses). The bus was F5500, the biggest bus that in their fleet, and driver detainee officer J. Cedeno hit the palm three (that's what they said but I could not see because the windows are blocked-covered so we can't see outside and nobody can see inside of the bus). Accident happened in front of the Monroe County Jail (M.C.J.) in Key West (ICE used to rent there D-dorm for detainees). Upon arrival in the M.C.J. facility, Deputies called for Key West Sheriff department to send officers to do the accident report and the M.C.J. Deputies put as in the holding cell and told us that we have to wait for Paramedics to come and check us up for possible injuries, (4 transfer detainees and 6 of us detainees coming from court where separated and put in 2 different holding cells). I tried to obtain accident report multiple times threw my deportation Officer Mr. Andre Molina, but he never responded or gave it to me.  After probably 45-60 min M.C.J. Deputy came and took us to our D-dorm with no check up from paramedics or from M.C.J. medical staff. As soon as I got to the D-Dorm I told the Deputy that I was involved in bus accident under the ICE custody coming back from court and that my tooth is broken and one tooth chipped, dislocated jaw, that my head hurts because I hit my head, my left leg hurts, and also my back and neck hurts. Deputy on duty called the medical and he told nurse and asked her why I wasn't checked and cleared with paramedics or in jail medical stuff before taking me back to housing unit(D-dorm). Nurse told to the Deputy that she checked 4 detainees that are transfer from KROME Detention Center Miami, (when there is a transfer of detainees from one facility to another, the medical staff need to do a medical check up on detainees), and then Deputy told her that there was 10 detainees in the bus at the time of the accident and that she forget to check me and another 5 detainees, (because of us detainees went to the court ,when we got back to M.C.J. medical staff does not do a check up on us). When they took me to the medical nurse check me up around 1am and told me that doctor will see me in the morning and gave me pain medication.

   Since the accident happened,I have been trying to see a doctor or the dentist but that didn't happen for more than 280 days (or more then 9 months). I was putting sick in calls every day to get a MRI and CT head scan and to be seen by a doctor and dentist (as seen in the attached file A, this are a partial medical records, and not from all facilities that I was detained, even I tried and send multiple requests to obtain my medical files). During that period I was only seen by nurses and given pain medications, even though I was dizzy, had blurry vision, head hurting and lost conscious. My jaw hurts

13

when I eat or talk because it is dislocated, gums bleeding and hurting, my left leg broken (foot, bone sticking out), my back hurting because the chain from my restraints went inside my spine and my neck hurting. I also sent requests to ICE to help me to try to get proper medical attention but I never got any response back from them, and also my attorney sent three letters to my Deportation Officer (D.O.) Mr. Andre Molina, but he never responded to my attorney or me. On the January 28, 2020, around 8am I lost conscious in front of the M.C.J. Deputy Edwards, that would not happened if I got proper medical attention from M.C.J. medical staff and from ICE my D.O. Mr. Andre Molina. On the February 13, 2020, Supervisor Detainee Deportation Officer (S.D.D.O.) Mrs. Perez came to the M.C.J. in Key West to talk with the detainees to see if everything is ok, if there are any problems or complaints. I told her about the bus accident that I was involved in on November 19, 2019, and that I was injured and that M.C.J. medical staff is not doing anything to help with my injuries, and to sent me to get MRI and CT head scan. I also told her that I sent multiple requests to ICE and that my attorney sent three letters to my D.O. Mr. Andre Molina but never got any respond or help from him. SDDO Mrs. Perez told me to write down on the ICE request form what happened and what kind of medical help I need and to give it to her and she will personally help me when she get back to the ICE KROME Detention Center Miami (ICE requests are only one single paper, don't have copy so for that reason I can't attach copy of the request). To this day I never got any help and its already 9 months since my accident and all I'm getting are pain medication. (1600mg of Ibuprofen, and 1000mg of Tylenol a day), and I am still in pain, and my pain is getting only worse, and those medications are destroying my stomach, and that is not way to treat my injuries. In March my building 11 went in quarantine for 14 days with around 100 detainees in it. On the Friday April 3 the ICE Officer came to the building 11 and informed the detainees about COVID-19 and that ICE will stop with bringing new detainees from the street, jail, and prison to the KROME detention Center and in our housing units. As soon as the ICE Officer left that same night we got in to our building 11, a few more detainees, and when we asked them where did ICE arrested them, they told us that ICE picked them up on the street. The same thing happened the next day and we got a few more new Detainees, that ICE arrested from the streets and brought them in our building 11 ( building 11 wasn't the only one, ICE brought people to other buildings also, we could see new detainees with standard bags that detainees get in processing, clothes, etc). Sunday we got in the second quarantine with 115 detainees which put us over capacity 15 people and put in the building 11 some beds for camping. Then we asked to

talk to ICE because we can't breathe because the AC and ventilation is not made for 115 detainees but 80 only detainees and that is written inside of the building 11 on the walls. We could not go out to get fresh air because we were under quarantine, we had no masks, and detainees breathing in each other face, coughing and spreading germs. We got breakfast, lunch and dinner inside the building 11, and we had to eat on our beds because there are not enough seats and tables to sit down and eat, and eating like that food fells on the bed and we are not able to clean it, then only when was scheduled to wash blanket once a week on Sunday. ICE Officers didn't come to talk to us even where they are working everyday in the KROME Detention Center. On Wednesday April 8, 2020, there was incident with AGS detainee Officers in building 11 in KROME Detention Center Miami. An incident happened because AGS Detainee Officers told to the trusties (detainees that clean the building 11), that there are two AGS Detainee Officers sick with COVID-19, and one detainee from our building 11, and we asked to talk to ICE officers because they are responsible for us, not the AGS Company that takes orders from ICE. Because the building 11 was overcrowded, was not hygienic to live in 24 hour a day, being second time in the quarantine just a few days after getting out from first quarantine tensions between detainees and officers got intense. All that could be prevented if ICE came and talked to us detainees and find a reasonable and human solution but ICE ignored any attempt of detainees and also from AGS Officers to come to building 11 and try to resolve situation. Then one detainee got attacked by AGS Officers and they started hitting him, in that moment I and other detainees pull him away and asked AGS Officers not to hit him because he didn't attack them or did anything wrong to them. In about 2-3 min in building 11 came around 40 AGS Detainee Officers came and start attacking us detainees and trying to put handcuffs on the detainee Jossaint Frerot . In one moment, AGS Detainee Officer put handcuffs around his fist and hit detainee Jossaint Frerot in the face few times. All that was captured on the video surveillance (attached file B), and after they took him outside the building and beat him really bad while he was restrained with handcuffs, and with him another two detainees. The same night in the building 14 Alpha came officers with rubber bullet guns, paintball bullet guns, and electro shocker guns, dressed as a swat team and put all the detainees on the floor, and all that because detainees also asked for ICE officers to come talk to them and stop bringing new people in the dorm from the streets, with no quarantine or COVID-19 testing, just like in our building 11. For that incident, I received a reprimand and was told not to interfere with staff duties (as it can be seen in the file that I am attaching).

15

On the    April 22, 2020, I was moved from KROME Detention Center Miami to the Glades County Detention Center Moore Haven on 04/22/2020, and then on 05/01/2020, I was moved to the Bakers detention Center Jacksonville, then on 05/07/2020, I was transported to the Wakulla County Detention Center in Tallahassee. Wakulla County detention Center was not supposed to accept any federal prisoners-ICE detainees since May 3, 2020, but I was accepted at Wakulla C.D.C. Tallahassee on May 7, 2020, (see attached file E). From Wakulla county Jail in Tallahassee I was transported on 06/12/2020, to KROME Detention Center Miami and on 06/16/2020 I was taken to the Miami International Airport and back to the KROME Detention Center Miami, and on 06/29/2020, I was transported to the Glades county Detention Center Moore Haven. In all these transfers I was never tasted for COVID-19 and I was never put in quarantine or isolation from other detainees (as it can been seen from attached file E, from transfer dates that are 9 days, 6 days, 1 day, 12 days, and housing units that are general population). In all this transfers I and other detainees were transferred with no social distancing sitting one next to each other in full bus, and with no masks, or with bus being cleaned or disinfected ( trash was all over the floors, dirt and dust all over the bus and seats). On the February 27th, 2020, Judge Christina M. Martyak gave me the order of Voluntary departure by March 30, 2020. On the March 2nd, 2020, ICE moved me from M.C.J. in Key West to KROME Detention Center Miami. On the March 3, 2020, my Deportation Officer called the Dorm 11 where I was in housing unit and told AGS security officer to bring me to the Dorm 1. There D.O. Mr. Andre Molina took photo of my face and gave me papers to fill out on my native language (Croatian), and told me that he is sending all that to my Consul that same day.D.O. Mr. Andre Molina took my photo of my face and had me sign Travel Document (T.D), that was on my native language Croatian. He told me he was sending it of that day, when I saw him 7 days later he told me that he sent my T.D. to my consul, and waiting for a response so I can buy a plane ticket. Another D.O. Mr Ivan Aldo told me a week after that they are still waiting for my consul to send back to ICE my T.D. After that I never saw D.O. Mr. Andre Molina or D.O. Mr. Ivan Aldo but only contacted them trough the tablet sending messages.

When I thought that  my Voluntary Departure expired on 03/30/2020, I sent a few messages to the D.O. Mr. Andre Molina asking what is going on with my paperwork so I can go back to my country Croatia. On April 6, 2020, D.O Mr. Andre Molina answered my question on the tablet saying that he sent my paperwork and my picture to Croatian Consul on April 2, 2020. After that I sent another message asking why did he wait 30 days to sent my

16

documents and picture that he took and I signed on March 3,2020, and the answer was that because of COVID-19, many consulates are not working. In all that time and still now the Croatian consul was and is still working and I was and I still is in contact with my consul. After that with no explanation I was being transferred all over the Florida Jails-Detention Center as it can be seen, and in all that time not knowing what is going on and what will happen to me, even my Voluntary departure was still valid at that time, because I was all that time under the ICE custody, and I was complying with everything my Deportation Officer asked me to do. On the April 28,2020, in Glades County Detention Center B1 dorm where I was detained, detainees and I started a hunger strike because of COVID-19. Four days after I was transferred to B.C.D.C. in Jacksonville where I continued with hunger strike with no food and no water, and then six days after I was transferred to W.C.D.C. in Tallahassee where I continued hunger strike with no food and no water until May 12,2020. In that period of 15 days with no food and no water I lost 37 pounds and got lot of medical complication, water in my lungs, enema in the lungs, water retention in the legs, kidney not working properly any more, and start having hard time breathing and dry coughing and as a result of that now I have to use asthma pump to get more air in my lungs, (as it can been seen in attached medical file A). When I was asked why I'm on the hunger strike I told medical staff that I'm doing it so I can be sent back to KROME D.C.M. so I can see my judge and to see why I have been moved 8 hours away from Miami when I was complying with Judge order and complying with ICE, to go back home to my country. In Tallahassee is completely different system, there I didn't have a judge and also couldn't get in touch with my Deportation Officer. Detainees that are being moved away from KROME D.C.M. are detainees that sent appeal and are waiting for answer from higher court. That can take up to six months and that's why ICE moves those detainees to clear space in KROME D.C.M. I was not on appeal and I had order of the Judge Christina M. Martyak for V.D. On May 11, 2020, S.D.D.O. Mr. Thomas Decker came with medical staff in W.C.D.C. in Tallahassee and talked to me, when I explained him he told me that he is going to check up and let me know what is going on.On May 12, 2020, S.D.D.O. Mr. Thomas Decker came again with medical staff and told me that he talked to my D.O. Mr. Andre Molina and that he told him that he sent my T.D. on April 2, 2020, but on the wrong address , and then the W.C.D.C. Doctor Psychiatrist asked why he didn't sent it again because since then past already 40 days and he could have T.D., and I could be on the way home. S.D.D.O. Thomas Decker on that question didn't have answer, and then he informed me that he talked to my Consul and that he

17

will do everything to get me back home in next 30 days, pleading for me just to start eating and drinking liquid again. I told S.D.D.O. Thomas Decker and the medical staff with Doctor that where all the time with us, that as soon as I get my Voluntary Departure, or talk to my Judge Christina M. Martyak I will start eating and drinking. Then S.D.D.O. Thomas Decker left and told me that he will extend me my V.D. After 1 hour nurse came back to my holding cell where I was under observation and gave me paper that says my V.D. has been extended until June 27 (as it can be seen from attached file C). I found out after when I came back to KROME D.C.M. that I did not need extention for my Voluntary Departure, because it was valid for four months since Judge Christina M. Martyak granted one to me. After that, I start eating, drinking, and 3 days after I was put back in general population. Week after S.D.D.O. Thomas Decker came to my housing Unit and informed me that I can call my friend or family and to buy plane ticket until June 27, 2020. My friend Michael John Serpico bought plane ticket and sent confirmation to the S.D.D.O. Thomas Decker on the email (as it can be seen from attached file D). On the June 12, 2020, I was transferred from W.C.D.C. to KROME D.C. Miami. I was not tested for COVID-19 or being in quarantine for 14 days. In KROME D.C.M. I was put in general population in POD 3. On the June 16, 2020, I was taken to the Miami International Airport, where AGS Officer went to confirm my plane ticket, while Deportation Officer that is stationed in the minivan with me. After 45-60 min AGS Officer came back to the minivan and told to D.O. that my flight is not accepting me because I'm not Spanish citizen. But as it can be seen from the purchased ticket, that I was going through the transit in Spain, and with that said I was not going through the Spain custom, but directly to Turkey airplane, and also ticket was purchased while COVID-19 was already well spread in U.S. Europe, and id the world. Then they took me to the office in the Miami International Airport where I was until 6 pm, and then the D.O. drove me outside the Miami International Airport and gave me to AGS Detainee Officers from KROME D.C.M. While I was in the Miami International Airport Ice office, D.O. and also the 3 AGS Officers were not wearing any masks to cover their mouth and nose, and in Miami Dade it was mandatory to wear masks for protection against COVID-19. When I got back to KROME D.C.M. from Miami International Airport I was not tested for COVID-19, or put in the quarantine for 14 days, but instead I was put back in the same building POT-3 (as it can be seen from file E). Before I was taken to the Miami International Airport I was not tested for COVID-19 and I was not in quarantine for 14 days, just as it can been seen from my

18

transferring documents, and that is against CDC and ICE regulations. On the June 18, 2020, I talked over the phone with my D.O. Mr. Ivan Aldo, because the D.O. since COVID-19 outbreak didn't come to talk with us detainees in person. I asked D.O. Mr. Ivan Aldo if I can buy ticket for Tuesday the coming Tuesday and he told me that because of the T.D. he need more time, so I asked if I can buy ticket for Tuesday the June 30, 2020, and he told me to give him my friends number so he can confirm with him about plane ticket purchase. That same day I told D.O. Mr. Ivan Aldo that my Voluntary Departure extension expires on the June 27, 2020, and that the ticket if is purchased is for June 30, 2020, and on that D.O. told me that he will extend those three days and that is not a problem. I gave D.O. my friends phone number and his info, and that same day D.O. Mr. Ivan Aldo called my friend Michael John Serpico and they talked about ticket purchase for June 30, 2020, and that he will extend my Voluntary departure for three days( I could only buy plane ticket for one day in the week, and that is Tuesday because of the COVID-19 pandemic, plane is only flying once a week). After that day D.O. Mr. Ivan Aldo didn't answer to my friends messages, emails, or phone calls, and on the Thursday,  when is the only day and only once in a week when I could talk to the D.O. I asked Mr. Ivan Aldo what is going on with my V.D.  and why he didn't answer to my friend so he could by plane ticket so I can go back to my country Croatia. The answer from D.O. Mr. Ivan Aldo was that I was supposed to leave until June 27, 2020, while my V.D. was extended and that now I'm being deported. I told to D.O. Mr. Ivan Aldo that he told me that he will extend three days so that I can leave U.S. and to go back to my country Croatia, and that he told that also to my friend Michael John Serpico, on that D.O Mr. Ivan Aldo told me that he never said that, not to me or to my friend and that I'm lying.

Few days after on the June 29,2020, with no explanation I was transferred to the Glades County detention Center in Moore Haven. Here in G.C.D.C. there are no ICE Officers or Deportation Officers to talk to them and ask any question. I have wrote dozen of the request for ICE on the ICE forms and put them in the ICE request box, but that box since I am here was never opened or emptied and that is already more than 40 days. The detainees tell me that that box is not opened for more than four months, and that ICE officers haven't been in the dorm for 4-5 months to talk to detainees. Now I don't know for how long I will stay here in the G.C.D.C., will I be moved somewhere else like I was moved before and also I don't know what my status is because nobody is getting in touch with me from the ICE. One thing is for sure that they can't deport me to my country Croatia, because European Union have put a ban and does not accept any travelers

from U.S., because of the COVID-19 pandemic, and U.S. is the country with the most infected people in the world. I'm already more than 12 months in the ICE custody and been moved 7 times through 5 different ICE Detention Centers. I was picked up by ICE on my last day of 2 years early termination instead of 3 years. In those two years I was never tested positive on any kind of controlled substance, never late for my appointment with probation officer, and was on regular bases in touch over the phone with my probation officer. Since I got in the bus accident under the ICE custody, I was never given a chance to get proper medical attention, and help for my injuries, and I have been put through extreme infliction of pain, and cruel and unusual punishment, that Eight Amendment prohibits. When I got order of V.D. I complied with ICE, gave them my passport, signed papers from my Consul, repeatedly tried to buy plane ticket since I first time I saw and talked to my D.O. Mr. Andre Molina on the March 3, 2020. Since April 22, 2020 I was moved all around Florida State Jails, as it can be seen from dates of my transfers and also from my special needs accommodation in the dorms for my medical conditions ( as it can be seen from attached file E). My life was and still is putting trough torture of excruciating pain every day, and in danger of contracting and dying of COVID-19. In 52 days I was transferred 5 times and not once I was in quarantine or tested for COVID-19, and then again since June 12, 2020, I was out of the KROME D.C.M. to Miami International Airport on the June 16,2020, and brought back to KROME D.C.M. that same day, and then on the June 29, 2020, I was moved to the Glades County Detention Center Moore Haven, and again I was never tested for COVID-19, or quarantined. On June 29, 2020, at KROME D.C.M. AGS Deportation Officer gave me and told me to sign paper that I am being tested for COVID-19, prior to the transfer to Glades C.D.C. At first I did not want to sign that paper, but then he started to yell and intimidate me, and in that moment they took another detainee to separate holding cell, because he refused to sign the COVID-19 testing paper that never happened (see attached file E). With all that is easily seen that ICE is breaking the CDC guidelines and rules and is putting my life in danger to contract COVID-19. Especially because I was granted voluntary departure and with that I was not supposed to be moved from KROME Detention Center in Miami because I need to fly from Miami International Airport, as it can be seen from my plane ticket. I have been moved again from KROME Detention Center to Glades County Detention Center for no reason because of the judge order of Voluntary Departure. When I was in KROME Detention Center in Miami Deportation Officer Ivan Aldo over the phone told me that my V.D. has expired and that I am now being deported. After that I was transferred to the

Glades County Detention Center, where I sent a motion for a bond to my judge and there I found out that my V.D. is still valid, because I was all this time under the ICE custody (as it can be seen from attached file F).

**The Eight Amendment prohibits the infliction of cruel and unusual punishment. Robinson v. California, 370 U.S. 660 (1962). Under that provision, the Government may not impose punishments that shock the conscience, involve unnecessary and wanton infliction of pain, offend evolving notions of decency, or are grossly disproportionate to the offense for which they are imposed. See Estelle v. Gamble, 429 U.S 97, 102-03 (1976); Gregg v. Georgia, 428 U.S. 153, 173 (1976); Trop v. Dulles, 356 U.S. 86, 101 (1958). Various conditions " alone or in combination, may deprive inmates of the minimal civilized measure of life's necessities. Such conditions could be cruel and unusual under the contemporary standard of decency. " Rhodes v. Chapman, 452 U.S. 337, 347 (1981). On that basis, courts have held that government actors violate the Eight Amendment when they are deliberately indifferent to a detainee's serious medical needs. See, e.g. Estelle, 49 U.S. at 106.**

On the subject of cohorting , the CDC's Guidelines advise that people exposed to COVID-19 should be put in individual, not group, quarantine: "Facilities should make every possible effort to quarantine close contacts of COVID-19 cases individually." Id. At 15;19. Further, :[o]nly individuals who are laboratory confirmed COVID-19 cases should be placed under medical isolation cohort. Do not cohort confirmed cases with suspected cases or case contacts." Id at 16. Cohort quarantine "should only be practiced if there are no other available options," because "[c]ohorting multiple quarantined close contacts of a COVID-19 case could transmit COVID-19 from those who are infected to those who are uninfected." Id at 15; 19. If cohorting of ill detainees is unavoidable, the CDC's Guidelines recommend "mak[ing] all possible accommodations until transfer occurs to prevent transmission of other infectious diseases to the higher-risk individuals (For example, allocate more space for a higher-risk individual within a shared isolation room)" Id at 17. Despite the fact that its own Guidelines call for detention facilities to avoid group cohorting , ICE flagrantly flouts its own rules on the subject and groups asymptomatic detainees together. ICE admits that it is currently cohorting 320 detainees at Glades---the entire detainee population --- "as a precautionary measure; per the established protocol. " On June 3, 2020, Mr. Borges testified that he was not tested for COVID-19 before being transferred from BTC to Stewart Detention Center in Georgia. He also stated that he was almost immediately

transferred back to BTC. He was not tested before he was transferred from Stewart back to BTC and was not provided a mask during the transfer process, Mr. Borges wore his used soiled two day old mask when he was transferring back to BTC, upon his return he was quarantined for 14 days. During his quarantine he was taken to recreation at the same time as individuals known to be sick with COVID-19. The guards that escorted Mr. Borges to the Hearing was not donning a mask despite being seated a mere two feet away from Mr. Borges. Such behavior not only violates the spirit and the letter of the TRO, it amounts to deliberate indifference because it demonstrates a blameworthy disregard of the risk of posed by COVID-19 by exponentially increasing the risk of spreading the virus to other detention centers—conduct that far exceeds mere negligence and evidence of reckless state of mind. Such practices substantially increase a detainee's exposure to COVID-19.

Several district courts across the country have ordered the release of alien detainees explaining that pressing health risk of COVID-19 combined with ICE detention necessitate release, The Attorney General William Barr urging the Federal Bureau of Prisons of the prioritization of home confinement, noting "[w]e have to move with dispatch… to move vulnerable inmates out of these institutions." ICE deliberate inaction put us all at a great risk, there is no vaccine for death, just like no vaccine for COVID-19 pandemic. Death is a final order, just not the final order we want as detainees. Especially if it can be prevented by some form of action, or some form of alternative detention particularly for the people with underlying medical condition. I pray that the decision makes in Washington, Immigration and Customs Enforcement, and the Judges presiding over us make a decision to release us before this COVID-19 pandemic becomes our Final Order of Removal.

When the government takes people into custody and detains them against their will, the Constitution confers upon the Government a duty to assume responsibility for those detainee's safety and general well-being. The Due Process Clause similarly imposes a duty on state actors to protect or care for citizens when the state affirmatively places a particular individual in a position of danger the individual would not otherwise have faced.

The Government violates an individual's right to due process when it (1) "affirmatively place[s] [the] individual in danger," or (2) by "acting with deliberate indifference to [a] known or obvious danger . (Constitutional rights to protection by the state exist when there is a showing that the victim faces a special danger distinguishable from that of the public at large).

These failures have placed Petitioners at a heightened risk of not only contracting COVID-19, but also succumbing to the fatal effects of the virus I have serious underlying medical illness. (Recognizing that environment conditions can be the basis for the state-created danger doctrine.)

a. I have enclosed my medical records to show my medical issues as supporting facts (file A)

b. Did you present Ground 3 in all appeals that were available to you?  No

## Ground 4:

I am being held in violation of the Due Process Clause of the Fifth Amendment and the Eight Amendment (violation of right to reasonable safety, and infliction of cruel and unusual punishment).

a) I was sentenced to 3 year probation with 2 year early termination. I complied with all rules and regulations that my probation officer told me. I was always on time for monthly check with my probation officer, and was tested for controlled substances 7-8 times randomly, and every time test was negative. I was in touch with my probation officer over the phone on the regular basses. Because I did everything by the rules and not once broke probation, I finished 1 year earlier (2 years instead of 3 years).  On the August 18, 2019, my probation officer came to check if I am still living on the same address so she can give me final paperwork to go to the Judge and finish with my probation. When probation officer came to my place 710 Washington Ave, apt 301 Miami Beach 33139, Florida, I opened the door and let her in. with my probation officer in my apartment came 7 men dressed in civil casual civil clothes with no badges or identifications showing. After my probation officer checked that, I live on the same address from the beginning of my probation she told me that I am all-good and then she left. In all that time those 7 men did not talk, they were just standing inside my apartment, and I thought they are with her as a probation officers for verifying of my living address and confirmation of end of my probation. As soon as my probation officer left my apartment one of the men took out

his badge and told me that they are ICE officers and to put my hands behind my back, and they handcuffed me, not even telling me why I am being handcuffed. After I was handcuffed ICE officers start to search my whole place with no warrants or any kind of paperwork, when I asked them what are they doing and if they have warrant they told me that they are ICE (Federal Government) and that they can do a search with no warrant or paperwork. When they finish with search of my apartment those 7 officers took me outside my building and kept me standing for more then 30-40 minutes on the sun, while they were talking and laughing. After that they took me to the KROME D.C.M. and there they asked me questions and told me why I am being arrested and gave me some papers. After I have found out that ICE offices can't search apartment or house, and that they can't even go inside and arrest person. Those ICE officers came in my apartment under the false pretend that they are probation officers, and that is unconstitutional. Because I was on the probation when I was arrested by ICE, and not picked up from prison or jail, I can't be and should not be under mandatory detention (as it can be seen from the BIA). I was never a flight risk because I was all my time free on the streets under the probation. All this I found out while I was and still am in the ICE custody. This information about mandatory detention told me attorney from Pro Bono American Immigrant for Justice, and she sent me this paperwork about mandatory detention (as it can be seen from file H).

**[For mandatory detention to apply, the release must be from actual, physical custody of the state. Matter of West, 22 I&N Dec. 1405 (BIA 2000) (where person was sentenced to probation, he was not subject to mandatory detention because he was not released from the physical custody of the state].**

14.   I did not present the grounds in my appeal because at the time there was not a COVID-19 pandemic that we are facing now, that is getting worst day by day, and there is no possibility of stopping this deadly virus COVID-19, in near future

## Request for Relief

15.   I would like the court to release me from ICE detention on the fact that I am
      being held in violation of the Due Process Clause of the Fifth Amendment
      (violation of detention standards), because Glades County Detention Center
      that I am being detained now, and before in three other Detention Centers
      (KROME D.C. Miami., BAKERS D.C. Jacksonville, and Wakulla D.C.
      Tallahassee), deliberate indifference exposes me to substantial risk of harm
      and that conduct violates my constitutional rights for conditions of
      confinement. I am being held in violation of The Due Process Clause of the
      Fifth Amendment, and Eight Amendment (violation of right to reasonable
      safety, cruel and unusual punishment, and excruciating  torture). All four
      Detention Centers that I was and still am since COVID-19 pandemic started,
      have put my life in deliberate danger and big possibility of losing my life
      from COVID-19, because there is no reasonable safety, social distancing and
      detainee facility staff officers, medical staff, and ICE employees are not
      applying CDC rules and guidelines how to prevent to expose detainees from
      COVID-19.This practice also violates ICE own April 10, 2020, COVID-19
      pandemic response requirements. Since I am under the ICE custody my
      medical condition from perfect went to very bad, and still going worst, based
      on all the information's supporting those facts. Glades County Detention
      Center Dentist tried to talk with Glades ICE officer to get me out to the
      hospital to get proper medical attention because of my head injury
      (dislocated jaw, and two broken teeth), but ICE told to the dentist that that is
      not his problem, even I was injured in bus accident while transporting from
      court back to Monroe County Jail Detention Center in the Key West under
      the ICE custody and supervision. Monroe County Jail Detention Center in
      Key West is no longer ICE Detention Center because the conditions there
      where extremely bad, food was really bad, medical staff did not doing their
      job, phones not working, and because of all those things and more that
      facility did not meet ICE standards and was shot down. Because of
      dislocated jaw my teeth are out of alignment and while I am sleeping teeth
      are gridding each other and pressuring them and they are starting to move,
      and because of all that pressure I have big head pains, chronic migraines,
      and my gums are bleeding and hurting, my teeth are moving and they will

start falling out. I also think that is not correct from Ice deportation Officer to take away my Voluntary Departure that I was given by the Judge Christina M. Martyak and now to deport me. Since day one under the ICE custody I was complying with ICE, gave them my passport, signed papers from my consulate, my Deportation Officer Mr. Andre Molina took photo of my face and gave me to sign all the paperwork so he could sent it to my consulate, and on March 3, 2020, he told me that he sent it and that he is just waiting to get it back from my consul. I asked him multiple times about my Travel Document, and always he gave me same answer that he sent it and that he is waiting on my consul to sent it back. On the April 6, 2020, he told me over the Tablet at KROME D.C. Miami, that he sent it on April 2, 2020, to my consulate and on the May 11, 2020 I found out from Supervisor deportation Detainee Officer Thomas Decker from Wakulla County Detention Center in Tallahassee that Deportation Officer Andre Molina have sent my paperwork to the wrong address and never tried to resend it to right address of my consulate and to obtain my Travel Documents so I could leave on time and honor my Voluntary Departure. If my Deportation Officer Mr. Andre Molina did his job I would be already home, before even the COVID-19 pandemic has started, and my life would not be put in danger of contracting COVID-19. Also I would not be forced to go on the hunger strike with no food and no water for 15 days, so I could get my Voluntary Departure back, that was all that time still valid. I believe that all this is happening to me , constant transfers from one Detention Facility to another, not getting proper medical attention, and taking away my Voluntary Departure because I was involved and got injured in the bus accident while being in ICE custody and under ICE supervision. Since accident happened I never got proper medical attention, Doctor first time did a medical check up on me three months after accident happened and one month after I passed out and lost conscience in front of the Monroe County Jail Deputy Edwards in Detention Center in Key West. Until this day I must walk on the broken foot with bone sticking out of it, have to eat and talk with dislocated jaw, two broken teeth, teeth hurting, gums bleeding and hurting, my head hurting 24/7 and back-spine injured, and all I am getting for more than nine months since accident and my injuries occurred are ibuprofens and Tylenols, and my condition is getting worst. I believe that I should treat my medical condition here in the U.S., because I got injured here, and here are the best doctors and medical equipment to fix my injuries, and also I believe that in my country I will not be able to get proper medical help for all my injuries, especially for my dislocated jaw. Also since I was in Wakulla County Detention Center in Tallahassee on the hunger strike with no food and no water for 15 days, my

26

organs got damaged (kidneys, liver, spleen, irregular heartbeats, water and enema in my lungs, water retention in my legs), and since that have to use asthma pump to get more air in my lungs. With all that I am very easy target to contract COVID-19, especially because officers and medical staff in detention centers don't work and apply CDC guidelines for COVID-19, and because of that I am afraid that at the end I could very easily become a COVID-19 victim. Thank you very much for your time in this matter.

# FILE A

RADETIC, SEBASTIAN    #:MCSO19MNI017466   1/28/2020 8:08:54 AM
--------------------------------------------------------------------------

RADETIC, SEBASTIAN
08-20-2019 Tue 03:05:00 AM
ENCOUNTER
        Dictation : RECEIVING SCREENING:

    Patient Name:   RADETIC, SEBASTIAN,
    Date of Birth:  10-24-1976
    Patient ID No:  MCSO19MNI017466
    Today's Date:   08-20-2019 Tue
    Status:         Adult

    Refusal of Admission until medically cleared:     No

    Patient ER cleared prior to admission:     No

    VITAL SIGNS:
    Weight: 225 lbs
    Height: 6 ft. 2 in.
    BMI. 28.9
    BSA (Mosteller): 2.51
    BSA (DuBois): 2.28
    Blood Pressure: 126/89
    Pulse: 88
    Respiration: 16
    Pulse Oxygen: 97


    Emergency Contact?:          Yes
      Emergency Contact Name:
      Emergency Contact Relationship:
      Emergency Contact Phone Number:

    PATIENT QUESTIONNAIRE:
    1.   Have you ever or are you currently being treated for:
         Asthma, diabetes, seizure disorder,
         thyroid disorder, heart condition, high
         blood Pressure, bleeding disorder or
         kidney disease?
    2.   Have you or are you currently being treated        No
         for any other illness or health problem
         not listed above?
    3.   Are you currently taking any medication            No
         prescribed to you by a physician?
    4.   Are you allergic to any medications or do          No
         you have any other allergies?
              DUST
              PCN
    5.   Have you been hospitalized by a physician
         or psychiatrist?
    6.   Do you have current painful dental condition       No
         or dental complaint?
    7.   Have you been exposed to or been diagnosed with    No
         Hepatitis, venereal or sexually transmitted
         disease, HIV/AIDS, or any other serious
         disease?
    8.   Have you ever had a positive TB skin test, been    No
         exposed to TB or diagnosed with TB?
    his country he was vaccinated for TB as a child         No patient states that in
    10.  Do you currently have any of these symptoms:
         persistent cough, shortness of breath, loss
         of appetite, fatigue, coughing up blood,

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
---------------------------------------------------------------------------

|     | | |
| --- | --- | --- |
| | night sweats or unexplained weight loss? | No |
| 11. | Are you on a specific diet prescribed by a physician? | No |
| 12. | Do you use drugs not prescribed by a physician? | No |
| 13. | Do you use alcohol? | No |
| 14. | Do you have a history of withdrawal after you stopped using alcohol or drugs? | No |
| 15. | Have you ever smoked cigarettes or used tobacco products? | No |
| 16. | Have you ever received treatment for substance or alcohol abuse? | No |
| 18. | Are you in any pain? | No |
| 19. | Are you a veteran? | No |
| | | No |

VISUAL OBSERVATION:

| | | |
| --- | --- | --- |
| 20. | Is patient appearance abnormal in any way? | No |
| 21. | Is patient movement restricted or compromised in any way? | No |
| 22. | Is breathing abnormal? | No |
| 23. | Does patient's skin or scalp have obvious lesions or draining wounds, lice or scabies, jaundice, rashes, bruises, edema, scars, tattoos, needle marks or other indications of drug abuse? | No |

Does patient exhibit characteristics of potentially being at risk for victimization?                            No

REMARKS:
        None at this time

        Yes:  Education provided orally and in writing on ACCESS to
HEALTHCARE.

        Yes:  Education provided orally and in writing on SEXUAL ASSAULT
AWARENESS.


Do you currently have Health Insurance?                       No

SUICIDE POTENTIAL SCREENING:

| | | |
| --- | --- | --- |
| 1. | Arresting/Transporting officer believes subject may be a suicide risk. | No |
| 2. | Lacks close family/friends in community. | No |
| 3. | Worried about major problems other than legal situation. | No |
| 4. | Family member/significant other has attempted or committed suicide. | No |
| 5. | Has psychiatric history. | No |
| 6. | Holds position of respect in community and/or alleged crime is shocking in nature. | No |
| | Expresses feelings of embarrassment/shame. | |
| 7. | Expresses thoughts about killing self. | No |
| 8. | Has a suicide plan and/or suicide instrument in possession. | No |
| 9. | Has previous suicide attempt. | No |
| | | No |

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
--------------------------------------------------------------------

10. Expresses feelings there is nothing to look
    forward to in the future.
11. Shows signs of depression.                              No
12. Appears overly anxious, afraid or angry.                No
13. Appears to feel unusually embarrassed or                No
    ashamed.
14. Is acting and/or talking in a strange manner.           No
15. Is apparently under the influence of alcohol            No
    or drugs.
16. Individual incoherent or showing signs of               No
    withdrawal or mental illness?
17. Individual's first arrest.                              No
18. Detainee's charges include: Murder, kidnapping,         No
    and/or Sexual Offense.
                                                            No

1. History of or current use of psychotropic meds:    No
2. History of psychiatric hospitalizations:           No
3. History of outpatient mental health treatment.     No

PREA SCREENING:
1. Has the patient been a victim of sexual abuse?
        No
2. Does the patient feel vulnerable?
        No
3. Has the patient been arrested for a sex offense against an adult or
child?
        No
4. Does the patient identify with or perceived as gay, lesbian, bisexual,
   transgender, intersex or gender non-conforming?
        No
5. Does the patient have a physical disability or developmental delay
disability?
        No
6. Is the patient of small stature or small physical build?
        No
   If any 'YES' answers, notify classifications and refer to MH to be
seen in 14 days.
   Referred for evaluation?
        No


CURRENT MENTAL STATUS:
   Orientation:          Alert.  Oriented.
   Mood:                 Appropriate.
   Affect:               Appropriate.
   Activity/Behavior:    Appropriate.
   Thought Process:      Logical.
   Hallucinations:       None.
   Speech:               Appropriate.

REFERRALS:
   ROUTINE History and Physical visit initiated.
Order Type: Dental - Annual Exam Visit
Instructions: Dental - Annual Exam
Duration: 1 day(s)


PLACEMENT/HOUSING:
                                         General Population (GP)
Electronically signed by Leslie Gleeson on 08-20-2019 03:10:09 AM (Type:
Nurse)

```
RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:54 AM
-----------------------------------------------------------------------

     Electronically signed by Kerry Moore, ARNP on 08-21-2019 03:25:51 PM (Type:
Provider)

Weight: 225 lbs      Height: 6 ft 2 in   Blood Pressure: 126 / 89   Pulse: 88
Respiration: 16
Patient's Condition is Related to
Current Illness Date  :
1st Date Of Illness   :
Unable to Work Dates  :
Hospitilization Dates :
DIAGNOSES:

PROCEDURES:

Attending Provider: Gleeson, RN Leslie,  CCS     ID:


End Of Encounter.
```

```
RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:54 AM
------------------------------------------------------------------
RADETIC, SEBASTIAN
09-02-2019 Mon 01:24:00 PM
ENCOUNTER
     Dictation : INITIAL MEDICAL HISTORY AND PHYSICAL ASSESSMENT:

     Patient Name:    SEBASTIAN RADETIC
     Date of Birth:   10-24-1976
     Patient ID No:   MCSO19MNI017466
     Social Sec No:
     Today's Date:    09-02-2019 Mon


     YES:    Receiving Screening Reviewed

     PROBLEMS:

     Anemia:
          No

     Arthritis:
          No
     Asthma:
          No
     Balance/Dizziness:
          No
     Blackouts:
          No
     Blood:
          No
     Cough/Sputum:
          No
     D.T.s:
          No
     Diabetes:
          No
     False Teeth:
          No
     Gall Bladder:
          No
     Gonorrhea:
          No
     Hay Fever:
          No
     Headache:
          No
     Hearing:
          No
     Heart:
          No
     Heartburn:
          No
     Hepatitis:
          No
     Hernia:
          No
     Hypertension:
          No
     Joint Problem:
          No
     Kidney Disease:
          No
```

RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:54 AM
--------------------------------------------------------------------------

Lice or Scabies:
        No
Liver:
        No
Muscle Problem:
        No
Nausea/Vomiting:
        No
Nervous Disorder:
        No
Oral Pain/Discomfort:
        No
Pneumonia:
        No
Recent Injury:
        No
Seizures:
        No
Stomach Pain:
        No
Syphilis:
        No
Teeth:
        No
Throat:
        No
Trouble Voiding:
        No
Tuberculosis: vaccine when kid, already had xray, negative
        No
Ulcer:
        No
Other:
        No

IMMUNIZATION STATUS:
Date of Last Tetanus:
        Unknown
Other Immunizations:

PPD STATUS:
No:  History of past positive
        Experiencing TB symptoms (unexplained weight loss,
            Fever or chills, night sweats or chronic cough
            (lasting 3 weeks or longer/bloody sputum):     No
TB vaccine as a kid, chest xray neg for tb
ALLERGIES:

        DUST
        PCN


VITAL SIGNS:
Weight: 250 lbs
Height: 6 ft. 2 in.
BMI: 32.1
BSA (Mosteller): 2.43
BSA (DuBois): 2.39
Blood Pressure: 136/90
Temperature: 98.7
Pulse: 91

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
--------------------------------------------------------------------------

Respiration: 14
Pulse Oxygen: 100


PHYSICAL EXAM:
SKIN:
Color:
           NormalCondition:
   Turgor:
          .NormalCondition:
           Normal
EYES:
Pupils:
           NormalSclera:
  Conjunctiva:
           NormalSclera:
           Normal
EARS:
  Appearance:
          Neat and clean.
  Hallucinations:
          None.
Activity / Behavior:Hearing PE:
          NormalCanals:
          Normal
MOUTH:
Throat PE:
          Normal.Tongue:
Tonsils:
          Normal.Teeth Condition:
Gums Condition:
          Normal.False Teeth PE:
  Tongue:
          Normal.
  Teeth Condition:
          Normal.
NOSE:
Obstructions:
          Normal.Drainage:
Drainage:
          Normal.
NECK:
Veins:
          Normal.Mobility:
  Thyroid:
          Normal.Carotids:
Lymph Nodes:
          Normal.Mobility:
          Normal.
Carotids:
          Normal.
CHEST:
Configuration:
          Normal.Auscultation:
Respirations:
          Normal.
HEART:
Auscultation H:
          Normal.Radial Pulses:
Apical Pulse:
          Normal.
                    Normal.Rhythm:

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
------------------------------------------------------------------------

Radial Pulses:
        Normal.
    Rhythm:
        Normal.
EXTREMITIES:
Pulse:
        Normal.Edema:
    Joints:
        Normal.Edema:
        Normal.
    SPINE:
        Normal.
    ABDOMEN:
Shape:
        Normal.Bowel Sounds:
    Palpation:
        Normal.Bowel Sounds:
        Normal.
    BREAST:   DEFERRED
    RECTAL:
        DEFERRED
    TESTICULAR EXAM:
        DEFERRED

COMMENTS:
        None at this time

EDUCATIONAL MATERIALS PROVIDED:
        Yes

ORAL HYGIENE INSTRUCTIONS PROVIDED:
        Yes

TREATMENT PLAN:

Reviewed sick call process with patient.
Annual H&P scheduled electronically.

WORKER MEDICAL CLEARANCE:

    Do you have any open cuts or sores anywhere on your body that cannot
be seen?    No
    Are you presently experiencing any of the following symptoms:
        Shortness of breath?  No
        Fever / chills?           No
        Sore throat?              No
        New/Frequent cough?       No
        Nausea/Vomiting?          No
        Diarrhea?                 No
    Are you up to date on TB Skin test or chest x-ray?
        Yes

    Approved for Inmate Worker Status?
    Approved for outside work?                        YES
    Approved for kitchen work/food handling?          YES
                                                      YES
    Comments:       None at this time

EXAMINER'S SIGNATURE:

RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:54 AM
------------------------------------------------------------------------

SUICIDE POTENTIAL SCREENING:
1.  Have you ever attempted suicide?
        No  2.  Have you recently considered attempting suicide?
        No
3.  Note circumstances that increase suicide potential:
        Nothing

PSYCHIATRIC SCREENING:
1.  History of current psychotropic medication?
        No
2.  History of psychiatric hospitalizations?
        No
3.  History of outpatient mental health treatment?
        No
4.  History of substance abuse/treatment?
        No
5.  History of sex offenses?
        No
6.  History of victimization?
        No
7.  History of violent behavior?
        No
8.  History of cerebral trauma/seizures?
        No
9.  Family Situation:
        Single
        Family/Significant other supportive?
        N/A - has no spouse or significant other
10. History of special education?
        No
11. Education (highest grade completed):
        GED
12. Level of Cognitive Functioning:
        Average
13. I/M concerned with ability to cope?
        No
Orientation:
        Alert.  Oriented.
Affect:
Affect:
        Appropriate.
Mood:
Mood:
        Appropriate.
Speech:
        Appropriate.
Appearance:

Activity / Behavior:
        Appropriate.
Thought Process:
Thought Process:
        Logical.

SUMMARY:
        No mental health referral.
        Approved for General Population.

ALLERGIES:
        DUST

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
------------------------------------------------------------------------

    PCN

  SCREENED BY:
  DISPOSITION:
  Electronically Approved by Natalie Tyler on 09-02-2019 01:27:06 PM.

   Electronically signed by Raul Caner, MD on 09-05-2019 02:53:25 PM (Type:
  Provider)

Weight: 250 lbs      Height: 6 ft 2 in    Blood Pressure: 136 / 90   Temp: 98.7
 Pulse: 91   Respiration: 14
Patient's Condition is Related to <None Specified>
Current Illness Date   :
1st Date Of Illness    :
Unable to Work Dates   :
Hospitilization Dates  :
DIAGNOSES:

PROCEDURES:

Attending Provider: Tyler, Natalie,  CCC    ID:

End Of Encounter.

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:54 AM
-------------------------------------------------------------------

RADETIC, SEBASTIAN
11-20-2019 Wed 01:04:00 AM
ENCOUNTER
        Dictation : NURSE PROTOCOL - MUSCULOSKELETAL:

        Name:                    SEBASTIAN RADETIC
        ID#:                     MCSO19MNI017466
        Date:                    11-20-2019 Wed
        Time:                    01:05
        Date of Birth:           10-24-1976
        Gender:                  Male
        Race:                    W

        ALLERGIES:
                DUST
                PCN

        MEDICATIONS

        SUBJECTIVE
        Complaint: right shoulder pain, right neck pain from automobile accident
during transport

        Date/Time of Onset:

                11-19-2019 01:06 AM
                11-20-2019 01:06 AM

        New/Chronic:
                New Onset.

        Medical History:
                None.

        Surgical History:
                None.

        Social History:
                None.

        Symptoms:
                Pain rating -4/10.
                        Location -
                        Dull.

OBJECTIVE
VITAL SIGNS:
Blood Pressure           138/92
Pulse                    75
Respiration              14
Pulse Oxygen             100

AVPU:
        Alert

Color:

Skin:
        Dry.

RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:54 AM
---------------------------------------------------------------------

Tissue Perfusion:
    > 2 sec.

Neuro/Vascular Exam:


ROUTINE INTERVENTIONS:
    Required due to - pain

CHARGES:

SIGNATURE:
Electronically Approved by Denise Cruz on 11-20-2019 01:25:52 AM.
    Reassured patient.  Ibuprofen, 400 MG #10, Sig: Administer 1 tablet by
mouth twice a day PRN for 5 Days Acetaminophen, 650 MG #10, Sig: Administer 1
tablets by mouth twice a day PRN for 5 days
        Advised reduction in activity but not bedrest
        Instructed per Patient Education Fact Sheet

Blood Pressure: 138 / 92   Pulse: 75   Respiration: 14
Patient's Condition is Related to
Current Illness Date   :
1st Date Of Illness    :
Unable to Work Dates   :
Hospitilization Dates  :
DIAGNOSES:

PROCEDURES:

Attending Provider: Cruz, LPN Denise,  Wellpath   ID:


End Of Encounter.

RADETIC, SEBASTIAN  #:MCSO19MNI017466  1/28/2020 8:08:53 AM
----------------------------------------------------------------------------

RADETIC, SEBASTIAN
12-27-2019 Fri 09:10:00 AM
ENCOUNTER
        Dictation : NURSE PROTOCOL - MUSCULOSKELETAL:

        Name:                    SEBASTIAN RADETIC
        ID#:                     MCSO19MNI017466
        Date:                    12-27-2019 Fri
        Time:                    09:23
        Date of Birth:           10-24-1976
        Gender:                  Male
        Race:                    W

        ALLERGIES:
             DUST
             PCN

        MEDICATIONS:


        SUBJECTIVE:
        Complaint:

        Date/Time of Onset:

             11-19-2019 09:23 AM

        New/Chronic:
             New Onset.

        Medical History: Fracture of right arm as a child


        Surgical History: Denies



             Pain rating -4/10.
             Location - left jaw "clicks" occasionally when opening mouth and
        intermittent pain
             Intermittent.

        Arm Numbness - Right.  Pt states that he was in "an accident and hit
        my head on 11/19 and they forgot to check me out".  Pt states that he has
        intermittent numbness episodes to the right arm , depending on the position of
        the arm.

        Note:  Pt verbalized that he was in "an accident and hit his head on 11/19
        on a bus transport from court".  Pt states that that "I want an MRI of my
        whole body" and "I won't take any medication in case I have bleeding in my
        head".  Supervisor notified.  No indication of need for emergent MRI,
        confirmed with Supervisor.

        CHARGES:
             Nurse Sick Call


        SIGNATURE:
        Electronic Signature:

RADETIC, SEBASTIAN   #:MCSO19MNI017466   1/28/2020 8:08:53 AM
----------------------------------------------------------------

Electronically Approved by Sheri Mather on 12-27-2019 09:39:21 AM.


OBJECTIVE:

Symptoms:
VITAL SIGNS:
Weight                  205 lbs
Height                  6 ft. 2 in.
BMI                     26.3
BSA (Mosteller)         2.2
BSA (DuBois)            2.2
Blood Pressure          130/89
Temperature             98.0
Pulse                   81
Respiration             16
Pulse Oxygen            97


AVPU:
    Alert

Color:
    Pink.

Skin:
    Warm.
    Dry.

Tissue Perfusion:
    < 2 sec.

Neuro/Vascular Exam: Normal. Cranial nerve exam WNL. Ambulatory with
steady gate.  AAO x 4.

Physical Exam: WNL



ROUTINE INTERVENTIONS:
    Required due to - Pain

Reassure patient
Acetaminophen 650 mg BID PRN x 5 days
Advised reduction in activity but not bed rest
Instructed pt to return if symptoms change or worsen
Patient verbalized understanding of self-care, symptoms to report and when
to return for follow up.  Pt stated understanding.


Weight: 205 lbs      Height: 6 ft 2 in   Blood Pressure: 130 / 89   Temp: 98.0
Pulse: 81   Respiration: 16
Patient's Condition is Related to <None Specified>
Current Illness Date  :
1st Date Of Illness    :
Unable to Work Dates   :
Hospitilization Dates :
DIAGNOSES:

**CCS**
CORRECT CARE
S O L U T I O N S

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: _____
Initials: _____
Time: _____

Name (Nombre): _____   DOB (Fecha de nacimiento): _____

ID # (N° de identificación): 13017966   Unit (Unidad): D  29

☐ Medical (Medico)   ☐ Behavioral Health (Salud Menta... ...ntal (Dental)   ☐ Other _____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

WE HAD ACCIDENT COMING BACK FROM
COURT AND MY TEETH GOT BROKEN
THANK YOU

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____   Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

### DO NOT WRITE BELOW THIS LINE

### (TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE   ☐ Emergent   ☐ Urgent   ☐ Routine   Triage Date: 11/2/19   Initials: M   Time: 30

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

### (TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)   ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

Fee Charge   ☐ No   ☐ Yes, Amount $ _____

RESPONSE TO PATIENT / COMMENTS  Scheduled

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature _____   Date 11/2/19

Form Number: SC001UN000ACCBI102413   2-Part Form   Page **1** of **1**

2019-08-26 21:24:55 (GMT)                                        18508072523 From: DON STOKE



# TECH CARE X-RAY, LLC

106 WEST 5TH AVENUE · TALLAHASSEE, FL 32303-6125

*OFFICE: (850) 562-1656 · FAX: (850) 562-7209*

INFO@TECHCAREXRAY.COM
WWW.TECHCAREXRAY.COM

## RADIOLOGY REPORT

PATIENT NAME:      RADETIC, SEBASTIAN          PATIENT ID: 017466

FACILITY:          MONROE COUNTY JAIL          DATE OF BIRTH: 10/24/1976

REFERRING PHYSICIAN:  RAUL, CANER

EXAMINATION:       CHEST 2V                    DATE OF SERVICE: 08/26/2019

REASON FOR EXAM:   R/O TB

**INDICATION:**  Rule out TB

## CHEST PA & LAT

**FINDINGS:**
The cardiac silhouette measures within normal limits.  The hilar and mediastinal structures appear unremarkable.  The lungs are clear.  The osseous structures appear grossly intact.

**IMPRESSION:**
No evidence of acute cardiopulmonary disease, communicable disease or tuberculosis.

8/28/19

Electronically Signed by:     SAINI, RANJIV KUMAR MD
Date/Time Read:     8/26/2019 3:02:37 PM
American Board Certified Radiologist
of FLEX Teleradiology, The Joint
Commission Accredited Organization
www.flexteleradiology.com

---

Thank You for allowing us to participate in the care of your patient.

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850) 562-1656, or fax (850) 562-7209, and please destroy this document and/or delete this e-mail.



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: _____
Initials: _____
Time: _____

Name (Nombre): _SEBASTIAN RADETIC_ DOB (Fecha de nacimiento): _10.29.1976_

ID # (Nº de identificación): _190174466_ Living Unit (Unidad): _D_ , _2S_

☑ Medical (Medico)  ☐ Behavioral Health (Salud Mental)  ☐ Dental (Dental)  ☐ Other_____

Nature of problem or Request (be specific)  Naturaleza del problema o solicitud (sea específico)

_____
_____
_____

I consent to be treated by Health Care Staff for the condition described.  I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility.  I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____ Date (Fecha): _11.29.2019_

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

## DO NOT WRITE BELOW THIS LINE

### (TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE  ☐ Emergent ☐ Urgent ☐ Routine  Triage Date: _11/29/19_ Initials: _N_ Time: _3_

INITIAL:  ☐ Sick Call  ☐ Nurse  ☑ HCP  ☐ Dentist  ☐ Behavioral Health  ☐ Eye Doctor  ☐ Other

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### (TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)
☐ Response sent to patient (if applicable)
☐ Patient released from custody
☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Patient refused, Refusal Form complete

Fee Charge  ☐ No  ☐ Yes, Amount $_____

RESPONSE TO PATIENT / COMMENTS_____

_Duplicate_

NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

Staff Signature _____ Date _11/29/19_

Form Number: SC001UN000ACCBI102413        2-Part Form        Page 1 of 1



## HEALTHCARE REQUEST
### SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): _____ DOB (Fecha de nacimiento): _____

ID # (N° de identificación): _____ Unit (Unidad): _____

☐ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other_____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

_____

_____

_____

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _____ Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

### DO NOT WRITE BELOW THIS LINE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### (TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE:   ☐ Emergent   ☐ Urgent   ☐ Routine | Triage Date: _____ Initials: _____ Time: _____

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

### (TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)                    ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)        ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

**RESPONSE TO PATIENT / COMMENTS** _____

_____

_____

*NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

**Staff Signature** _____   **Date** _____

Form Number:  SC002UN000ACCBI100114 (w/o fees)        3-Part Form        Page 1 of 1



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
| --- |
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): _____ DOB (Fecha de nacimiento): _____

ID # (N° de identificación): _____ Living Unit (Unidad): _____

☐ Medical (Médico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

_____

_____

_____

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _____ Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

- - - - - - - - - - DO NOT WRITE BELOW THIS LINE - - - - - - - - - -

(TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE:   ☐ Emergent   ☐ Urgent   ☐ Routine   Triage Date: _____ Initials: _____ Time: _____

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)
☐ Response sent to patient (if applicable)
☐ Patient released from custody

☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Patient refused, Refusal Form complete

**RESPONSE TO PATIENT / COMMENTS** _____

_____

_____

*NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

**Staff Signature** _____

**Date** _____

Form Number:  SC002UN000ACCBI100114 (w/o fees)          3-Part Form



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*                #50-40

Attention: _____
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry *(información de nómina relacionada a trabajo voluntario)*
☒ Other (Non-medical) Specify *( Otra solicitud no-médica especifique)*
 Bad car head pain

Detainee Name: SEBASTIAN KAGETTC       Alien #: A203211445 01
*(Nombre del Detenido)*                  *(Número de Extranjero)*
Date Arrived: 8. 20. 2019               Date of Request: 02. 17. 2020
*(Fecha Llegada)*                        *(Fecha de Solicitud)*
Nationality: CROATIA                     Housing Unit: 2G - D
*(Nacionalidad)*                         *(Unidad de Vivienda)*

Request (solicitud): I WAS IN BUS ACCIDENT INVOLVED ON
11. 14. 2019 COMING BACK FROM KROME COURT
FACILITY AND SINCE THEN I HAVE HEAD PAINS
HEADACH, PASSED OUT UNCHONCHES, MY SPINE HURTS
CANT CHEW FOOD BECAUSE MY JAW IS POPING OUT
*(Continue on reverse) (Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* 2·18·2020. You have been
seen & evaluated by medical. MRI/CT scan
is not indicated
                                                    AC

Staff Signature / Title

Approval By: _____  Title: _____  Date: _____

Revised 01/2012
RECEIVED FEB 1 8 2020



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: _____
Initials: _____
Time: _____

Name (Nombre): _____ DOB (Fecha de nacimiento): _____

ID # (N° de identificación): _____ Living Unit (Unidad): _____

☐ Medical (Médico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

_____

_____

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _____ Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

- - - - - - **DO NOT WRITE BELOW THIS LINE** - - - - - -

(TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE:   ☐ Emergent   ☐ Urgent   ☐ Routine   | Triage Date: _____ Initials: _____ Time: _____

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)
☐ Response sent to patient (if applicable)        ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Patient released from custody                    ☐ Patient refused, Refusal Form complete

**RESPONSE TO PATIENT / COMMENTS** _____

_____

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

**Staff Signature** _____

**Date** _____

Form Number:  SC002UN000ACCBI100114 (w/o fees)        3-Part Form

*Attn: Ms. Carol*



**U.S. Immigration and Customs Enforcement**
**Krome Service Processing Center**

*RE #022*

*4·20*

DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention:
*(Atención)*

- ☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
- ☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
- ☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
- ☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
- ☐ Commissary Inquiry *(Comisaría)*
- ☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada a trabajo voluntario)*
- ☑ Other (Not medical) Specify; *Otra solicitud (no relato a servicios deportación):* *Medical / Accident Report*

Detainee Name: *SCBASTIAN BROTTO*
*(Nombre del Detenido)*

Alien #: *A-209 2/44 50*
*(Número de Extranjero)*

Date Arrived: *08 20 2019*
*(Fecha Llegada)*

Date of Request: *07 07 2020*
*(Fecha de Solicitud)*

Nationality: *CROATIA*
*(nacionalidad)*

Housing Unit: *29 D*
*(Unidad de Vivienda)*

Request *(solicitud):* I would like to request the accident
report that I was involved in on November 19
that accident with the in & I need an
through the and have a one day.

*(Continue on reverse) (Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* Give reqct Ptς
To Medcd Qⁿ. Ths reqct if you
Current facility thank you

*(signature)* No

**Staff Signature / Title**

Approval By: _____ Title: _____ Date: _____

*Revised 01/2012*

RECEIVED JAN 27 2020



**U.S. Immigration and Customs Enforcement**
Krome Service Processing Center

## DETAINEE REQUEST FORM
*(Formulario para Solicitudes)*

Attention: _Shift sergeant_
*(Atención)*

☐ Deportation Case Inquiry *(Información relacionada a su caso de deportación)*
☐ Property Disposition Request *(Solicitud de entrega de propiedad)*
☐ Mail Related Inquiry *(Información relacionada a su correspondencia)*
☐ Religious / Chaplain Inquiry *(Información relacionada a religión o a capellanes)*
☐ Commissary Inquiry *(Comisaría)*
☐ Payroll (Voluntary Work) Related Inquiry *(Información de nómina relacionada e trabajo voluntario)*
☑ Other (Non-medical) Specify/ *Otra solicitud no-médica especifique):*
_MEDICAL RECORDS_

Detainee Name: _SEBASTIAV PADETC_       Alien #: _A 209249950_
*(Nombre del Detenido)*                    *(Número de Extranjero)*
Date Arrived: _08.20.2019_              Date of Request: _02.02.2020_
*(Fecha Llegada)*                        *(Fecha de Solicitud)*
Nationality: _CROATIA_                  Housing Unit: _29 D_
*(Nacionalidad)*                         *(Unidad de Vivienda)*

Request *(solicitud):* _I NEED MEDICAL RECORDS FROM_
_01.20.2020 - 02.02.2020 , THANK YOU AND HAVE_
_A NICE DAY_

*(Continue on reverse) (Continuar en el reverso)*

Department Response *(Respuesta del Departamento):* _2/3/2020 - Please fill_
_out the attached release and return to medical - AC_

_A Cuny HSA_
Staff Signature / Title

Approval By: _____ Title: _____ Date: _____

Revised 01/2012

_Recd 2.3.2020    1130AM - AC_



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
|---|
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): _____ DOB (Fecha de nacimiento): _____

ID # (N° de identificación): _____ Living Unit (Unidad): _____

☐ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

_____

_____

_____

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _____ Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(TO BE COMPLETED BY TRIAGING STAFF)**

| TRIAGE:   ☐ Emergent   ☐ Urgent   ☐ Routine | Triage Date: _____ Initials: _____ Time: _____ |
|---|---|

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)           ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

**RESPONSE TO PATIENT / COMMENTS** _____

_____

_____

*NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_____           _____
**Staff Signature**                      **Date**

Form Number:  SC002UN000ACCBI100114 (w/o fees)      3-Part Form                    Page 1 of 1

**CCS**
**CORRECT CARE**
S O L U T I O N S

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
|---|
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): _____  DOB (Fecha de nacimiento): _____

ID # (N° de identificación):_____  Living Unit (Unidad): _____

☐ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other_____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea especifico)

_____

_____

_____

_____

I consent to be treated by Health Care Staff for the condition described.
Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _____  Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

## DO NOT WRITE BELOW THIS LINE

### (TO BE COMPLETED BY TRIAGING STAFF)

| TRIAGE:   ☐ Emergent   ☐ Urgent   ☐ Routine | Triage Date: _____   Initials: _____   Time: _____ |
|---|---|

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

### (TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

RESPONSE TO PATIENT / COMMENTS_____

_____

_____

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_____                    _____
**Staff Signature**                         **Date**

**CCS**
**CORRECT CARE**
**S O L U T I O N S**

### HEALTHCARE REQUEST
SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): _SEBASTIAN NADETIC_    DOB (Fecha de nacimiento): _1025 1976_

ID # (Nº de identificación): _19017466_    Living Unit (Unidad): _D , 23_

☒ **Medical (Medico)**   ☐ **Behavioral Health (Salud Mental)**   ☐ **Dental (Dental)**   ☐ **Other** _____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_WE HEAD AN ACCIDENT COMING BACK FROM_
_COURT AND I HIT MY HEAD, BACK, SHOULDER_
_AND GOT PAIN AND STRESS, THANK YOU_

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____    Date (Fecha): _11. 20. 2019_

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

### DO NOT WRITE BELOW THIS LINE

**(TO BE COMPLETED BY TRIAGING STAFF)**

| TRIAGE: | Emergent | Urgent | Routine | Triage Date: 11/21/19 | Initials: N | Time: 3 |

**INITIAL:**   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☐ Patient seen (if applicable)   ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

Fee Charge   ☐ No   ☐ Yes, Amount $ _____

RESPONSE TO PATIENT / COMMENTS ___Duplicate___

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature _____    Date _11/21/19_

Form Number: SC001UN000ACCBI102413     2-Part Form     Page 1 of 1

AD>



# RADETIC, SEBASTIAN

U.S. Immigration
and Customs
Enforcement

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
43 Y old Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**03/20/2020**

**Appointment Provider: Kristy Pinder, RN**

## Current Medications
Taking
- Acetaminophen 500 MG Tablet 1 BID PRN, stop date 04/01/2020, KOF. Yes. Drug Source. In House Pharmacy

## Past Medical History
CHRONIC MIGRANCES.
BACK PAIN.

## Allergies
Penicillin G Sodium

## Review of Systems
General/Constitutional:
Change in appetite denies. Chills denies. Fatigue denies. Fever denies. Headache denies. Lightheadedness denies. Night sweats denies. Sleep disturbance denies. Weight gain denies. Weight loss denies.
Musculoskeletal:
Leg cramps denies. Painful joints admits, that is recurrent, that is moderate. Left lower leg/ankle. Swollen joints admits, that is mild. Trauma to ankle(s) admits, affecting the left ankle, that is moderate, that limits mobility.

## Reason for Appointment
1. SC

## History of Present Illness
Narrative:
Patient seen in sick call requesting new medication for pain. Patient states medication that he is currently taking does not relieve his left lower leg/ankle pain. Patient denied any other medical problems. Overall condition is stable.
Patient Identification:
Patient Identification:
Patient properly identified by 2 sources including: Verbally, Wrist Band
Chaperone Present? No
What language do you speak? English
Interpretation provided? Patient speaks English fluently
Pain Assessment:
Pain
Are you currently in pain? Yes
The pain is located Use Notes Section left lower leg/ankle.
The severity of pain is rated at 4/10
The severity of the pain is mild to moderate
The pain began other
Describe: started 11/19/2019 after his MVA accident.
The character of the pain is infrequent, is intermittent, is sharp
The associated symptoms are ankle swelling
The pain is aggravated by any physical activity
The pain is relieved by none

## Vital Signs

| | | | |
|---|---|---|---|
| Temp | | | |
| 98.6 F | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| HR | | | |
| 69 /min | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| BP | | | |
| 122/81 mm Hg | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| RR | | | |
| 17 /min | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| Wt | | | |
| 235 lbs | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| Ht | | | |
| 74 in | | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
43 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

03/24/2020

**Appointment Provider: Krome Provider**

**Allergies**
Penicillin G Sodium

Appointment Provider: Krome Provider

Electronically signed by Krome Provider on 03/24/2020 at 04:26 MST
Sign off status: Pending

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

Patient: RADETIC, SEBASTIAN    DOB: 10/24/1976    Progress Note: Krome Provider    03/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
43 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility:  Krome North SPC

**03/24/2020**                                    **Appointment Provider: Krome Provider**

**Allergies**
Penicillin G Sodium

Appointment Provider: Krome Provider

Electronically signed by Krome Provider on 03/24/2020 at 04:26 MST

Sign off status: Pending

---

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

---

**Patient: RADETIC, SEBASTIAN    DOB: 10/24/1976    Progress Note: Krome Provider    03/24/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
44 Y old Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**01/28/2021**                                    **Appointment Provider: Krome Provider**

**Allergies**
Penicillin G Sodium

**Reason for Appointment**
1. PE - Annual

**Appointment Provider: Krome Provider**

Electronically signed by Krome Provider on 03/24/2020 at 04:26 MST

Sign off status: Pending

---

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

---

**Patient: RADETIC, SEBASTIAN   DOB: 10/24/1976   Progress Note: Krome Provider   01/28/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
44 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**01/28/2021**                                      **Appointment Provider: Krome Provider**

**Allergies**
Penicillin G Sodium

**Reason for Appointment**
1. Annual Dental Exam

Appointment Provider: Krome Provider

Electronically signed by Krome Provider on 03/24/2020 at 04:26 MST

Sign off status: Pending

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

**Patient: RADETIC, SEBASTIAN   DOB: 10/24/1976   Progress Note: Krome Provider   01/28/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

| BMI | | |
|---|---|---|
| 30.17 Index | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| Oxygen sat % | | |
| 98 % | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |
| RA / #Liters O2 via: | | |
| RA | 03/20/2020 07:57:19 AM US Mountain Standard Time | Kristy Pinder RN |

**Examination**
General Examination:
   GENERAL APPEARANCE: normal, alert, in no acute distress.
   ENT: EYES:- normal- NOSE:- normal.
   NOSE: nares patent.
   SKIN: no suspicious lesions, normal, warm and dry.
   HEART: normal, regular rate and rhythm.
   LUNGS: normal, good air movement, .
   MUSCULOSKELETAL: Left, rsp, ankle, tender to movement, limited ROM.

**Assessments**
Knowledge deficit

**Treatment**
1. Others
Notes: Tel encounter sent to provider regarding patient request.
Clinical Notes: Per 2008 RN Guidelines: Encourage patient to utilize non-pharmacological methods such as distraction for control of minor aches and pains. Educate patient about relaxation and stress management techniques to be used as an adjunct to medications in the treatment of pain management.

**Procedure Codes**
T1001 NURSING ASSESSMENT/EVALUATION

Notes: Medication and Treatment Plan Reviewed, Patient advised to return to sick call if symptoms worsen prior to next appointment, Patient verbalized understanding of all instructions. Refer to RN guidelines 2008

Appointment Provider: Kristy Pinder, RN

**Electronically signed by Kristy Pinder RN on 03/20/2020 10:58:51 (Eastern Daylight Time)**
**Sign off status: Completed**

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

---

**Patient: RADETIC, SEBASTIAN    DOB: 10/24/1976    Progress Note: Kristy Pinder, RN    03/20/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com).*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450 SubID: 366450823
Facility Code: KRO Housing Area: 11a
43 Y old Male, DOB: 10/24/1976
18201 S.W. 12TH ST., MIAMI, FL 33194
Provider: Bailey PA, Karl W

Telephone
Encounter

**Answered by**    Leon RN, Tania

Date: 03/11/2020
Time: 12:35 PM

**Reason**    Consult

**Action Taken**    Leon RN, Tania 03/11/2020 12:37:02 > Patient seen in sick call requesting new medication for pain. Patient states medication that he is currently taking does not relief his left lower leg/ankle pain. Patient is on Acetaminophen 500 mg 1 tab PO BID, PRN. Patient denied any other medical problems. Overall condition is stable. Please review, Thank you.

Patient: RADETIC, SEBASTIAN   DOB: 10/24/1976   Provider: Bailey PA, Karl W   03/11/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Address

**Patient Vaccine Administration Record**

No of Immunizations 0

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>



## U.S. Immigration and Customs Enforcement

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
43 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

03/11/2020

**Appointment Provider: Tania Leon, RN**

### Current Medications
Taking
- Acetaminophen 500 MG Tablet 1 BID PRN, stop date 04/01/2020, KOP: Yes, Drug Source: In House Pharmacy

### Past Medical History
CHRONIC MIGRANCES.
BACK PAIN.

### Allergies
Penicillin G Sodium

### Review of Systems
General/Constitutional:
Change in appetite denies. Chills denies. Fatigue denies. Fever denies. Headache denies. Lightheadedness denies. Night sweats denies. Sleep disturbance denies. Weight gain denies. Weight loss denies.
Musculoskeletal:
Leg cramps denies. Painful joints admits, that is recurrent, that is moderate. Left lower leg/ankle. Swollen joints admits, that is mild. Trauma to ankle(s) admits, affecting the left ankle, that is moderate, that limits mobility.

### Reason for Appointment
1. SICK CALL

### History of Present Illness
Narrative
Patient seen in sick call requesting new medication for pain. Patient states medication that he is currently taking does not relief his left lower leg/ankle pain. Patient denied any other medical problems. Overall condition is stable.
Patient Identification:
Patient Identification
Patient properly identified by 2 sources including:  *Verbally, Wrist Band*
Chaperone Present?  *No*
What language do you speak?  *English*
Interpretation provided?  *Patient speaks English fluently*
Pain Assessment:
Pain
Are you currently in pain?  *Yes*
The pain is located  *Use Notes Section left lower leg/ankle.*
The severity of pain is rated at  *4/10*
The severity of the pain is  *mild to moderate*
The pain began  *other*
Describe:  *started 11/19/2019 after his MVA accident.*
The character of the pain  *is infrequent, is intermittent, is sharp*
The associated symptoms are  *ankle swelling*
The pain is aggravated by  *any physical activity*
The pain is relieved by  *none*

### Vital Signs

| Temp | | |
|---|---|---|
| 97.9 F | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| **HR** | | |
| 70 /min | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| **BP** | | |
| 115/74 mm Hg | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| **RR** | | |
| 17 /min | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| **Wt** | | |
| 233 lbs | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| **Ht** | | |
| 74 in | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

| BMI | | |
|---|---|---|
| 29.91 Index | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| Oxygen sat % | | |
| 98 % | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |
| RA / #Liters O2 via: | | |
| RA | 03/11/2020 09:27:53 AM US Mountain Standard Time | Tania Leon RN |

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, in no acute distress.
ENT: EYES:- normal- NOSE:- normal.
NOSE: nares patent.
SKIN: no suspicious lesions, normal, warm and dry.
HEART: normal, regular rate and rhythm.
LUNGS: normal, good air movement.
MUSCULOSKELETAL: Left leg, ankle, tender to movement, limited ROM

## Assessments

Knowledge deficit

## Treatment

1. Others

Notes: Tel encounter sent to provider regarding patient request.
Clinical Notes: Per 2008 RN Guidelines: Encourage patient to utilize non-pharmacological methods such as distraction for control of minor aches and pains. Educate patient about relaxation and stress management techniques to be used as an adjunct to medications in the treatment of pain management.

## Procedure Codes

T1001 NURSING ASSESSMENT/EVALUATION

Disposition: Detainee returned to dorm
Notes: Patient advised to return to sick call if symptoms worsen prior to next appointment, Patient verbalized understanding of all instructions

Appointment Provider: Tania Leon, RN

Electronically signed by Tania Leon RN on 03/11/2020 12:35:07 (Eastern Daylight Time)

Sign off status: Completed

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

Patient: RADETIC, SEBASTIAN   DOB: 10/24/1976   Progress Note: Tania Leon, RN   03/11/2020

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AD>



U.S. Immigration
and Customs
Enforcement

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: 11a
43 Y old Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**03/04/2020**

**Appointment Provider: Karl Bailey, PA**

**Past Medical History**
CHRONIC MIGRANCES.
BACK PAIN.

**Surgical History**
none

**Family History**
Mother: alive
Father: alive

**Social History**
Tobacco Use:
Tobacco Use
   Do you now or have you ever used
tobacco products? No
Drugs/Alcohol:
Drugs
   Have you used drugs other than those
for medical reasons in the past 12
months? No
Alcohol Screen
   Do you drink alcohol? No
   Have you ever been convicted for driving
under the influence of alcohol? No
Abuse History:
Physical Abuse
   Have you ever suffered from physical
abuse? No
Sexual Abuse
   Have you ever been a victim of sexual
abuse? No

**Allergies**
Penicillin G Sodium

**Hospitalization/Major Diagnostic
Procedure**
none

**Review of Systems**
General/Constitutional:
   Chills denies. Fatigue denies.
Fever denies. Headache denies.
Ophthalmologic:
   Diminished visual acuity denies.
Itching and redness denies.
ENT:
   Difficulty swallowing denies.
Nosebleed denies. Swollen

**Reason for Appointment**
1. PE - Initial

**History of Present Illness**
Physical Exam
   Initial Assessment
      Intake Screening was reviewed? yes
   Dental Screening
      Do you have any significant dental problems?  no
      Do you have any dental prosthesis?  none
   Medical History
      Do you have Asthma?  Denies
      Do you have Cancer?  Denies
      Do you have Cardiovascular disease?  Denies
      Do you have Hypertension?  Denies
      Do you have Hyperlipidemia?  Denies
      Do you have Diabetes?  Denies
      Have you had a stroke?  Denies
      Do you have seizure disorder?  Denies
      Do you have hepatitis?  Denies
      Do you have HIV?  Denies
      Do you now or have you ever had any STDs?  Denies
      Have you ever had Chicken Pox?  No
      Does the patient have a chronic medical condition?  No
      Does the patient have a positive PPD or IGRA (per record/transfer summary)?
No
   Mental Health History
      Detainee response indicates awareness of ICE detention environment .  Yes
      Have you ever received counseling for mental health problems?  Denies
      Have you ever received medication for mental health problems?  Denies
      Have you ever been hospitalized for mental health problems  Denies
      Do you ever hear voices others do not hear?  Denies
      Do you ever see things others do not see?  Denies
      Do you believe someone can control your mind?  Denies
      Have you ever had racing thoughts for more than one week?  Denies
      In the past week, have you felt hopeless?  No
      In the past week, have you felt helpless?  No
      Have you ever tried to kill yourself?  Denies
      Are you currently thinking about killing yourself?  Denies
      Have you ever tried to harm yourself?  Denies
      Are you currently thinking about harming yourself?  Denies
      Do you have a history of physically assaulting others?  Denies
      Have you suffered from excessive anxiety or worry for over six months?
Denies
      Have you ever witnessed or experienced or been confronted with an event or
events that involved actual or threatened death or serious injury?  Denies
      Is the patient exhibiting symptoms of a serious mental disorder or symptoms
of cognitive impairment?  No
Patient Identification:
   Patient Identification

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies.

Respiratory:
Chest pain denies. Cough denies. Wheezing denies.

Cardiovascular:
Fluid accumulation in the legs denies. Palpitations denies. Shortness of breath denies.

Gastrointestinal:
Constipation denies. Heartburn denies. Vomiting denies.

Musculoskeletal:
Leg cramps denies. Muscle aches denies. Swollen joints denies.

Neurologic:
Loss of use of extremity denies. Seizures denies.

Psychiatric:
Auditory/visual hallucinations denies. Homicidal Thoughts denies. Suicidal thoughts denies.

Tuberculosis:
Fever denies. Night Sweats denies. Persistent cough denies. Sputum production denies.

Patient properly identified by 2 sources including: *Wrist Band,ID Badge,Date of Birth*

Chaperone Present? *No*
What language do you speak? *English*
Interpretation provided? *Patient speaks English fluently*

Pain Assessment:
Pain
Are you currently in pain? *Yes*
The pain is located *lower back pain with bending*
The severity of pain is rated at *3/10*
The severity of the pain is *mild*
The pain began *4-5 months ago*
The character of the pain *is infrequent*
The associated symptoms are *none*
The pain is aggravated by *other*
Describe: *bending*
The pain is relieved by *OTC medication*

Narrative:
43 y/o male coming from another ice facility. Hx lower back pain on and off since mva accident Nov 19, 2019 (PENDING DEPORTATION IN 3 WEEKS)
Patient said ICE van had an accident  taking him to court and he injury his lower back Nov 2019. facility did a back x-ray 3 months after. but they did not tell him the result.
Complain of back pain bending and the current mattress not helping him. denied any tingling sensation in legs and back does not radiate
No fever, chill, n/v, h/a, dizziness, HTN, DM, CAD, mental illness or suicidal ideation.

Vital Signs

| Temp | | |
|---|---|---|
| 98.7 F | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **HR** | | |
| 68 /min | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **BP** | | |
| 113/73 mm Hg | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **RR** | | |
| 16 /min | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **Wt** | | |
| 233 lbs | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **Ht** | | |
| 74 in | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **BMI** | | |
| 29.91 Index | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **Vision** | | |
| Left eye:20/20, Right eye:20/40, Both eyes:20/20, Comments:Without glasses | 03/04/2020 10:53:35 AM US Mountain Standard Time | Karl Bailey PA |
| **Oxygen sat %** | | |
| 99 % | 03/04/2020 08:17:38 AM US Mountain Standard Time | Tia Townes LPN |
| **RA/ #Liters O2 via:** | | |
| | 03/04/2020 08:17:38 AM US | Tia Townes |

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

| RA | Mountain Standard Time | LPN |

## Examination
General Examination:
   GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
   HEAD: normocephalic.
   EYES: pupils equal, round, reactive to light and accommodation.
   EARS: normal, auditory canal clear.
   NOSE: no lesions, septum intact.
   ORAL CAVITY: no lesions, , mucosa moist.
   THROAT: normal.
   NECK/THYROID: normal, neck supple, full range of motion.
   HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
   LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
   ABDOMEN: bowel sounds present, soft, nontender, nondistended.
   BACK: full range of motion, no costovertebral angle tenderness, spine nontender to palpation
   MUSCULOSKELETAL: normal gait, no deformities, full range of motion, good strength and equal bilaterally.
   NEUROLOGIC: alert and oriented, cooperative with exam, motor strength normal upper and lower extremities, normal strength, sensory exam intact.
   PSYCH: good eye contact, cooperative with exam, no auditory or visual hallucinations, speech clear, thought content without suicidal ideation, delusions.

## Assessments
1. Low back pain - M54.5

## Treatment
1. Low back pain
Start Acetaminophen Tablet, 500 MG, 1, Orally, BID PRN, 14 days, Refills 1, Start Date: 03/04/2020, Stop Date: 04/01/2020, KOP: Yes, Drug Source: In House Pharmacy

2. Others
Notes: Patient questions answered and verbalized understanding. Disease and treatment/plan discussed with patient. Discussed access to care. Patient verbalizes understanding. Patient received staying health brochure, Physical Fitness reviewed and encouraged. Patient responsibilities in overall care plan reviewed.

## Preventive Medicine
Nutrition:
   Education provided  increase fruit intake, increase vegatables intake.
   Patient response  anticipated compliance, good.

Disposition: Medically cleared for custody
Notes: RTC PRN


**Appointment Provider: Karl Bailey, PA**


**Confirmatory sign off:**
   Ortega MD, Luis A 03/06/2020 08:29:34 AM Bailey PA,Karl W
03/04/2020 14:22:44 > p/e


**Electronically signed by Karl Bailey PA on 03/04/2020 14:22:19 (Eastern Standard Time)**

**Electronically co-signed by Luis Ortega MD on 03/06/2020 at 08:29 AM MDT**

**Sign off status: Completed**

Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>


U.S. Immigration
and Customs
Enforcement

**RADETIC, SEBASTIAN**
A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: ,,,
43 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility:  Krome North SPC

03/02/2020

**Appointment Provider: Nelson Reyes, RN**

**Past Medical History**
CHRONIC MIGRANCES.
BACK PAIN.

**Surgical History**
No Surgical History documented.

**Allergies**
Penicillin G Sodium

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**History of Present Illness**
Intake:
  Initial Assessment
    Was the Pre-Screening Progress note reviewed?  Yes
    If patient was transferred from another facility, did a medical transfer summary accompany the patient?  Yes
    Do you have an e-mail address?  No
  Medical Screening
    How do you feel today?
    Do you have any current or past medical problems?  Yes Detainee involved in a car accident during ICE custody on Nov 19th, 2019. He states he had head and back injury. He states he has been having chronic headaches and back ache since the accident. He had a syncope episode 1/18/20. He had a CT scan on 2/28/20 at Monroe county.
    Have you ever had a head injury or head surgery that affected your activities of daily living?  No
    Have you ever had seizures?  No
    Are you currently or have you ever taken any medication on a regular basis, including over the counter and herbal?  Yes Meloxicam 7.5mg qd
    Do you have your medications with you?  No
    Do you have any allergies to include allergies to medication or food?  No
    Are you now or have you ever been treated by a doctor for a medical condition to include hospitalizations, surgeries, infectious or communicable diseases?  No
    In the past 2 months, have you experienced any of the following symptoms continuously for more than 2 weeks?  No
    A cough?  No
    Coughing up blood?  No
    Chest pain?  No
    Fever, chills, or night sweats for no known reason?  No
    Loss of appetite?  No
    Unexplained weight loss?  No
    Do you have previous hx of TB?  No
    Have you had any recent acute changes with your vision or hearing?  No
    Do you have any specific dietary needs?  No
    Are you Transgender?  No
    Have you ever had Chicken Pox?  No
    Have you been in close contact with a person with laboratory-confirmed 2019 novel coronavirus or their respiratory secretions in the past 14 days?  No
    Have you traveled from or through geographic area(s) with widespread or sustained community transmission in the past two weeks?  No
  Oral Screening
    Are you having any significant dental problems?  No
  Mental Health Screening
    Have you ever received counseling for mental health problems?  No
    Have you ever received medication for mental health problems?  No
    Have you ever received treatment or hospitalization for mental health problems?  No
    Have you ever tried to kill yourself?  Denies
    Are you currently thinking about killing yourself?  Denies
    Have you ever tried to harm yourself?  Denies

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Are you currently thinking about harming yourself? *Denies*
Do you have a history of assaulting others? *No*
Do you ever hear voices that others do not hear? *No*
Do you ever see things that others do not see? *No*
Do you believe someone can control your mind? *No*
Have you been a victim of physical abuse? *No*
Have you been a victim of sexual abuse? *No*
Do you feel that you are currently in danger of being physically or sexually assaulted? *No*
Have you ever sexually assaulted anyone? *No*
Trauma Screening
Have you ever witnessed, experienced an event that involved actual or threatened death or serious injury? *No*
Learning/Cultural/Religious Assessment
Is there anything important to know about your religious or cultural beliefs that are of concern to you while in detention? *No*
Have you ever had difficulties learning? *No*
Do you have difficulty reading or writing? *No*
Have you ever had difficulties understanding written information? *No*
Have you received help for a developmental disability or learning disability? *No*
Substance Use/Abuse Screening
Do you now or have you ever used tobacco products? *No*
Do you now or have you ever drank alcohol? *No*
Do you now or have you ever used drugs? *No*

## Vital Signs

| | Temp | | |
|---|---|---|---|
| 97.8 F | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | HR | | |
| 83 /min | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | BP | | |
| 107/71 mm Hg | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | RR | | |
| 16 /min | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | Wt | | |
| 232 lbs | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | Ht | | |
| 74 in | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | BMI | | |
| 29.78 Index | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | Oxygen sat % | | |
| 99 % | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |
| | RA / #Liters O2 via: | | |
| RA | 03/02/2020 11:33:38 AM US Mountain Standard Time | Nelson Reyes RN | |

## Examination

Intake Screening:
Intake Exam
Patient appears to have normal physical characteristics? *Yes*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Patient appears to have normal emotional attributes? *Yes*
Patient appears to have no barriers to communication? *Yes*
Physical disabilities observed: *No*
Is the patient oriented to person, place, time and situation? *Yes*
Appears to be responding to auditory or visual hallucinations? *No*
Disorganized thoughts or behaviors observed? *No*
Agitation observed: *No*
Malnourished appearance observed: *No*
Low Vision: *No*
Hearing difficulty/impairment observed: *No*
Difficulty observed with forming speech: *No*
Difficulty observed with comprehension: *No*
Difficulty observed with focus or concentration: *No*
Lack of response observed when asked questions: *No*
Mobility Impairment observed: *No*
Skin Broken out in bumps/rash observed: *No*
Excessive sweating observed: *No*
Abnormal breathing (persistent cough, hyperventilation, etc) observed: *No*
Cuts, bruises, jaundice, lesions, scars or tattoos observed: *No*
Nits or Active lice observed: *No*
Shaking/tremors observed: *No*
Needle Tracks observed: *No*
Does the patient wear glasses or contacts? *No*

**Assessments**
1. Abnormal Intake Screening, referred to medical provider - 00.4 (Primary)

**Treatment**
1. Abnormal Intake Screening, referred to medical provider
Notes: Physical exam scheduled for patient.Access to medical/dental/mental health care, grievance process explained to patient.Patient given the Medical Orientation and Health Information Brochure and Dealing with Stress Brochure based on the language spoken by the patient. Patient verbalized understanding of any teaching or instruction.Patient was asked if he or she had any additional questions, and any questions were addressed.


Disposition: Medically cleared for custody, follow up visit scheduled
Notes: Oral hygiene instructions given, Patient advised to return to sick call if symptoms worsen prior to next appointment, Patient verbalized understanding of all instructions


**Appointment Provider: Nelson Reyes, RN**


**Electronically signed by Nelson Reyes RN on 03/02/2020 13:34:25 (Eastern Standard Time)**

**Sign off status: Completed**


Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194
Tel: 305-207-2170
Fax:

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

**Patient: RADETIC, SEBASTIAN   DOB: 10/24/1976   Progress Note: Nelson Reyes, RN   03/02/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

AD>

 **U.S. Immigration and Customs Enforcement**

# RADETIC, SEBASTIAN

A: 209214450  SubID: 366450823
Facility Code: KRO  Housing Area: ,,,
43 Y old  Male, DOB: 10/24/1976
Account Number: 1001241657
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**03/02/2020**                                    **Appointment Provider: Nelson Reyes, RN**

### History of Present Illness
Patient Identification:
  Patient Identification
    Patient properly identified by 2 sources including: *ID Badge, Verbally*
    Chaperone Present? *No*
    What language do you speak? *English*
    Interpretation provided? *Provider fluent in patient's native language*
Pre-Screening:
  Pre-Screen
    Time of Arrival *0655*
    Was the patient transferred from another facility?  *Yes*
    Did a medical transfer summary accompany the patient?  *Yes*
    Was the medical summary reviewed?  *Yes*
    Do you have a current illness or health problems?  *Yes*
    Are you taking any medications?  *Yes*
    Are you currently in pain?  *No*
    Are you afraid someone will hurt you?  *No*
    Do you want to hurt yourself?  *No*
    Were there any communication barriers?  *No*

### Examination
Intake Screening:
  Intake Pre-Screening
    Appearance: *Normal*
  Behavior: *Normal*
  State of Consciousness: *Alert*
  Ease of Movement: *No noticeable restrictions or difficulties*
  Breathing: *Normal*
  Skin: *No abnormalities noted*

Disposition: Pre-Screening: PRI-2

**Appointment Provider: Nelson Reyes, RN**

**Electronically signed by Nelson Reyes RN on 03/02/2020 13:36:41 (Eastern Standard Time)**

Sign off status: Completed

**Krome North SPC
18201 S.W. 12TH ST.
MIAMI, FL 33194**

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Tel: 305-207-2170
Fax:

**Patient: RADETIC, SEBASTIAN    DOB: 10/24/1976    Progress Note: Nelson Reyes, RN    03/02/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Krome North SPC**
**18201 S.W. 12TH ST.  MIAMI, FL 33194**                    **Nelson Reyes, RN**
**Tel: 305-207-2170  Fax:**

| | | |
|---|---|---|
| Patient: | RADETIC, SEBASTIAN | 03/24/2020 |
| DOB: | 10/24/1976, Sex: Male | |
| Address: | 18201 S.W. 12TH ST., MIAMI, FL 33194 | |
| Phone: | | |

Ordered Date: 08/26/2019
Assessments:

| | |
|---|---|
| Lab: | X ray : Chest |
| Fasting: | No |
| Specimen: | Collection Date:08/26/2019   Time: |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | Negative, nursing review | |

Received
Date:          08/26/2019

Notes:

Patient Name: RADETIC, SEBASTIAN , DOB: 10/24/1976

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Document Name: 2020.03.02, General Medical Consent form., Scanned Date: 03/09/2020

Notes:

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Reset Form Email Form Print Form

**U.S. Immigration
and Customs
Enforcement
ICE Health Service Corps**

# MEDICAL CONSENT FORM

Patient properly identified by (check 2 sources): ☑ Verbally  ☐ Date of Birth  ☑ Wrist Band  ☐ ID Badge  ☐ Picture
☐ Other: _____

Chaperone Present? ☑ No  ☐ Yes  If yes, name: _____

What language do you speak? ☑ English  ☐ Spanish  ☐ Other: _____

Interpreter Provided?  ☐ Yes  If yes, name or #: _____  Language: _____
☐ No, provider fluent in patient's native language  ☑ Not Applicable, patient speaks English
☐ No interpreter available during visit  ☐ No interpreter utilized. Explain: _____
☐ No interpreter utilized, Urgent or Emergent care  Explain: _____

**Health Care Program**

The major purpose of the clinic is to provide you/your child with medical care. Medical information obtained will be kept in a confidential medical record. You/your child will undergo a medical examination in determining your/his/her current health.

I give consent for me/my child, _S. Radetic_ , to receive medical screening and medical examination to determine my/my child's current health status, other medical evaluations, diagnostic procedures, routine care and medical and dental treatment including any immunizations which the medical and professional staff of the clinic may deem necessary, advisable or appropriate.

I also give consent for me/my child, _S. Radetic_ , to mental health care screening and mental health care that the medical and professional staff of the clinic may deem necessary, advisable or appropriate. For your child, this may includes but is no limited to weekly well-child visits for mental health care purposes for the duration of your child's residence at this facility.

I authorize disclosure of my/my child's medical records to a hospital, if hospitalization is deemed necessary, advisable or appropriate by the medical or professional staff of the clinic. I authorize disclosure of my/my child's medical records to a physical and/or mental health care provider who is not an employee of the clinic, if the medical and professional staff of the clinic deem care by such a provider to be necessary, advisable or appropriate. I authorize the disclosure of my/my child's medical information to federal and state reporting agencies for purposes of disease surveillance and control.

This form has been fully explained to me, and I understand its contents. I further understand that no guarantees have been made to me regarding the results of treatments or examinations done in the clinic or outside the clinic by health care professionals to whom I/my child may be referred.

_____     _3/2/2020_
Print and Signature of Patient, Parent or Guardian     Date

_____     _3/2/2020_   N. Reyes, RN
Print and Signature of Witness     Date     Registered Nurse

| Last Name: Radetic | First Name: Sebastian |
| A#: 209 214 450 | Country of Citizenship: Croatia |
| Date of Arrival: 3/2/2020 | DOB: 10/24/76 |
| Facility: KROME | Sex: Male |

IHSC Form 793 (10/19)

Document Name: 2020.03.02, Transfer Summary, Scanned Date: 03/09/2020

Notes:

**U.S. Department of Justice**
United States Marshals Service

## Prisoner in Transit Medical Summary

### 1. IDENTIFYING INFORMATION

Name (Last, First, MI): RADETIC , SEBASTIAN ,

Age: 43 year old   Gender: M   DOB: 10-24-1976

USMS # AlienNumber,   Departure Date: 03-02-2020
A209214450

Departed From: MCDC

Designated To: ATW

Mode of Transport:   Ground Ground Ground Ground Ground Ground
Ground Ground

### 2. TUBERCULOSIS SCREENING

Tuberculosis Skin Test (TST)/PPD:

Date Placed:   Date Read:   Size in mm:
0

Tuberculosis Blood Test / IGRA (if applicable):

N/A   Date:

Chest x-ray done within past year (if indicated)

Date: 08-26-2019   Results: Negative

Prisoner is cleared for transfer:
YES

### 3. CURRENT MEDICAL ISSUES

None

FEMALE PRISONERS: is prisoner pregnant?

If yes, how many weeks?

### 4. SICKLE CELL SCREENING

Prisoner has a history of:

No History of Disease or Trait

If prisoner has disease or trait and is traveling by air
has JPATS Sickle Cell Protocol and Clearance
been completed?

N/A

| Attach clearance to transfer summary |

### 5. LIST ALLERGIES (include drugs, foods, latex, etc.):

DUST, PCN

| 6a. OTHER MEDICAL PROBLEMS | 6b. MEDICATIONS DISPENSED WITH PRISONER FOR TRASNPORT (Should match medical problem if applicable, include dosage, route, and frequency) | | |
|---|---|---|---|
| 780.96 GENERALIZED PAIN | Medication OR Dosage OR Directions | Requested Start | Requested End |
| | Attending ProvMeloxicam 7.5mg Tab, 7.5MG, TAKE ONE TABLET(S) ORALLY AS DIRECTED BY MD | 02-21-2020 | 04-22-2020 Raul |
| | Caner1, MDTOTALS (1) | | |

### 7. COMMENTS

### 8. CERTIFYING HEALTH AUTHORITY

*THIS PRISONER IS MEDICALLY CLEARED FOR TRAVEL.*

Name (Print): Jeremy Eades

Signature: Jeremy Eades   Date: 03-01-2020   Phone Number:

*N. Reyes, RN*
*Registered Nurse*
3/2/20

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Document Name: PE Adult 2020-3-4 11:48:24, Scanned Date: 03/04/2020

Notes: EMR Form

**Patient Name:** RADETIC,SEBASTIAN   **DOB:** 10/24/1976   **Encounter Dt:** 03/04/2020   **A** 209214450   **SubID** 366450823   Ra

**Physical Exam: Adult**

**Patient Identification**

*Patient properly identified by 2 sources including:
☐Verbally  ☑Date of Birth  ☑Wrist Band  ☑ID Badge  ☐Picture  ☐Other

*Chaperone Present?
☐Yes  ☑No

*What language do you speak?
☐_____  ☐Spanish  ☑English  ☐Mandarin Chinese  ☐Punjabi  ☐Portuguese  ☐Amharic  ☐Arabic  ☐Bengali  ☐Burmese  ☐French  ☐German  ☐Gujarati  ☐Haitian Creole  ☐Hindi  ☐Italian  ☐Japanese  ☐Javanese  ☐Kanjobal  ☐Kannada  ☐K'iche'  ☐Korean  ☐Malayalam  ☐Mam  ☐Marathi  ☐Oriya  ☐Persian  ☐Polish  ☐Russian  ☐Somali  ☐Tamil  ☐Telugu  ☐Thai  ☐Turkish  ☐Ukrainian  ☐Urdu  ☐Vietnamese  ☐Other

*Interpretation provided?
☐_____  ☐Yes, Interpreter Name  ☐Yes, Interpreter Number  ☐Provider fluent in patient's native language  ☐Patient speaks English fluently  ☐No interpreter available during visit  ☐No interpreter utilized

**Initial Assessment**

*Intake Screening was reviewed?
◉Yes  ○No

**Pain**

*Are you currently in pain?
◉Yes  ○No

*The pain is located
| lower back pain with bending |

*The severity of pain is rated at
○0/10  ○1/10  ○2/10  ◉3/10  ○4/10  ○5/10  ○6/10  ○7/10  ○8/10  ○9/10  ○10/10

*The severity of the pain is
○improving  ◉mild  ○mild to moderate  ○minimal  ○moderate  ○moderate to sever  ○no significant change  ○severe  ○worsening

*The pain began
○1-2 days ago  ○2-3 days ago  ○3-4 days ago  ○4-5 days ago  ○1-2 weeks ago  ○2-3 weeks ago  ○3-4 weeks ago  ○4-5 weeks ago  ○1-2 months ago  ○2-3 months ago  ○3-4 months ago  ◉4-5 months ago  ○1-2 years  ○2-3 years ago  ○3-4 years ago  ○4-5 years ago

*The character of the pain
☐is aching  ☐is constant  ☐is dragging  ☐is dull  ☐is electric  ☐is frequent  ☑is infrequent  ☐is intermittent  ☐is knife-like  ☐is periodic  ☐is persistent  ☐is progressive  ☐is sharp  ☐is shifting  ☐is sudden in onset

*The associated symptoms are
☐abdominal pain  ☐ankle swelling  ☐burning  ☐chest tightness  ☐cough  ☐diaphoresis  ☐discharge  ☐dizziness  ☐feels hot  ☐fever  ☐fever greater than 100 degrees  ☐fever low grade  ☐fever unknown severity  ☐headache  ☐increased hair growth  ☐itching  ☐itchy eyes  ☐leg swelling  ☐light headedness  ☐palpitations  ☐paresthesias  ☐photophobia  ☐purulent nasal discharge  ☐radiating pain  ☐redness  ☐shortness of breath  ☐soft voice  ☐sore throat  ☐tearing  ☐tender to touch  ☐tingling  ☐unexplained weight gain  ☐voice change  ☐vomiting  ☐watery eyes  ☐watery nasal discharge  ☐weakness  ☐weight gain  ☐wheezing  ☐white on my tongue  ☑none  ☐other

*The pain is aggravated by
☐alcohol  ☐anxiety  ☐any physical activity  ☐bending  ☐bloating  ☐bowel movements  ☐changes in weather  ☐climbing one flight of stairs  ☐climbing two flight of stairs  ☐constipation  ☐drinking liquids  ☐driving  ☐exercise  ☐exertion  ☐food  ☐glare  ☐gripping  ☐having bowel movements  ☐headache  ☐heat  ☐hot beverages  ☐jumping  ☐lifting  ☐light  ☐lying down  ☐menses  ☐migraines  ☐noisy environment  ☐oncoming headlights  ☐physical activity  ☐premenstrual period  ☐prolonged sitting  ☐prone position  ☐none  ☐reading  ☐rubbing eye  ☐running  ☐seasonal allergies  ☐sit to standing movements  ☐sitting  ☐reaching  ☐deprevation  ☐spicy foods  ☐squating  ☐standing  ☐stress  ☐sun exposure  ☐sunlight  ☐supine position  ☐swalowing  ☐twisting  ☐voiding  ☐walking  ☐walking on flat surface  ☐walking uphill  ☑other

Describe:

RADETIC, SEBASTIAN|DOB :10/24/1976|A:209214450

bending

*The pain is relieved by
☐Advair ☐Albuterol ☐artificial tears ☐Atrovent ☐Bextra ☐Blinking ☐bowel movement ☐Celebrex ☐
Codeine ☐Combivent ☐cool air ☐cool compress ☐darkened room ☐dry air ☐fan ☐Flovent ☐food ☐
fresh air ☐heat ☐hot compress ☐ice ☐improving ☐keeping eyes closed ☐lying down ☐medication
including ☐Mobic ☐moist air ☐Morphine ☐Nebulizer ☐none ☐one pillow ☐OTC Aleve ☐OTC Ibuprofen
☑OTC medication ☐pain relief FX ☐prescription ☐prone position ☐rest ☐sitting ☐sleep ☐standing ☐
stretching ☐supine position ☐two pillow ☐Tylenol ☐Vioxx ☐voiding ☐water ☐other

**Medical History**

*Do you have Asthma?
○Admits ⊙Denies

*Do you have Cancer?
○Admits ⊙Denies

*Do you have Cardiovascular disease?
○Admits ⊙Denies

*Do you have Hypertension?
○Admits ⊙Denies

*Do you have Hyperlipidemia?
○Admits ⊙Denies

*Do you have Diabetes?
○Admits ⊙Denies

*Have you had a stroke?
○Admits ⊙Denies

*Do you have seizure disorder?
○Admits ⊙Denies

*Do you have hepatitis?
○Admits ⊙Denies

*Do you have HIV?
○Admits ⊙Denies

*Do you now or have you ever had TB?
○Admits ⊙Denies

*Do you or have you had any STDs?
○Admits ⊙Denies

*Have you ever had Chicken Pox?
○Yes ⊙No ○Unsure

Does the patient have a chronic medical condition?
○Yes ⊙No

Does the patient have a positive PPD or IGRA (per record/transfer summary)?
○Yes ⊙No

**Mental Health History**

Have you ever had a head injury or head surgery that affected your activities of daily living?
○Admits ⊙Denies

Have you suffered from memory loss that affects your activities of daily living?
○Admits ⊙Denies

What did you eat for you last meal?
○Don't know ○Don't remember ○Other

Tell me why you are in this building?

Detainee response indicates awareness of ICE detention environment .
⊙Yes ○No

Have you ever received counseling for mental health problems?
○Admits ⊙Denies

ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

US ICE | Patient Name :RADETIC,SEBASTIAN|DOB :10/24/1976|A:209214450

Have you ever received medication for mental health problems?
Admits  Denies

Have you ever been hospitalized for mental health problems
Admits  Denies

Do you ever hear voices others do not hear?
Admits  Denies

Do you ever see things others do not see?
Admits  Denies

Do you believe someone can control your mind?
Admits  Denies

Have you ever had racing thoughts for more than one week?
Admits  Denies

In the past week, have you felt hopeless?
No  Some of the time  Most of the time  All of the time

In the past week, have you felt hopeless?
No  Some of the time  most of the time  all of the time

Have you ever tried to kill yourself?
Admits  Denies

Are you currently thinking about killing yourself?
Admits  Denies

Have you ever tried to harm yourself?
Admits  Denies

Are you currently thinking about harming yourself?
Admits  Denies

Do you have a history of physically assaulting others?
Admits  Denies

Have you suffered from excessive anxiety or worry for over six months?
Admits  Denies

Have you ever witnessed or experienced or been confronted with an event or events that involved actual or threatened death or serious injury?
Admits  Denies

Is the patient exhibiting symptoms of a serious mental disorder or symptoms of cognitive impairment?
Yes  No

**Preventative/Screening Medicine History**
Have you had a colonoscopy?
Admits  Denies

Have you had a DRE?
Admits  Denies

**OB History**
Have you ever been pregnant?
Yes - See OB History  No

Are you pregnant?
Yes - See OB History  No

**GYN History**
When was the first day of your last menstrual cycle? (See GYN History)
[_____] ...(mm/dd/yyyy)

Has it been more than 45 days since your last menstrual cycle?
Yes  No

**Dental Screening**
*Do you have any significant dental problems?
☑no  ☐cavity  ☐broken tooth  ☐infection  ☐broken jaw  ☐other
*Do you have any dental prosthesis?

☑none  ☐full upper  ☐full lower  ☐partial denture upper  ☐partial denture lower  ☐braces  ☐retainer

**Tobacco Use**

*Do you now or have you ever used tobacco products?

○Yes  ◉No

**Drugs**

*Have you used drugs other than those for medical reasons in the past 12 months?

○Yes  ◉No

**Alcohol Screen**

*Do you drink alcohol?

○Yes  ◉No

*Have you ever been convicted for driving under the influence of alcohol?

○Yes  ◉No

**Physical Abuse**

*Have you ever suffered from physical abuse?

○Yes  ◉No

**Sexual Abuse**

Have you ever been a victim of sexual abuse?

○Yes  ○No

# eMAR Record

| Name: | SEBASTIAN RADETIC | | |
|---|---|---|---|
| DOB: | 10/24/1976 | Sex: M | |
| A: | 209214450 | | |
| SubID: | 366450823 | | |

| Printed on: | 03/24/2020 04:29 |
|---|---|
| Printed by: | Morales, Violeta M |
| Date range: | ( to ) |

## Medications Ordered for Date Range: ( to )

| # | Order Date | Ordered By | Medication | Sig | PRN | DOT/KOP | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/04/2020 | Bailey PA, Karl W | Acetaminophen 500 MG | 1 Orally BID PRN for 14 days | | KOP | 03/04/2020 | 03/31/2020 |

## Medications Administration Details

| # | Order Date | Ordered By | Medication | Sig | PRN | DOT/KOP | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/04/2020 | Bailey PA, Karl W | Acetaminophen 500 MG | 1 Orally BID PRN for 14 days | | KOP | 03/04/2020 | 03/31/2020 |

| Due Date | Due Time | Status | User/Date/Time | Reason/Notes |
|---|---|---|---|---|
| | | | | |

Patient Name: SEBASTIAN RADETIC  DOB: 10/24/1976  SubID: 366450823  A: 209214450



## Armor Correctional Health,

## SICK CALL REQUEST

**FROM:  (PLEASE PRINT)**

SEBASMAN NADOMC                              20001670

(Inmate Name)
(Nombre) (Non)                                           (ID #)

10.24.1976              AA/93              7.28.2070

(Date of Birth)            ( Localidad)              (Fecha)
(Fecha de Nacimiento)   (Lojman)             (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)   (Date / Time)

**PROBLEM:  (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

NEED TO SEE DENTIST,

MY JAW IS HURTING WHEN I EAT AND

CAN'T SLEEP BECAUE IT IS DISLOCATION ALL

MY HEAD HURTS, MY GUMS HURT AND BLEED

AND MY TEETH ARE HURTING,

THANK YOU

DATE/TIME RECEIVED             NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

TRIAGE DATE/TIME                    NURSE SIGNATURE



**Armor Correctional Health, Inc**

# SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_JERMAIN MAXTR_

(Inmate Name)
(Nombre) (Non)

_ID #_ _2020 1670_
(ID #)

_10.29.1976_     _4H 33_     _05.32020_
(Date of Birth)   ( Localidad)      (Fecha)
(Fecha de Nacimiento)  (Lojman)   (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

_NEED TO SEE A DOCTOR_

_BECAUSE I CAN'T SLEEP I HAVE PTSD_

_FROM WAR AND ARMY, AND ALSO_

_BECAUSE OF LOT OF STRESS THANK YOU_

| DATE/TIME RECEIVED: | NURSE SIGNATURE: |
| --- | --- |

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

| TRIAGE DATE/TIME: | NURSE SIGNATURE: |
| --- | --- |



**Armor Correctional Health**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_SEBASTIAN NOWETIC_ ___ _2001620_

(Inmate Name)
(Nombre) (Non)

_10.29.1976_ _A1/93_ _7.30.2020_

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)    (Lojman)             (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#) (Date / Time)

(ID #)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** _NEED TO SEE DOCTOR_

_FOR MEDICATION TO SLEEP FOR LAST_

_5-6 DAYS IC ANT SLEEP._

_THANK YOU_

DATE/TIME RECEIVED:                 NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____                    ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____             ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGED DATE/TIME:                 NURSE SIGNATURE

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_SEBASTIAN NADETTC_     _20001020_

(Inmate Name)
(Nombre) (Non)     (ID #)

_10.24.1976_     _Bod_     _4.28.2020_

(Date of Birth)     ( Localidad)     (Fecha)
(Fecha de Nacimiento)     (Lojman)     (Dat)
(Dat Nesans Prizonye a)     (Housing Unit/Cell#)     (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

_CAN'T BREATH AND HAVING CHEST PAIN_

| DATE/TIME RECEIVED | NURSE SIGNATURE |
|---|---|

**TRIAGE DECISION BY NURSING STAFF** (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

| TRIAGE DATE/TIME: | NURSE SIGNATURE: |
|---|---|

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN KAVETIC

(Inmate Name)
(Nombre) (Nòn)

2000 1620

(ID #)

10.24.1976          A1193          8.8.2020

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)     (Lojman)          (Dat)
(Dat Nesans Prizonye a)   (Housing Unit/Cell#)     (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** NEED TO SEE DOCTOR ABOUT GOING TO
SEE ORTHOPEUS, AND I'M BLOATED FROM THE FOOD,
CONSTEPATED, FULL OF GAS, AND MY STOMACH
HURTS, SO I NEED TO TALK ABOUT ~~CLEATING~~
GLUTEN FREE DIET, THANK YOU,

| DATE/TIME RECEIVED: | NURSE SIGNATURE: |
|---|---|

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____          ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____     ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

| TRIAGE DATE/TIME: | NURSE SIGNATURE: |
|---|---|



### mor Correctional Health

## SICK CALL REQUEST

**FROM: (PLEASE PRINT)**

SEBASTIAN NADETIC

20001620

(Inmate Name)
(Nombre) (Non)

(ID #)

10.24.1976     A1/83     7.26.2020

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

( Localidad)
(Lojman)
(Housing Unit/Cell#)

(Fecha)
(Dat)
(Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:** NEED TO SEE DENTIST,
MY GUMS BLEED, MY GUMS HURT AND MY
TEETH AND JAW HURTS, I HAVE DISLOCATED
JAW AND IT HURTS WHEN I EAT, AND MY
HEAD HURTS. THANK YOU

DATE/TIME RECEIVED     NURSE SIGNATURE

DATE/TIME CONTACTED

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____

☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME     NURSE SIGNATURE



**rmor Correctional Health,**

## SICK CALL REQUEST

**FROM: (PLEASE PRINT)**

_SEBASTIAN NADOTIC_ _Woolfca_
(Inmate Name)                                          (ID #)
(Nombre) (Non)

_10.24.1976_      _4A/33_       _8.7.2020_
(Date of Birth)        ( Localidad)        (Fecha)
(Fecha de Nacimiento)   (Lojman)          (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)   (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**   _NEED TO SEE DOCTOR TO_
_CHANGE MY DIET (DON'T HAVE GOOD_
_STOOL AND BLOATING ALL DAY FROM_
_PASTA AND GAINING WEIGHT AND BREATH_
_HEAVY), AND TO CHECK WHEN_
_I'M GOING TO THE ORTHOPEDIST._
_THANK YOU_

~~DATE/TIME RECEIVED~~        ~~NURSE SIGNATURE~~

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____            ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____      ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

~~TRIAGE DATE/TIME~~                    ~~NURSE SIGNATURE~~

PT-005              (White Copy – Inmate Medical File   Yellow Copy – Inmate)        Revised 09/20/07



## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN MARTIC

(Inmate Name)
(Nombre) (Non)

10.24.1976          Age 93          08.2020

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)          (Lojman)          (Dat)
(Dat Nesans Prizonye a)          (Housing Unit/Cell#)          (Date / Time)

20001620

(ID #)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** PLEASE — I NEED TO SEE DOCTOR TO
ASK HIM WHICH I'M GOING TO THE ORTHOPEDIST
AND TO TALK WITH THE DOCTOR ABOUT
GLUTEN FREE DIET BECAUSE I DON'T GO
TO THE RESTROOM FOR 3-4 DAYS AND I
HAVE PAIN IN STOMACK. THANK YOU

| DATE/TIME RECEIVED: | NURSE SIGNATURE: |
|---|---|

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

| TRIAGE DATE/TIME: | NURSE SIGNATURE: |
|---|---|



**mor Correctional Health,**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_SEBASTIAN MADERIC_                              2000 1620

(Inmate Name)                                    (ID #)
(Nombre) (Non)

10.74.8376          41/93              7.20.2020
(Date of Birth)      ( Localidad)              (Fecha)
(Fecha de Nacimiento) (Lojman)                 (Dat)
(Dat Nesans Prizonye a) (Housing Unit/Cell#)   (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**  I NEED TO SEE DENITSI, MY

GUMS ARE HURTING AND BLEADING, AND MY

JAW IS HURTING BECAUSE IT IS DISOCATED.

THANK YOU

---

DATE/TIME RECEIVED                    NURSE SIGNATURE

---

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____  ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

---

TRIAGE DATE/TIME                      NURSE SIGNATURE

---

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)        Revised 09/20/07

**mor Correctional Health**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN MADETIC                2000 1620

(Inmate Name)
(Nombre) (Non)                   (ID #)

10.29.1976        A1/93         7.15.2020

(Date of Birth)    ( Localidad)    (Fecha)
(Fecha de Nacimiento)  (Lojman)   (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** NEED TO SEE A DENTIST BECAUSE

MY GUMS HURT AND BLEED AND MY

TEETH AND JAW IS HURTING, THANK YOU

---

DATE/TIME RECEIVED                NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____        ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____   ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

---

TRIAGE DATE/TIME                 NURSE SIGNATURE

PT-005          (White Copy – Inmate Medical File  Yellow Copy – Inmate)          Revised 09/20/07

## ☽mor Correctional Health

### SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN ADOETTE

(Inmate Name)
(Nombre) (Non)

**(ID #)** 20001620

10.24.1976          41/93          7.18.2020

(Date of Birth)      ( Localidad)         (Fecha)
(Fecha de Nacimiento)  (Lojman)          (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** NEED TO SEE DOCTOR FOR MRI
OF MY FOOT AND MY BACK AND BECAUSE
I HAVE CHRONIC MIGRENE'S AND NUMB
ARMS AND LEFT LEG, AND PAIN IN LEFT
LEG AND MY BACK - SPINE, AND NEED PUMP
INHALATOR ASTMA, THANK YOU

DATE/TIME RECEIVED: _____ NURSE SIGNATURE _____

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____              ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____      ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME _____ NURSE SIGNATURE _____

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07



## Armor Correctional Health,

### SICK CALL REQUEST

**FROM:  (PLEASE PRINT)**

_SEBASTIAN NADETIC_          _20001620_
(Inmate Name)                                      (ID #)
(Nombre) (Non)

_10.24.1976_   _A1 / 93_   _7.23.7020_
(Date of Birth)      ( Localidad)       (Fecha)
(Fecha de Nacimiento)   (Lojman)       (Dat)
(Dat Nesans Prizonye a)   (Housing Unit/Cell#)   (Date / Time)

**PROBLEM:  (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**   _NEED TO SEE DOCTOR_
_HAVE BIG PAIN IN MY LEFT_
_LEG, BACK (SPINE), HEADACHE, AND_
_ARMS AND LEFT LEG ARE NUMB_
_ALL DAY, AND HAVE A HARD TIME_
_SLEEPING BECAUSE OF THE PAIN_
_THANK YOU._

DATE/TIME RECEIVED:          NURSE SIGNATURE:

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent:                                          ☐ Refer to Behavioral Health:_____

☐ Referral to HCP:_____                  ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp_____ Pulse_____ Resp_____ BP_____ Wt_____

☐ Other _____

TRIAGE DATE/TIME          NURSE SIGNATURE

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07



**Armor Correctional Health**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN RADETIC

(Inmate Name)
(Nombre) (Non)

10.24.1976          A1/93

(Date of Birth)               ( Localidad)
(Fecha de Nacimiento)    (Lojman)
(Dat Nesans Prizonye a)   (Housing Unit/Cell#)

20001620

(ID #)

7.5.2020

(Fecha)
(Dat)
(Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

NEED DOCTOR TO SEE ME.

THANKYOU

DATE/TIME RECEIVED          NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

TRIAGE DATE/TIME          NURSE SIGNATURE

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07

**mor Correctional Health,**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN RADETIC                    2000020

(Inmate Name)
(Nombre) (Non)

10.24.1976          A 1 / 93          6.30.2020

(Date of Birth)         ( Localidad)         (Fecha)
(Fecha de Nacimiento)   (Lojman)            (Dat)
(Dat Nesans Prizonye a) (Housing Unit/Cell#) (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:** I HAVE HARD TIME WALKING BECAUSE I HAVE
DONE STICKING OUT OF MY LEFT FOOT 4 THAT IS BROKEN
SINCE 11.19.2019 HAVE DISC OUT OF THE SPINE,
DISCOLATED JAW THAT HURTS AND HAVE HEADACHE,
AND MY KIDNEY HURT'S AND HAVE PROBLEM WITH
STOMACH AND DIGESTION (WAS ON HUNGER STRIKE
WITH NO FOOD AND NO WATER FOR 15 DAYS)
NEED TO SEE DOCTOR THANK YOU.

DATE/TIME RECEIVED                 NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____              ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____     ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

TRIAGE DATE/TIME                 NURSE SIGNATURE

**...mor Correctional Health,**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

SEBASTIAN RADETR

(Inmate Name)
(Nombre) (Non)

10.24.1976          A1/93

(Date of Birth)      ( Localidad)
(Fecha de Nacimiento)   (Lojman)
(Dat Nesans Prizonye a)   (Housing Unit/Cell#)

Z0001620

(ID #)

7.16.2020

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

MY LEFT LEG IS HURTING AND NUMB
THROUGHOUT THE DAY, MY BACK HURTS, HEAD
HURTS AND MY RIGHT AND LEFT ARMS GET
NUMB, AND FROM HEAD, BACK AND LEG PAIN
I CAN'T SLEEP AT NIGHT. THANK YOU

DATE/TIME RECEIVED _____ NURSE SIGNATURE _____

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____   ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME _____ NURSE SIGNATURE _____

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07



**...mor Correctional Health,**

## SICK CALL REQUEST

**FROM: (PLEASE PRINT)**

SEBASTIAN RADETIC                    20001620

(Inmate Name)
(Nombre) (Non)                                                        (ID #)

10.24.1976          A1 / 93          7.15.2020

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)   (Lojman)            (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

NEED MRI OF MY LEFT LEG AND

MY BACK, MY LEG IS HURTING, MY BACK IS

HURTING, AND MY HEAD IS HURTING, ALL

DAY AND NIGHT SO I CAN'T SLEEP.

THANK YOU

DATE/TIME RECEIVED:                    NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

TRIAGE DATE/TIME                    NURSE SIGNATURE



**...or Correctional Health,**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_SEBASTIAN RADETIC_     _20001620_
(Inmate Name)
(Nombre) (Non)          (ID #)

_10.24.1976_    _A1/53_     _7.15.2020_
(Date of Birth)
(Fecha de Nacimiento)    ( Localidád)     (Fecha)
(Dat Nesans Prizonye a)    (Lojman)     (Dat)
              (Housing Unit/Cell#)    (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**    _DENTIST_

_MY JAW IS HURTING AND MY_

_GUMS ARE HURTING AND BLEEDING_

_THANK YOU_

| DATE/TIME RECEIVED | NURSE SIGNATURE |
|---|---|

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent:_____      ☐ Refer to Behavioral Health:_____

☐ Referral to HCP:_____      ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental:_____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

| TRIAGE DATE/TIME | NURSE SIGNATURE |
|---|---|

PT-005      (White Copy – Inmate Medical File    Yellow Copy – Inmate)      Revised 09/20/07



**...mor Correctional Health**

## SICK CALL REQUEST

**FROM: (PLEASE PRINT)**

SEBASTIAN  RADETIC                    20001620

(Inmate Name)
(Nombre) (Non)                        (ID #)

10.24.1976          41/33          7.14.2020

(Date of Birth)      ( Localidad)      (Fecha)
(Fecha de Nacimiento) (Lojman)        (Dat)
(Dat Nesans Prizonye a) (Housing Unit/Cell#) (Date / Time)

**PROBLEM:  (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

NEED  MRI  OF  MY  BACK  AND  MY

LEFT  LEG, HAVE  PAIN  ALL  DAY  AND

NIGHT  AND  HAVE  BIG  HEADACHES

THANK  YOU.

DATE/TIME RECEIVED:                   NURSE SIGNATURE

---

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____                    ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____           ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp ____ Pulse ____ Resp ____ BP ____ Wt ____

☐ Other

---

TRIAGE DATE/TIME:                     NURSE SIGNATURE

PT-005                    (White Copy – Inmate Medical File  Yellow Copy – Inmate)        Revised 09/20/07

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:  (PLEASE PRINT)**

_SEBASTIAN VADETIC_                    _200016 20_
(Inmate Name)
(Nombre) (Non)                                          (ID #)

_10.24.1976_          _A11/93_          _8.10.2020_
(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)    (Lojman)          (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)   (Date / Time)

**PROBLEM:  (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**  _PLEASE  I NEED  TO  BE  SEEN_
_BY  THE  DOCTOR, THANK  YOU_

| DATE/TIME RECEIVED: | NURSE SIGNATURE: |
|---|---|

**TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

| TRIAGE DATE/TIME: | NURSE SIGNATURE: |
|---|---|



Southern Correctional Medicine
Medical Department
Address: _____
Phone: _____
Fax: _____

Consent for Release/Exchange of Medical Information

I hereby authorize _____
                    (Name of Health Agency/Agencies)
To release my medical records to include HIV/AIDS.
Communicable/infectious disease diagnosis, progress notes, plan of care,
laboratory reports, imaging/x-ray reports, and medication information to
the Southern Correctional Medical Department.

I Authorize Southern Correctional Medicine Medical Department and it's
employees to release any and all medical records pertaining to me, my
medical records, or exchange medical information including lab reports,
progress notes, physician notes, imaging/x-ray reports, mediation therapy,
medication logs, sick call forms, mental health information HIV/AIDS
information, communicable disease information, with whomever
necessary to appropriately provide for my health care needs.

Medical Records/Exchange of information release will stay into effect
until withdrawn in writing by the inmate by signing below I have
authorized for another Health Care Agency to release my medical records
to Southern Correctional Medicine Office Medical Department and I am
also authorizing Southern Correctional Medicine Office Medical
Department to release my medical records, or exchange medical
information with the agencies I have initialed above.

Inmate's Name Printed _SEBASTIAN RADOTIC_ D.O.B _10/24/1976_

Inmate's Name Signed _____ D.O.B _10/24/1976_

_J. Morgan LPN_____ Date _5/15/20_
(Witness Signature)
MR 6000-002 (CN) REV 09/2017



## Authorization for Release of Information

Patient's Name: _SEBASTIAN RADOTIC_   Date of Birth: _10.24.1986_

Some patients allow family members such as their spouse, parents or others to call and request medical information. Under the requirements of HIPAA we are not allowed to give this information to anyone without the patient's consent. If you wish to have your medical information released to family members you must sign this form. Signing this form will only give information to family members indicated below.

I may revoke my consent in writing except to the extent that the practice has already made disclosure in reliance upon my prior consent.

I give my consent to release my medical and/or billing information to the following individual(s):

1._____ Relation to Patient:_____
2._____ Relation to Patient:_____
3._____ Relation to Patient:_____

Patient's Signature: _____   Date: _5.15.2020_

Witness Signature: _____   Date: _5-15-20_



## SEBASTIAN RADETIC

### #WCSO20JBN000629

Sex: Male
DOB: 10/24/1976 (Age 43)
Height: 6ft 2in
Weight: 216 lbs
BMI: 27.7
Agency: INS (A209214450)
Location: PODS : A3
JMS ID: WCSO20MNI001332
Allergies:
PCN - unsure cats and dogs

Reports
Full Patient History
Critical Account Recovery Notice: You have not yet setup your security question and answer.

## Full Patient History

Name: RADETIC, SEBASTIAN

DOB: 10-24-1976

Sex: Male

SSN:

JMS ID: WCSO20MNI001332

Location: PODS : A3

Allergies: PCN - unsure cats and dogs

## Intake Screening Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Does the patient speak English? (if no list primary language in notes) | YES (Croatian) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Language Line Solutions translation services used? ** if YES, provide reference number | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Any barriers to communication? (If yes, explain in notes and list what accommodations were provided) | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | How do you identify yourself? | Male | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent Incarceration? If yes, When and Where. | Yes (transferred from BCDC) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Current Physician | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Pharmacy | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urgent/Emergent Medical Referral | No Indication | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Responsiveness | Alert | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oriented to Person, Place, and Time? If no, describe. | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving | Does the patient appear to be under the influence of drugs and/or alcohol? | No | Morgan, Juanetta | 05-07-2020 |

| | | | | | |
|---|---|---|---|---|---|
| | | Screening | | | 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Any other acute signs/symptoms suggesting the need for immediate medical intervention including severe pain, unsteady gait, unaddressed significant pre-arrest injuries, recent head injury with loss of consciousness, or pregnancy-related complaints? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Disposition | Continue Intake | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Vital Signs Recheck if indicated | [blank] | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Allergies | NKDA (PCN - unsure cats and dogs) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Surgical history (list year) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent Medical hospitalization (within 90 days) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Current medication for organ transplant? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | PRE-ADMISSION MEDICATIONS? Provide: Name, Dose, Route, and Frequency | None | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you drink alcohol? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Excessive drinker? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Ever had alcohol withdrawals, tremors, seizures, or DT's associated with stopping alcohol? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | CIWA Score (Type N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use drugs? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heroin: **If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Narcotics ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Benzodiazepines ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Methamphetamines? ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Cocaine ** If YES, describe amount and last use. | No | Morgan, | 05-07- |

| | Receiving Screening | | | Juanetta | 2020 1:46 pm |
| --- | --- | --- | --- | --- | --- |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other: | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use injectable drugs? ** If YES, specify | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use tobacco products? **If YES, specify type, how often, and last used. | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | COWS Score (Type N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever had hepatitis? ** If YES, when were you diagnosed? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have an STD? **If YES, What STD do you have? When were you Diagnosed? What treatment are you receiving? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have HIV infection or AIDS? ** If YES, when were you diagnosed? What treatment are you receiving? | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have MRSA? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you had Varicella/Chicken Pox? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Would you like to receive the Hepatitis A vaccine? (if yes, please document the lot #, expiration date, & site of administration) | N/A iCE detainee | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have Lice/Scabies? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other: | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever tested positive for tuberculosis? ** If YES, list date. | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Name of Medication | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Duration of Therapy | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever received treatment for active tuberculosis? If yes list date and location in notes | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Therapy Completed? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | TB Skin Test (for all who answered "no" to #1 or #2, except if they have documentation. | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Date and time administered | 08/26/2019 1200 | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Site of administration (ppd 0.1ml) | chest x ray per transfer summary was negative | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving | List lot number and expiration | na | Morgan, Juanetta | 05-07-2020 |

|  |  |  |  |  | 1:46 pm |
| --- | --- | --- | --- | --- | --- |
| WCSO20JBN000629 | SCM - Receiving Screening | Born in the USA? (if no, list country of birth and how many years in the United States in notes) | No (Croatia) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | BCG vaccine? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Unintentional Weight loss > 10 lbs in one month? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Night sweats | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Fever | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Persistent Cough > 2 weeks | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Coughing blood | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Treats tired | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Disposition | N/A- Pt has documentation of TB clearance | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have Asthma? **If YES, when was your last episode of shortness of breath? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hospitalization related to Asthma in the last year? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Intubation? When? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of COPD or Emphysema? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oxygen dependent? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Angina (chest pain) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Stents | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heart Attack | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Bypass | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Congestive Heart Failure | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Deep Vein Thrombosis/Pulmonary Embolism | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heart Valve Replacement | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Atrial Fibrillation | No | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | SCM - Receiving Screening | Pacemaker | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Internal Defibrillator | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Endocarditis | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of High Blood Pressure? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taling medications for hypertension? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Hyperlipidemia | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taking medications for Hyperlipidemia | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of CVA (Stroke) ** If YES, provide date and hospital where treated. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | TIA | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of diabetes or high blood sugar? **If YES, how long? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you currently taking meds for diabetes | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you currently taking insulin | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hospitalization related to diabetes in the last year? ** If YES, when? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Finger Stick Blood Sugar (N/A if not applicable) **If results >300, ask the following. | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Nausea | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Vomiting | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Excessive Thirst | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urine Ketones | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urine Glucose | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of a seizure or convulsion? ** If YES, when was last seizure? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Frequency greater than once a month? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taking medications for Seizures? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |

| | | | | | |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | History of vomiting blood? ** If YES, when was last episode? How often does it occur? | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of dark/black stools from bleeding? ** If YES, when? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of cirrhosis | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other GI history | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have Cancer? ** If YES, what type of Cancer? Are you currently being treated? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently on Dialysis? ** If YES, what type? How many times per week and on what days? When were you last dialyzed? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other significant Medical Conditions: | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have a history of a mental health disorder? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed with schizophrenia? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed as bipolar? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed with major depression? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of suicide attempts? ** If YES, when was last attempt? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Feel hopeless or helpless? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Thinking about hurting yourself? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Thoughts of suicide now? ** If YES, do you have a plan? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Family history of suicide? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent significant loss? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you thinking of harming others? ** If YES, do you have a plan? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Psych hospitalizations? **If YES, specify when | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of psyhchotropic medications(s) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of sexual victimization? **If YES, specify when | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of hospitalization for head trauma? ** If YES, When and what Hospital? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - | History of auditory or Visual hallucinations? **If YES, | | Morgan, | 05-07- |

| | Receiving Screening | specify which. | | Juanetta | 2020 1:46 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Demonstrating violent behavior? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Mental Retardation? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Developmental disability? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Learning disability? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | SAD score (N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urgent/ Emergent Mental Health Referral for: | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | General Appearance | No Apparent Distress | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oral Screening | Other-Note Specifics (2 broken teeth, 1 cracked tooth, dislocated L jaw occurred 11/19/19 from ICE transport accident) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Skin | Unremarkable | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Mobility Restrictions | Other-Note Specifics (pt states hunger strike x 10 days and has trouble walking due to weakness) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Physical Aids | None | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Deaf | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Blind/ Vision Impaired | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Placement | Other. (will discuss housing with HSA due to hunger strike) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Initial Health Assessment (Within 14 days) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Provider - Routine | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Mental Health - Routine | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Notifications | Immediate Supervisor | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Notifications | On Call Provider | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Orders Given | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Nurse Appointment Referral | None | Morgan, | 05-07- |

| | Receiving Screening | | | | Juanetta | 2020 1:46 pm |
|---|---|---|---|---|---|---|
| WCSO20JBN000629 | Mental Health Screening | GO: Does arresting officer believe individual may be a suicide risk? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual directly coming from a local crisis stabilization hospital? (i.e. Baker Act, 5150, M2, TDO if yes, obtain ROI if no discharge paper is provided) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual reporting and/or displaying symptoms of active psychosis? (i.e. disoriented to time person place, shows symptoms of paranoia, unable to focus attention due to actively responding to internal stimuli/hallucinations)(if yes, provide specific details) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you currently thinking of killing or hurting yourself? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you currently feel like giving up on life because there is nothing you can do now or will ever be able to do to make things better for yourself or current situation? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the last 30 days have you seriously considered killing or hurting yourself? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you currently charged with what would be considered a shocking crime? (i.e. murder, child molestation, rape, arson, cruelty to a child, cruelty to an animal, aggravated domestic violence) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Does the individual show signs of intellectual deficits or developmental disability? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual currently returning from a state hospital or court ordered competency restoration or emotional stabilization? (if yes, obtain medication orders for continuity of care) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Individual's first time in jail AND the individual is presenting as transgender or identifying as transsexual? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Individual's first time in jail and <18 or >54? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever committed sexual assault towards another? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever been identified to have violent behavior towards others? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the past 120 hours (5 days) have you been a victim of sexual assault or physical abuse? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the past two weeks, including today, have you experienced thoughts that it is unlikely you will experience real satisfaction in the future? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you a city/county public official, high profile community leader, or law enforcement officer? | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Does individual show active symptoms of depression? (If yes, provide details) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever received mental health treatment for psychiatric illness, depression, emotional problems, or anything similar? (if yes provide details: when, where, history of self report diagnosis) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you CURRENTLY prescribed psychiatric medications? (if yes, provide details: list medications, obtain ROI name of prescriber and/or name of pharmacy) | No | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Tell us about any past suicidal thoughts or attempts. (If there is a history provide details, review response to | No | | Morgan, Juanetta | 05-07-2020 |

| | | | | | |
|---|---|---|---|---|---|
| | | #5 for consistency) | | | 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever been hospitalized for a mental health or behavioral concern? (if yes, provide details: when, where, why, how many times, most recent) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you have other mental health concerns that need to be addressed by a Behavioral Health Professional (if yes, provide details) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Would you like to speak to a Behavioral Health Professional about past sexual abuse? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you experienced a major loss within the last 6 months? (loss of job, loss of relationship, death of relative) | Yes (grandfather about a year ago) | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Has anyone in your family or close friend attempted suicide? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you have a problem with alcohol or drug use? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you been to prison? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Did you receive special education services while in school? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever suffered from a serious head injury or cerebral trauma? (if applicable, please make sure all relevant treatment interventions are implemented to ensure patients medical care) | Yes (in accident last year and hit his head) | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | Despite comprehensive questions answered on this screening, the individual currently presents as an immediate safety risk and would benefit from a safety precaution intervention and urgent behavioral health services (if yes, provide specific clinical details to justify such disposition. Please note if individuals presentation is potentially related to alcohol or drug intoxication/withdrawal all medical interventions ordered in conjunction to a safety precaution to help ensure a safe environment) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | [blank] | No Referral to Behavioral health, No Reported or Observed Condition, Appropriate for General Population, Educated on Sick Call Process to Access Behavior Health in the future should disposition change | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Former victim of rape or sexual assault (Automatic referral to Classifications and Mental Health) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Young Age (under 21 years of age) or Elderly (60 years of age or older) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Slight build 5ft 6in or less and/or less than 140 lbs | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | First incarceration in jail. | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Nonviolent history | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee | Conviction for sex offenses against an adult or child | No | Morgan, | 05-07- |

| | | | | | |
|---|---|---|---|---|---|
| | Sexual Assault Risk Assessment | | | Juanetta | 2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Sexual orientation of gay or bisexual | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Gender non conformance (e.g., transgender or intersex identity) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Mental, physical, or developmental disability | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Inmate/detainee's own perception of vulnerability | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Inmate/detainee is detailed solely for civil immigration purposes | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Total all "Yes" answers | [blank] | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Shift Supervisor and Classifications notified (if 4 or greater "Yes" answers)? (List Shift Supervisor who was notified in notes) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Prior history of institutional predatory behavior (Automatic referral to Classifications) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Prior convictions for violent offenses | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | History of sexual abuse toward others | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Gang affiliation | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Current or prior rape conviction | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Total all "Yes" answers | [blank] | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Shift Supervisor and Classifications notified (if 3 or greater "Yes" answers)? (List Shift Supervisor who was notified in notes) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | This assessment is: (If Initial Assessment, another assessment must be scheduled within 30 days) | Initial Assessment | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Coronavirus Screening Tool | Have you had close contact with a person with laboratory confirmed Coronavirus in the past 14 days? | No | Morgan, Juanetta | 05-07-2020 1:52 pm |
| WCSO20JBN000629 | Coronavirus Screening Tool | Have you traveled outside of the United States in the past 14 days? IF SO, WHERE? | No | Morgan, Juanetta | 05-07-2020 1:52 pm |

| WCSO20JBN000629 | Coronavirus Screening Tool | Have you traveled from outside the state of Florida in an area with substantial community spread, to include the New York Tri-State Area? (Connecticut, New Jersey, and New York) | No | Morgan, Juanetta | 05-07-2020 1:52 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Visual Acuity: | l 20/20 r 20/20 b 20/15 | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Allergies: | PCN - unsure cats and dogs | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Does patient speak English? ** IF no, please provide translation line Reference# | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Recent Hospitalizations or Surgeries? **IF yes, provide more information. | No | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Current V/S | [blank] | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | General Appearance: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Neck: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Head: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Eyes: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Ears: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Nose/Nasal | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Lips | Dry | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Skin | Pt skin appears dry. | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Oral Screening | Missing Teeth (pt states that he has chipped tooth from previous accident, and broken jaw. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Appliances: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Tongue: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Tonsils: | Removed | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | TMJ's: | Clicks (pt states that he has tmj pain from broken jaw that occurred with a previous accident. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | TMJ's: | Painful (pt states that he has tmj pain from broken jaw that occurred with a previous accident. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Respiratory: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |

| WCSO20JBN000629 | 1 - Initial Health Assessment | Cough | None | Rose, Sarah | 05-16-2020 4:17 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Initial Health Assessment | Cardiovascular: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Pulses: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Abdominal: | pt states abdominal pain | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | GU/Rectal: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Stool | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Muscular / Skeletal: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Mobility: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Neurological: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Speech: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Gait: | Steady | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | GCS: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Psych / MH | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Attitude: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Affect / Mood | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Hallucinations: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Homicidal/Suicidal | Past (pt just ended a hunger strike that was 15 days according to pt. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Education: | Diet | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Education: | Meds | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Receiving Screening Reviewed | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Positive Findings Discussed: | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | RPR Drawn: | No | Rose, Sarah | 05-16-2020 4:17 pm |

| WCSO20JBN000629 | 1 - Initial Health Assessment | Immunization recommended Yes, Explain _____ | No | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Refer to Provider: | Yes (follow up for hunger strike, back pain, and jaw pain. ) | Rose, Sarah | 05-16-2020 4:17 pm |

## Medical Forms

(No Records)

## Release Forms

(No Records)

## Exam Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Does the patient speak English? (if no list primary language in notes) | YES (Croatian) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Language Line Solutions translation services used? ** If YES, provide reference number | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Any barriers to communication? (If yes, explain in notes and list what accommodations were provided) | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | How do you identify yourself? | Male | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent Incarceration? If yes, When and Where. | Yes (transferred from BCDC) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Current Physician | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Pharmacy | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urgent/Emergent Medical Referral | No Indication | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Responsiveness | Alert | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oriented to Person, Place, and Time? If no, describe. | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Does the patient appear to be under the influence of drugs and/or alcohol? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving | Any other acute signs/symptoms suggesting the need for immediate medical intervention | No | Morgan, Juanetta | 05-07-2020 |

| WCSO20JBN000629 | SCM - Receiving Screening | including severe pain, unsteady gait, unaddressed significant pre-arrest injuries, recent head injury with loss of consciousness, or pregnancy-related complaints? | | | 1:46 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Disposition | Continue Intake | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Vital Signs Recheck if indicated | [blank] | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Allergies | NKDA (PCN - unsure cats and dogs) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Surgical history (list year) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent Medical hospitalization (within 90 days) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Current medication for organ transplant? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | PRE-ADMISSION MEDICATIONS? Provide: Name, Dose, Route, and Frequency | None | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you drink alcohol? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Excessive drinker? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Ever had alcohol withdrawals, tremors, seizures, or DT's associated with stopping alcohol? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | CIWA Score (Type N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use drugs? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heroin ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Narcotics ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Benzodiazepines ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Methamphetamines? ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Cocaine ** If YES, describe amount and last use. | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | SCM - Receiving Screening | Hx of withdrawal | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | Other: | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use injectable drugs? ** If YES, specify | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you use tobacco products? **If YES, specify type, how often, and last used. | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | COWS Score (Type N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:45 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever had hepatitis? ** If YES, when were you diagnosed? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have an STD? **If YES, What STD do you have? When were you Diagnosed? What treatment are you receiving? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have HIV infection or AIDS? ** If YES, when were you diagnosed? What treatment are you receiving? | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have MRSA? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you had Varicella/Chicken Pox? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Would you like to receive the Hepatitis A vaccine? (if yes, please document the lot #, expiration date, & site of administration) | N/A ICE detainee | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have Lice/Scabies? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other: | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever tested positive for tuberculosis? ** If YES, list date. | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Name of Medication | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Duration of Therapy | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you ever received treatment for active tuberculosis? If yes list date and location in notes | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Therapy Completed? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | TB Skin Test (for all who answered "no" to #1 or #2, except if they have documentation. | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Date and time administered | 08/26/2019 1200 | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Site of administration (ppd 0.1ml) | chest x ray per transfer summary was negative | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | List lot number and expiration | na | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | SCM - Receiving Screening | Born in the USA? (if no, list country of birth and how many years in the United States in notes) | No (Croatia) | Morgan, Juanetta | 05-07-2020 1:46 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | BCG vaccine? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Unintentional Weight loss > 10 lbs in one month? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Night sweats | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Fever | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Persistent Cough > 2 weeks | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Coughing blood | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Weak/tired | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Disposition | N/A- Pt has documentation of TB clearance | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have Asthma? **If YES, when was your last episode of shortness of breath? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hospitalization related to Asthma in the last year? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Intubation? When? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of COPD or Emphysema? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oxygen dependent? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Angina (chest pain) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Stents | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heart Attack | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Bypass | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Congestive Heart Failure | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Deep Vein Thrombosis/Pulmonary Embolism | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Heart Valve Replacement | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Atrial Fibrillation | No | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | SCM - Receiving Screening | Pacemaker | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Internal Defibrillator | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Endocarditis | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of High Blood Pressure? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taling medications for hypertension? | No | Morgan, Juanetta | 05-07-2020 1:45 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Hyperlipidemia | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taking medications for Hyperlipidemia | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of CVA (Stroke)? ** If YES, provide date and hospital where treated | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | TIA | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of diabetes or high blood sugar? **If YES, now long? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you currently taking meds for diabetes | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you currently taking insulin | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Hospitalization related to diabetes in the last year? ** If YES, when? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Finger Stick Blood Sugar (N/A if not applicable) **If results >300, ask the following. | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Nausea | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Vomiting | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Excessive Thirst | NO | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urine Ketones | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urine Glucose | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of a seizure or convulsion? ** If YES, when was last seizure? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Frequency greater than once a month? | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently taking medications for Seizures? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |

| | | | | | |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Receiving Screening | History of vomiting blood? ** If YES, when was last episode? How often does it occur? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of dark/black stools from bleeding? ** If YES, when? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of cirrhosis | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other GI history | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you currently have Cancer? ** If YES, what type of Cancer? Are you currently being treated? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Currently on Dialysis? ** If YES, what type? How many times per week and on what days? When were you last dialyzed? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Other significant Medical Conditions: | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Do you have a history of a mental health disorder? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed with schizophrenia? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed as bipolar? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Have you been diagnosed with major depression? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of suicide attempts? ** If YES, when was last attempt? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Feel hopeless or helpless? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Thinking about hurting yourself? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Thoughts of suicide now? ** If YES, do you have a plan? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Family history of suicide? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Recent significant loss? | Yes | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Are you thinking of harming others? ** If YES, do you have a plan? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Psych hospitalizations? **If YES, specify when | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of psyhchotropic medications(s) | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of sexual victimization? **If YES, specify when | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of hospitalization for head trauma? ** If YES, When and what Hospital? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | SCM - Receiving Screening | History of auditory or Visual hallucinations? **If YES, specify which. | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Demonstrating violent behavior? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | History of Mental Retardation? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Developmental disability? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Learning disability? | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | SAD score (N/A if not applicable) | na | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Urgent/ Emergent Mental Health Referral for: | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | General Appearance | No Apparent Distress | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Oral Screening | Other-Note Specifics (2 broken teeth, 1 cracked tooth, dislocated L jaw occurred 11/19/19 from ICE transport accident) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Skin | Unremarkable | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Mobility Restrictions | Other-Note Specifics (pt states hunger strike x 10 days and has trouble walking due to weakness) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Physical Aids | None | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Deaf | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Blind/ Vision Impaired | No | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Placement | Other: (will discuss housing with HSA due to hunger strike) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Initial Health Assessment (Within 14 days) | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Provider - Routine | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Referral ** Please indicate reason for referral in box. | Mental Health - Routine | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Notifications | Immediate Supervisor | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Notifications | On Call Provider | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Orders Given | N/A | Morgan, Juanetta | 05-07-2020 1:46 pm |
| WCSO20JBN000629 | SCM - Receiving Screening | Nurse Appointment Referral | None | Morgan, Juanetta | 05-07-2020 1:46 pm |

| WCSO20JBN000629 | Mental Health Screening | GO: Does arresting officer believe individual may be a suicide risk? | | Morgan, Juanetta | 05-07-2020 1:50 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual directly coming from a local crisis stabilization hospital? (i.e. Baker Act, 5150, M2, TDO if yes, obtain ROI if no discharge paper is provided) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual reporting and/or displaying symptoms of active psychosis? (i.e. disoriented to time person place, shows symptoms of paranoia, unable to focus attention due to actively responding to internal stimuli/hallucinations)(if yes, provide specific details) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you currently thinking of killing or hurting yourself? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you currently feel like giving up on life because there is nothing you can do now or will ever be able to do to make things better for yourself or current situation? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the last 30 days have you seriously considered killing or hurting yourself? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you currently charged with what would be considered a shocking crime? (i.e. murder, child molestation, rape, arson, cruelty to a child cruelty to an animal, aggravated domestic violence) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Does the individual show signs of intellectual deficits or developmental disability? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Is the individual currently returning from a state hospital or court ordered competency restoration or emotional stabilization? (if yes, obtain medication orders for continuity of care) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Individual's first time in jail AND the individual is presenting as transgender or identifying as transsexual? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Individual's first time in jail and <18 or >54? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever committed sexual assault towards another? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever been identified to have violent behavior towards others? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the past 120 hours (5 days) have you been a victim of sexual assault or physical abuse? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Within the past two weeks, including today, have you experienced thoughts that it is unlikely you will experience real satisfaction in the future? | | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you a city/county public official, high profile community leader, or law enforcement officer? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | GO: Does individual show active symptoms of depression? (If yes, provide details) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever received mental health treatment for psychiatric illness, depression, emotional problems, or anything similar? (if yes provide details: when, where, history of self report diagnosis) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Are you CURRENTLY prescribed psychiatric medications? (if yes, provide details: | No | Morgan, Juanetta | 05-07-2020 1:50 pm |

| | | list medications, obtain ROI name of prescriber and/or name of pharmacy) | | | |
|---|---|---|---|---|---|
| WCSO20JBN000629 | Mental Health Screening | DE: Tell us about any past suicidal thoughts or attempts. (If there is a history provide details, review response to #5 for consistency) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever been hospitalized for a mental health or behavioral concern? (if yes, provide details: when, where, why, how many times, most recent) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you have other mental health concerns that need to be addressed by a Behavioral Health Professional (if yes, provide details) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Would you like to speak to a Behavioral Health Professional about past sexual abuse? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you experienced a major loss within the last 6 months? (loss of job, loss of relationship, death of relative) | Yes (grandfather about a year ago) | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Has anyone in your family or close friend attempted suicide? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Do you have a problem with alcohol or drug use? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you been to prison? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Did you receive special education services while in school? | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | DE: Have you ever suffered from a serious head injury or cerebral trauma? (if applicable, please make sure all relevant treatment interventions are implemented to ensure patients medical care). | Yes (in accident last year and hit his head) | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | Despite comprehensive questions answered on this screening, the individual currently presents as an immediate safety risk and would benefit from a safety precaution intervention and urgent behavioral health services (if yes, provide specific clinical details to justify such disposition. Please note if individuals presentation is potentially related to alcohol or drug intoxication/withdrawal all medical interventions ordered in conjunction to a safety precaution to help ensure a safe environment) | No | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Mental Health Screening | [blank] | No Referral to Behavioral health, No Reported or Observed Condition, Appropriate for General Population, Educated on Sick Call Process to Access Behavior Health in the future should disposition change | Morgan, Juanetta | 05-07-2020 1:50 pm |
| WCSO20JBN000629 | Coronavirus Screening Tool | Have you had close contact with a person with laboratory confirmed Coronavirus in the past 14 days? | No | Morgan, Juanetta | 05-07-2020 1:52 pm |
| WCSO20JBN000629 | Coronavirus Screening Tool | Have you traveled outside of the United States in the past 14 days? IF SO, WHERE? | No | Morgan, Juanetta | 05-07-2020 1:52 pm |
| WCSO20JBN000629 | Coronavirus Screening Tool | Have you traveled from outside the state of Florida in an area with substantial community spread, to include the New York Tri-State Area? (Connecticut, New Jersey, and New York) | No | Morgan, Juanetta | 05-07-2020 1:52 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Allergies | PCN - unsure cats and dogs | Jordan, Hannah | 05-11-2020 2:49 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Current Medications | none | Jordan, Hannah | 05-11-2020 2:49 pm |

| WCSO20JBN000629 | 1 - Provider Examination Sheet | Reason for Visit | Hunger strike | Ward, NP, Regina | 05-11-2020 3:22 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HPI | Hunger strike since 5/7/20 but states he has been on hunger strike for 14 days, not confirmed dates. Stated he is being incarcerated for unjust reasons and this is the only way to get the attention of the appropriate contacts | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Surgical History | None | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Vital Signs: | [blank] | Jordan, Hannah | 05-11-2020 2:49 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | General | Appears Well | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Warm | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Dry | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Color Normal | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HEENT | Normocephalic | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neck | Supple | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Resp/Thorax | Clear to Auscultation | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S1 | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S2 | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | RRR | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Soft | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Non Tender | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Non Distended | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Musculoskeletal | Free Range of Motion | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neurologic | A/O X 3 | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Clinical Impression | Hunger strike, patient polite but adamantly refusing PO intake | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Plan: | Please notify Commander Jackson and report Encourage | Ward, NP, Regina | 05-11-2020 3:22 pm |

| | | | fluids and encourage PO intake Mental health referral | | |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Hydration | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Diet | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Follow-up: | one week/PRN | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Release Date: | Unknown | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Physical Appearance | Self-Care | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Attitude toward Examiner & Interview | Friendly | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Eye Contact | Yes | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Motor Development / Activity | Gross & Fine Motor WNL | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Speech / Language | WNL | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Mood | Cooperative | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Affect | WNL | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Content of Thought | WNL | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Suicide / Homicide | Not Suicidal or Homicidal | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Flow of Thoughts | Goal directed | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Efforts to cope with memory loss? | N/A | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Alertness | Alert | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Time | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Place | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Person | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Circumstance | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Insight & Judgement | Ability to perceive current situation and respond realistically | Ward, NP, Regina | 05-11-2020 3:22 pm |
| WCSO20JBN000629 | SCM - Medical | Allergies: | PCN - unsure cats and dogs | Shear, | 05-12- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Amber | 2020 2:23 pm |
| WCSO20JBN000629 | SCM - Medical Diet Form | Date Order Begins: | 05/12/2020 | Shear, Amber | 05-12-2020 2:23 pm |
| WCSO20JBN000629 | SCM - Medical Diet Form | Date Order Ends: | 05/26/2020 | Shear, Amber | 05-12-2020 2:23 pm |
| WCSO20JBN000629 | SCM - Medical Diet Form | Select all that apply | Other (Please add extra fruit to all trays ) | Shear, Amber | 05-12-2020 2:23 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Glucose | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Bilirubin | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Ketones | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Specific Gravity | 1.010 | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Blood | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | pH | 6.0 | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Protein | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Urobilinogen | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Nitrate | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Leukocytes | negative | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Color | dark yellow | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | SCM - Urinalysis Results | Clarity | clear | Jordan, Hannah | 05-14-2020 7:05 am |
| WCSO20JBN000629 | Special Needs Communication | Housing Recommendations | General Population (RELOCATE TO GENERAL POP) | Jordan, Hannah | 05-14-2020 8:44 am |
| WCSO20JBN000629 | Special Needs Communication | Housing Recommendations | Bottom Bunk (X14 days) | Jordan, Hannah | 05-14-2020 8:54 am |
| WCSO20JBN000629 | Special Needs Communication | Housing Recommendations | Lower Teir (X14 days) | Jordan, Hannah | 05-14-2020 8:54 am |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Visual Acuity: | l 20/20 r 20/20 b 20/15 | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Allergies: | PCN - unsure cats and dogs | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Does patient speak English? ** IF no, please provide translation line Reference# | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health | Recent Hospitalizations or Surgeries? **IF yes, | No | Rose, | 05-16- |

| WCSO20JBN000629 | 1 - Initial Health Assessment | provide more information. | | Sarah | 2020 4:17 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Initial Health Assessment | Current V/S | [blank] | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | General Appearance: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Neck: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Head: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Eyes: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Ears: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Nose/Nasal | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment: | Lips | Dry | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Skin | Pt skin appears dry. | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Oral Screening | Missing Teeth (pt states that he has chipped tooth from previous accident, and broken jaw. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Appliances: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Tongue: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Tonsils: | Removed | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | TMJ's: | Clicks (pt states that he has tmj pain from broken jaw that occurred with a previous accident. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | TMJ's: | Painful (pt states that he has tmj pain from broken jaw that occurred with a previous accident. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Respiratory: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Cough | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Cardiovascular: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Pulses: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Abdominal: | pt states abdominal pain | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | GU/Rectal: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |

wcso-medical/Modules/Chart/history.php

| WCSO20JBN000629 | 1 - Initial Health Assessment | Stool | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Initial Health Assessment | Muscular / Skeletal: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Mobility: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Neurological: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Speech: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Gait: | Steady | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | GCS: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Psych / ? | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Attitude: | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Affect / Mood | WNL | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Hallucinations: | None | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Homicidal/Suicidal | Past (pt just ended a hunger strike that was 15 days according to pt ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Education: | Diet | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Education: | Meds | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Receiving Screening Reviewed | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Positive Findings Discussed: | Yes | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | RPR Drawn: | No | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Immunization recommended Yes, Explain | No | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Initial Health Assessment | Refer to Provider: | Yes (follow up for hunger strike, back pain, and jaw pain. ) | Rose, Sarah | 05-16-2020 4:17 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Allergies | PCN - unsurecats and dogs | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Current Medications | CATORADE 8 OZ. PO BID; Directions: 1 PO [PO] By Mouth BID ; | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination | Reason for Visit | Post hunger strike | Ward, NP, Regina | 05-18-2020 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HPI | post hunger strike, now eating. Having lower abd pain and right side flank pain, various pain to lower spine and left foot from MVA nov 2019 | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Past Medical History | No chronic | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Substance Abuse | ETOH (occasional use) | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Vital Signs: | [blank] | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | General | Appears Well | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Warm | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Dry | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Color Normal | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HEENT | Normocephalic | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neck | Supple | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Resp/Thorax | Clear to Auscultation | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S1 | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S2 | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | RRR | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Soft (lower abdominal pain) | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Non Distended (lower abdominal pain) | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Tender- Note Specific Location (lower abdominal pain) | Ward, NP, Regina | 05-18-2020 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | GU | Genitalia WNL | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Rectal | Normal tone | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Musculoskeletal | Free Range of Motion | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neurologic | A/O X 3 | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Psych | Sleep | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Clinical Impression | Dysuria with flank pain. Back pain. Fractured tooth | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Plan: | 1. UA 2. Ibuprofen 800mg BID PRN 3. Dental referral | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Hydration | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Hygiene | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Follow-up: | PRN | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Release Date: | Unknown | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Physical Appearance | Self-Care | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Attitude toward Examiner & Interview | Friendly | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Eye Contact | Yes | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Motor Development / Activity | Gross & Fine Motor WNL | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Speech / Language | WNL | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Mood | Pleasant | Ward, NP, Regina | 05-18-2020 12:42 pm |

SYSTEM (PATIENT #1 ... PATIENT NAME : WCSO20JBN000629 (10-24-1976) :: Full Patient History | v5.5.0

| ID | Sheet | Item | Value | Provider | Date |
|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Mood | Cooperative | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Affect | WNL | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Content of Thought | WNL | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Suicide / Homicide | Not Suicidal or Homicidal | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Flow of Thoughts | Goal directed | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Efforts to cope with memory loss? | N/A | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Alertness | Alert | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Time | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Place | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Person | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | Circumstance | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Insight & Judgement | Ability to perceive current situation and respond realistically | Ward, NP, Regina | 05-18-2020 12:42 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Glucose | - | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Bilirubin | - | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Ketones | + | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Specific Gravity | 1.000 | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Blood | - | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | pH | 5.0 | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Protein | | Rose, Sarah | 05-18-2020 11:13 pm |

| | | | | | |
|---|---|---|---|---|---|
| WCSO20JBN000629 | SCM - Urinalysis Results | Urobilinogen | 0.2 | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Nitrate | | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Leukocytes | | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Color | light yellow | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Clarity | clear | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Pregnancy Status | No | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | SCM - Urinalysis Results | Urine Pregnancy Results: | Negative | Rose, Sarah | 05-18-2020 11:13 pm |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Allergies | PCN - strawberries and dogs | Jordan, Hannah | 05-01-2020 10:06 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Current Medications | ALBUTEROL 0.083% NEB BID; Directions: 1 NEB [IH] By Inhalation BID PRN ;, TYLENOL EXTRA STRENGTH 500MG TAB BID; Directions: 1 TAB [PO] By Mouth BID PRN ; | Jordan, Hannah | 06-01-2020 10:06 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Reason for Visit | Cough, edema BLE | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HPI | Cough started about one week ago. BLE 3+ started about the same time. Cough and swelling has greatly improved. Denies having any fever chills and body aches. Denies ever losing taste or smell. Patient had labs Friday and are pending. Did have several days of hunger strike prior to this occurring and has since started eating and drinking adequately. | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Past Medical History | Denies all | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Substance Abuse | Denies | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Vital Signs: | [blank] | Jordan, Hannah | 06-01-2020 10:06 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | General | Appears Well | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Warm | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Dry | Ward, NP, Regina | 06-01-2020 10:21 am |

| WCSO20JBN000629 | 1 - Provider Examination Sheet | Skin | Color Normal | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | HEENT | Normocephalic | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neck | Supple | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Resp/Thorax | Clear to Auscultation | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S1 (No edema at this time) | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | S2 (No edema at this time) | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Cardiovascular | RRR (No edema at this time) | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Soft | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Non Tender | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Abdomen | Non Distended | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | GU | Not Examined | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Neurologic | A/O X 3 | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Psych | No SI/HI | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Clinical Impression | Cough and swelling resolved | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Plan: | No new orders | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Hydration | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Patient Education | Diet | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination | Follow-up: | PRN | Ward, NP, Regina | 06-01-2020 |

| | | | | | | 10:21 am |
|---|---|---|---|---|---|---|
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Release Date: | | Probable- Note Specific (June 9th) | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Community Follow-up with: | | PCP | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Physical Appearance | | Self-Care | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Attitude toward Examiner & Interview | | Friendly | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Eye Contact | | Yes | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Motor Development / Agility | | Gross & Fine Motor WNL | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Speech / Language | | WNL | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Mood | | Cooperative | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Affect | | WNL | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Content of Thought | | WNL | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Suicide / Homicide | | Not Suicidal or Homicidal | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Flow of Thoughts | | Goal directed | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Efforts to cope with memory loss? | | N/A | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Alertness | | Alert | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | | Time | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | | Place | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | | Person | Ward, NP, Regina | 06-01-2020 10:21 am |

wcso-medical/Modules/Chart/history.php

| WCSO20JBN000629 | 1 - Provider Examination Sheet | Oriented to: | | Circumstance | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Insight & Judgement | | Ability to perceive current situation and respond realistically | Ward, NP, Regina | 06-01-2020 10:21 am |
| WCSO20JBN000629 | 1 - Provider Examination Sheet | Notes: | | Patient requesting medical records to take to his PCP when he leaves | Ward, NP, Regina | 06-01-2020 10:21 am |

## Patient History Forms

| Tracking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Former victim of rape or sexual assault (Automatic referral to Classifications and Mental Health) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Young Age (under 21 years of age) or Elderly (60 years of age or older) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Slight build 5ft 6in or less and/or less than 140 lbs | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | First incarceration in jail. | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Nonviolent history | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Conviction for sex offenses against an adult or child | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Sexual orientation of gay or bisexual | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Gender non conformance (e.g., transgender or intersex identity) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Mental, physical, or developmental disability | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Inmate/detainee's own perception of vulnerability | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Inmate/detainee is detailed solely for civil immigration purposes | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Total all "Yes" answers | [blank] | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Shift Supervisor and Classifications notified (if 4 or greater "Yes" answers)? (List Shift Supervisor who was notified in notes) | | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Prior history of institutional predatory behavior (Automatic referral to Classifications) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Prior convictions for violent offenses | No | Morgan, Juanetta | 05-07-2020 1:51 pm |

| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | History of sexual abuse toward others | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Gang affiliation | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Current or prior rape conviction | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Total all "Yes" answers | [blank] | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | Shift Supervisor and Classifications notified (if 3 or greater "Yes" answers)? (List Shift Supervisor who was notified in notes) | No | Morgan, Juanetta | 05-07-2020 1:51 pm |
| WCSO20JBN000629 | Inmate/Detainee Sexual Assault Risk Assessment | This assessment is: (If Initial Assessment, another assessment must be scheduled within 30 days) | Initial Assessment | Morgan, Juanetta | 05-07-2020 1:51 pm |

## Subjective Interview Form

(No Records)

## Patient Request Forms

(No Records)

## Education Forms

(No Records)

## Custom Flows

(No Records)

## Medications

| Medication Name (Brand Name) | GATORADE (GATORADE) |
| --- | --- |
| Dosing Frequency | BID |
| Doctor's Instructions | 1 PO [PO] By Mouth BID |
| Order Date | 05-12-2020 |
| Dosing Begin Date | 05-12-2020 |
| Dosing End Date | 05-18-2020 |

| | |
|---|---|
| Medication Expiration Date | [blank] |
| Pharmacy Drug Code | [blank] |
| Dose Strength | 8 OZ. |
| Number of Doses | 14 |
| Generic Substitutions Permitted? | 1 |
| Patient Specific/Stock Medication | [blank] |
| Keep on Person/Staff Distributed | 1 |
| Current Status | Discontinued |
| Number of Refills | 1 |
| Recorded By | Morgan, Juanetta |
| Prescriber Name | Lenteff, NP, Tracy |
| Prescriber License Number | ML2601929 |
| Patient Allergies | PCN - unsure cats and dogs |
| Original Number of Refills | [blank] |
| Note to Pharmacy | [blank] |
| System Notes | Ordered by Juanetta Morgan on 05-12-2020 at 9:55 am as PO20
Cancelled by System, CorEMR on 05/19/2020 0000. Reason: "DCd after cut date at transcriber's request 05-19-2020".
Status automatically changed to Discontinued by System on behalf of CorEMR System on 05-19-2020.
Denied by System, CorEMR on 05/19/2020 0000. Reason: Disapproved by CorEMR System on 05-19-2020 at 12:00 am, because Status was changed to an inactive state by CorEMR System and Approval was still pending. |
| Sent Order to Pharmacy on Date | [blank] |
| Pharmacy Confirmed Receipt? | Unconfirmed |
| Number of Doses Offered | [blank] |
| Number of Doses Received | 13 |
| Number of Doses Refused/Absent | [blank] |
| Percent of Doses Received | [blank] |

## MAR (Medication Administration Record)

| Administration Date/Time | Administration Result | Administration Notes | Recorded By | Medication Name (Brand Name) |
|---|---|---|---|---|
| [blank] | [blank] | [blank] | , | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| [blank] | [blank] | [blank] | , | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-12-2020 6:23 pm | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-13-2020 6:19 am | Received | [blank] | Godbolt, Amber | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |

| 05-13-2020 6:42 pm | Received | [blank] | Rose, Sarah | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-14-2020 6:16 am | Received | [blank] | Godbolt, Amber | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-14-2020 6:38 pm | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-15-2020 5:56 am | Received | [blank] | Morgan, Juanetta | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-15-2020 5:32 pm | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-16-2020 6:04 am | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-16-2020 6:58 pm | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-17-2020 6:04 am | Received | [blank] | Morgan, Juanetta | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-17-2020 6:32 pm | Received | [blank] | Kever, Jeanne | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-18-2020 6:28 am | Received | [blank] | Godbolt, Amber | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-18-2020 6:36 pm | Received | [blank] | Rose, Sarah | GATORADE (GATORADE) 8 OZ. 1 PO [PO] By Mouth BID |
| 05-18-2020 6:36 pm | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-19-2020 6:48 am | Other | PRN | Godbolt, Amber | IBUPROFEN 800MG TAB (AMERI* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-19-2020 6:41 pm | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-20-2020 6:37 am | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-20-2020 6:33 pm | Refused | [blank] | Kever, Jeanne | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-21-2020 6:07 am | Other | pm | Morgan, Juanetta | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-21-2020 6:34 pm | Refused | [blank] | Kever, Jeanne | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-22-2020 6:27 am | Other | PRN | Godbolt, Amber | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-22-2020 6:20 pm | Other | pm | Morgan, Juanetta | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-23-2020 6:16 am | Other | PRN | Godbolt, Amber | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-23-2020 6:26 pm | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-24-2020 6:22 am | Other | PRN | Godbolt, Amber | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-24-2020 5:53 pm | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-25-2020 6:21 am | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-25-2020 6:10 pm | Refused | [blank] | Kever, Jeanne | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-26-2020 6:18 am | Refused | [blank] | Kever, Jeanne | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-26-2020 6:22 pm | Refused | [blank] | Kever, Jeanne | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-27-2020 7:01 am | Other | PRN | Godbolt, Amber | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-27-2020 6:07 pm | Refused | [blank] | Rose, Sarah | IBUPROFEN 800MG TAB (AMERI)* (MOTRIN 800MG TAB UPJOHN) 800mg 1 tablet [PO] By Mouth BID PRN |
| 05-28-2020 6:35 | Refused | [blank] | Godbolt, | AZITHROMYCIN (ZITHROMAX) 500MG TAKE 1 TABLET(S) BY MOUTH |

| 05-28-2020 6:35 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
|---|---|---|---|---|
| 05-28-2020 6:35 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-28-2020 6:27 pm | Refused | [blank] | Rose, Sarah | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-28-2020 6:27 pm | Refused | [blank] | Rose, Sarah | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-29-2020 4:55 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-29-2020 6:32 am | Refused | [blank] | Morgan, Juanetta | AZITHROMYCIN (ZITHROMAX) 500MG TAKE 1 TABLET(S) BY MOUTH DAILY |
| 05-29-2020 6:32 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-29-2020 6:40 pm | Refused | [blank] | Kever, Jeanne | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-29-2020 6:40 pm | Refused | [blank] | Kever, Jeanne | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-30-2020 5:14 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-30-2020 5:14 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-30-2020 6:40 am | Refused | [blank] | Morgan, Juanetta | AZITHROMYCIN (ZITHROMAX) 500MG TAKE 1 TABLET(S) BY MOUTH DAILY |
| 05-30-2020 6:40 pm | Refused | [blank] | Kever, Jeanne | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-30-2020 6:40 pm | Refused | [blank] | Kever, Jeanne | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-31-2020 6:10 pm | Refused | [blank] | Kever, Jeanne | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 05-31-2020 6:10 pm | Refused | [blank] | Kever, Jeanne | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-31-2020 6:32 am | Other | expired | Kever, Jeanne | AZITHROMYCIN (ZITHROMAX) 500MG TAKE 1 TABLET(S) BY MOUTH DAILY |
| 05-31-2020 6:08 am | Refused | [blank] | Kever, Jeanne | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 05-31-2020 6:08 am | Refused | [blank] | Kever, Jeanne | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-01-2020 6:14 am | Other | order ended | Godbolt, Amber | AZITHROMYCIN (ZITHROMAX) 500MG TAKE 1 TABLET(S) BY MOUTH DAILY |
| 06-01-2020 6:14 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-01-2020 6:14 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-01-2020 6:58 pm | Refused | [blank] | Rose, Sarah | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-01-2020 6:58 pm | Refused | [blank] | Rose, Sarah | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-02-2020 6:31 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-02-2020 6:31 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-02-2020 6:28 pm | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-02-2020 6:28 pm | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-03-2020 6:15 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-03-2020 6:15 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |

Full Patient History | v5.5.0

| Date/Time | Status | | Staff | Medication |
|---|---|---|---|---|
| 06-03-2020 6:30 pm | Refused | [blank] | Shaw, Karen | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-04-2020 5:12 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-04-2020 5:12 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-04-2020 6:23 pm | Refused | [blank] | Shaw, Karen | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-04-2020 6:23 pm | Refused | [blank] | Shaw, Karen | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-05-2020 6:27 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-05-2020 6:27 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-05-2020 6:33 pm | Refused | [blank] | Rose, Sarah | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-05-2020 6:33 pm | Refused | [blank] | Rose, Sarah | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-05-2020 5:40 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-06-2020 5:41 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-06-2020 5:59 pm | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-06-2020 5:59 pm | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-07-2020 6:54 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-07-2020 6:54 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-07-2020 5:56 pm | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-07-2020 5:56 pm | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-08-2020 5:10 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-08-2020 5:10 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-08-2020 6:32 pm | Refused | [blank] | Shaw, Karen | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-08-2020 6:32 pm | Refused | [blank] | Shaw, Karen | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-09-2020 5:12 am | Other | prn | Morgan, Juanetta | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-09-2020 5:12 am | Other | prn | Morgan, Juanetta | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-09-2020 6:15 pm | Refused | [blank] | Shaw, Karen | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-09-2020 6:15 pm | Refused | [blank] | Shaw, Karen | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-10-2020 6:22 am | Other | PRN | Godbolt, Amber | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-10-2020 6:22 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-10-2020 4:52 pm | Refused | [blank] | Rose, Sarah | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |
| 06-10-2020 4:52 pm | Refused | [blank] | Rose, Sarah | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |
| 06-11-2020 6:21 | Other | PRN | Godbolt, | ALBUTEROL (PROVENTIL) 0.083% 1 NEB [IH] By Inhalation BID PRN |

| 06-11-2020 6:22 am | Other | PRN | Godbolt, Amber | TYLENOL EXTRA STRENGTH (GENAPAP) 500MG 1 TAB [PO] By Mouth BID PRN |

## Tasks

| Appointment Scheduled Date | 05-08-2020 |
|---|---|
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Referral from Receiving Screening |
| Appointment Category | Mental Health |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | McNutt, Roy |
| Last Modified Date and Time | 05-08-2020 4:34 pm |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Scheduled in error for today, as we had Telepsych clinic today. Roy Scott McNutt, LMHC, CAP, CCJAP |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 05-08-2020 12:00 am |
| Change Note By | McNutt, Roy |

| Appointment Scheduled Date | 05-10-2020 |
|---|---|
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-10-2020 7:50 am |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 05-10-2020 7:50 am |
| Appointment Change Note | Sick call completed 5-10-20 at 7:50 am by Hannah Jordan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-10-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| Appointment Scheduled Date | 05-10-2020 |
|---|---|
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |

| | |
|---|---|
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-10-2020 3:59 pm |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-10-2020 3:59 pm |
| Appointment Change Note | Sick call completed 5-10-20 at 3:59 pm by Sarah Rose |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-10-2020 12:00 am |
| Change Note By | Rose, Sarah |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Pt claims he has been on hunger strike for 10 days, BCDC did not confirm this, did refuse lunch when he got here today per officers. |
| Appointment Category | Mid-Level Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-13-2020 5:13 am |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 05-13-2020 5:13 am |
| Appointment Change Note | Commander Jackson with ICE notified and pt. records sent over. Fluids were offered to pt. |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-11-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Pt claims he has been on hunger strike for 10 days, BCDC did not confirm this, did refuse lunch when he got here today per officers. |
| Appointment Category | Mid-Level Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-13-2020 5:13 am |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 05-13-2020 5:13 am |
| Appointment Change Note | Sick call completed 5-13-20 at 5:13 am by Hannah Jordan |
| Change Note Type | Completed Appointments |

| | |
|---|---|
| Change Note Date | 05-13-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Needs Dental Visual Screen completed by Mid-level Provider |
| Appointment Category | Dental Visual Screening- Mid-level Provider |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-12-2020 6:46 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Rescheduled Appointment |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 05-12-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Referral from Receiving Screening URGENT - HUNGER STRIKE |
| Appointment Category | Mental Health |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | McNutt, Roy |
| Last Modified Date and Time | 05-11-2020 10:38 am |
| Appointment Completed By | McNutt, Roy |
| Completed Date and Time | 05-11-2020 10:38 am |
| Appointment Change Note | Detainee evaluated by LMHC in medical observation cell re: hunger strike @9:20 a.m. this date. See Document (Info recorded using Nursing Assessment re: Hunger Strike form) completed this date by LMHC, and scanned into chart by HSA Amber Shear, RN. Roy Scott McNutt, LMHC, CAP, CCJAP |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-11-2020 12:00 am |

| | |
|---|---|
| Change Note By | McNutt, Roy |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Kever, Jeanne |
| Last Modified Date and Time | 05-11-2020 8:44 pm |
| Appointment Completed By | Kever, Jeanne |
| Completed Date and Time | 05-11-2020 8:44 pm |
| Appointment Change Note | Sick call completed 5-11-20 at 8:44 pm by Jeanne Kever |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-11-2020 12:00 am |
| Change Note By | Kever, Jeanne |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-14-2020 8:45 am |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 05-14-2020 8:45 am |
| Appointment Change Note | Completed |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-11-2020 12:00 am |
| Change Note By | Godbolt, Amber |

| | |
|---|---|
| Appointment Scheduled Date | 05-11-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-14-2020 8:45 am |
| Appointment Completed By | Jordan, Hannah |

| | |
|---|---|
| Completed Date and Time | 05-14-2020 8:45 am |
| Appointment Change Note | Sick call completed 5-14-20 at 8:45 am by Hannah Jordan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-14-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| | |
|---|---|
| Appointment Scheduled Date | 05-12-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-12-2020 9:36 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 05-12-2020 9:36 am |
| Appointment Change Note | done see chart note and flow sheet |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-12-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 05-12-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-13-2020 5:09 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | unsure if tasks were completed and they are now duplicates. |
| Change Note Type | Deleted Appointments |
| Change Note Date | 05-13-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| | |
|---|---|
| Appointment Scheduled Date | 05-12-2020 |
| Appointment Created Date | 05-12-2020 9:42 am |
| Appointment Description | Inmate refusing water, as weel as food. |
| Appointment Category | MH Confinement Check |
| Priority (1=High, 5=Low) | 1 |

| | |
|---|---|
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | McNutt, Roy |
| Appointment Last Modified By | McNutt, Roy |
| Last Modified Date and Time | 05-12-2020 6:12 pm |
| Appointment Completed By | McNutt, Roy |
| Completed Date and Time | 05-12-2020 6:12 pm |
| Appointment Change Note | Inmate seen by LMHC, who was then present for discussion and resolution of Inmate's issue that initiated hunger strike. See chart note entered this date. Roy Scott McNutt, LMHC, CAP, CCJAP |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-12-2020 12:00 am |
| Change Note By | McNutt, Roy |

| | |
|---|---|
| Appointment Scheduled Date | 05-13-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-13-2020 6:54 pm |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-13-2020 6:54 pm |
| Appointment Change Note | Sick call completed 5-13-20 at 6:54 pm by Sarah Rose |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-13-2020 12:00 am |
| Change Note By | Ross, Sarah |

| | |
|---|---|
| Appointment Scheduled Date | 05-13-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-13-2020 6:29 pm |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 05-13-2020 6:29 pm |
| Appointment Change Note | please see v/s flow sheet for AM vitals |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-13-2020 12:00 am |

Change Note By | Jordan, Hannah

| | |
|---|---|
| Appointment Scheduled Date | 05-14-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Needs Initial Health Assessment |
| Appointment Category | RN Assessment |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-15-2020 1:34 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Rescheduled Appointment |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Rose, Sarah |

| | |
|---|---|
| Appointment Scheduled Date | 05-14-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-15-2020 1:34 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Rescheduled Appointment |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Rose, Sarah |

| | |
|---|---|
| Appointment Scheduled Date | 05-14-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Godbolt, Amber |
| Last Modified Date and Time | 05-14-2020 7:01 am |
| Appointment Completed By | Godbolt, Amber |
| Completed Date and Time | 05-14-2020 7:01 am |

| | |
|---|---|
| Appointment Change Note | Sick call completed 5-14-20 at 7:01 am by Amber Godbolt |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-14-2020 12:00 am |
| Change Note By | Godbolt, Amber |

| | |
|---|---|
| Appointment Scheduled Date | 05-15-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-15-2020 6:36 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | duplicate |
| Change Note Type | Deleted Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 05-15-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-15-2020 8:19 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 05-15-2020 8:19 am |
| Appointment Change Note | done and recorded |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 05-15-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Needs Dental Visual Screen completed by Mid-level Provider |
| Appointment Category | Dental Visual Screening- Mid-level Provider |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Shear, Amber |

| Last Modified Date and Time | 05-15-2020 12:48 pm |
|---|---|
| Appointment Completed By | Shear, Amber |
| Completed Date and Time | 05-15-2020 12:48 pm |
| Appointment Change Note | See Scanned Documents |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Shear, Amber |

| Appointment Scheduled Date | 05-15-2020 |
|---|---|
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Needs Initial Health Assessment |
| Appointment Category | RN Assessment |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-16-2020 9:26 pm |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Rescheduled Appointment |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 05-16-2020 12:00 am |
| Change Note By | Rose, Sarah |

| Appointment Scheduled Date | 05-15-2020 |
|---|---|
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Shaw, Karen |
| Last Modified Date and Time | 05-15-2020 11:15 pm |
| Appointment Completed By | Shaw, Karen |
| Completed Date and Time | 05-15-2020 11:15 pm |
| Appointment Change Note | See flow sheet |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-15-2020 12:00 am |
| Change Note By | Shaw, Karen |

| Appointment Scheduled Date | 05-16-2020 |
|---|---|
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |

| | |
|---|---|
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Kever, Jeanne |
| Last Modified Date and Time | 05-16-2020 8:46 pm |
| Appointment Completed By | Kever, Jeanne |
| Completed Date and Time | 05-16-2020 8:46 pm |
| Appointment Change Note | Sick call completed 5-16-20 at 8:46 pm by Jeanne Kever |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-16-2020 12:00 am |
| Change Note By | Kever, Jeanne |

| | |
|---|---|
| Appointment Scheduled Date | 05-16-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Kever, Jeanne |
| Last Modified Date and Time | 05-16-2020 6:30 am |
| Appointment Completed By | Kever, Jeanne |
| Completed Date and Time | 05-16-2020 6:30 am |
| Appointment Change Note | Sick call completed 5-16-20 at 6:30 am by Jeanne Kever |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-16-2020 12:00 am |
| Change Note By | Kever, Jeanne |

| | |
|---|---|
| Appointment Scheduled Date | 05-16-2020 |
| Appointment Created Date | 05-07-2020 1:46 pm |
| Appointment Description | Needs Initial Health Assessment |
| Appointment Category | RN Assessment |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-16-2020 4:58 pm |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-16-2020 4:58 pm |
| Appointment Change Note | Completed Appointment |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-16-2020 12:00 am |
| Change Note By | Rose, Sarah |

| | |
|---|---|
| Appointment Scheduled Date | 05-17-2020 |
| Appointment Created Date | 05-10-2020 7:49 am |
| Appointment Description | V/S Q shift PM |

| Appointment Category | Vital Signs |
|---|---|
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Kever, Jeanne |
| Last Modified Date and Time | 05-17-2020 8:05 pm |
| Appointment Completed By | Kever, Jeanne |
| Completed Date and Time | 05-17-2020 8:05 pm |
| Appointment Change Note | Sick call completed 5-17-20 at 8:05 pm by Jeanne Kever |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-17-2020 12:00 am |
| Change Note By | Kever, Jeanne |

| Appointment Scheduled Date | 05-17-2020 |
|---|---|
| Appointment Created Date | 05-16-2020 7:45 am |
| Appointment Description | V/S Q shift AM |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-18-2020 5:00 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | unsure if task was completed. it is now a duplicate task |
| Change Note Type | Deleted Appointments |
| Change Note Date | 05-18-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| Appointment Scheduled Date | 05-16-2020 |
|---|---|
| Appointment Created Date | 05-16-2020 4:19 pm |
| Appointment Description | follow up after hunger strike. pt states that he has jaw pain from previously broken jaw, back pain that he feels is related to hunger strike, and a chipped tooth that he would like to have addressed. |
| Appointment Category | Mid-Level Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 05-18-2020 1:11 pm |
| Appointment Completed By | Jordan, Hannah |

| Completed Date and Time | 05-18-2020 1:11 pm |
|---|---|
| Appointment Change Note | Sick call completed 5-18-20 at 1:11 pm by Hannah Jordan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-18-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| Appointment Scheduled Date | 05-18-2020 |
|---|---|
| Appointment Created Date | 05-18-2020 1:05 pm |
| Appointment Description | Dipstick UA |
| Appointment Category | Nurse |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-18-2020 11:13 pm |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-18-2020 11:13 pm |
| Appointment Change Note | Sick call completed 5-18-20 at 11:13 pm by Sarah Rose |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-18-2020 12:00 am |
| Change Note By | Rose, Sarah |

| Appointment Scheduled Date | 05-28-2020 |
|---|---|
| Appointment Created Date | 05-27-2020 12:31 pm |
| Appointment Description | dentist |
| Appointment Category | Dentist |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Refused |
| Requested by Patient? | No |
| Appointment Set By | Jordan, Hannah |
| Appointment Last Modified By | Godbolt, Amber |
| Last Modified Date and Time | 05-28-2020 12:09 pm |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | Patient refused |
| Change Note Type | Refused Appointments |
| Change Note Date | 05-28-2020 12:00 am |
| Change Note By | Godbolt, Amber |

| Appointment Scheduled Date | 05-28-2020 |
|---|---|
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |

wcso-medical/Modules/Chart/history.php

| Appointment Set By | Rose, Sarah |
| --- | --- |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-29-2020 3:21 am |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-29-2020 3:21 am |
| Appointment Change Note | completed |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-29-2020 12:00 am |
| Change Note By | Rose, Sarah |

| Appointment Scheduled Date | 05-28-2020 |
| --- | --- |
| Appointment Created Date | 05-28-2020 1:05 am |
| Appointment Description | CMP ordered per Regina Ward FNP-C |
| Appointment Category | Lab Draw |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Rose, Sarah |
| Last Modified Date and Time | 05-29-2020 3:21 am |
| Appointment Completed By | Rose, Sarah |
| Completed Date and Time | 05-29-2020 3:21 am |
| Appointment Change Note | completed |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-29-2020 12:00 am |
| Change Note By | Rose, Sarah |

| Appointment Scheduled Date | 05-29-2020 |
| --- | --- |
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-29-2020 8:38 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 05-29-2020 8:38 am |
| Appointment Change Note | Sick call completed 5-29-20 at 8:38 am by Juanetta Morgan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-29-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| Appointment Scheduled Date | 05-30-2020 |
| --- | --- |
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |

| | |
|---|---|
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-30-2020 10:08 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 05-30-2020 10:08 am |
| Appointment Change Note | Sick call completed 5-30-20 at 10:08 am by Juanetta Morgan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-30-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 05-31-2020 |
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 05-31-2020 9:27 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 05-31-2020 9:27 am |
| Appointment Change Note | Sick call completed 5-31-20 at 9:27 am by Juanetta Morgan |
| Change Note Type | Completed Appointments |
| Change Note Date | 05-31-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

| | |
|---|---|
| Appointment Scheduled Date | 06-01-2020 |
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Godbolt, Amber |
| Last Modified Date and Time | 06-01-2020 6:39 am |
| Appointment Completed By | Godbolt, Amber |
| Completed Date and Time | 06-01-2020 6:39 am |
| Appointment Change Note | Sick call completed 6-1-20 at 6:39 am by Amber Godbolt |
| Change Note Type | Completed Appointments |
| Change Note Date | 06-01-2020 12:00 am |
| Change Note By | Godbolt, Amber |

| | |
|---|---|
| Appointment Scheduled Date | 06-01-2020 |

| Appointment Created Date | 06-01-2020 3:18 am |
|---|---|
| Appointment Description | SICK CALL REQUESTING TO " SEE IF I STILL HAVE WATER IN MY LUNGS" |
| Appointment Category | Sick Call Nurse |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | Yes |
| Appointment Set By | Kever, Jeanne |
| Appointment Last Modified By | Godbolt, Amber |
| Last Modified Date and Time | 06-01-2020 5:16 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | task category changed |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 06-01-2020 12:00 am |
| Change Note By | Godbolt, Amber |

| Appointment Scheduled Date | 06-01-2020 |
|---|---|
| Appointment Created Date | 06-01-2020 3:18 am |
| Appointment Description | SICK CALL REQUESTING TO ' SEE IF I STILL HAVE WATER IN MY LUNGS" |
| Appointment Category | Mid-Level Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | Yes |
| Appointment Set By | Kever, Jeanne |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 06-01-2020 10:40 am |
| Appointment Completed By | Jordan, Hannah |
| Completed Date and Time | 06-01-2020 10:40 am |
| Appointment Change Note | Sick call completed 6-1-20 at 10:40 am by Hannah Jordan |
| Change Note Type | Completed Appointments |
| Change Note Date | 06-01-2020 12:00 am |
| Change Note By | Jordan, Hannah |

| Appointment Scheduled Date | 06-02-2020 |
|---|---|
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 06-02-2020 5:10 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | patient was seen by provider on 6/1/2020 |
| Change Note Type | Deleted Appointments |
| Change Note Date | 06-02-2020 12:00 am |

| Change Note By | Jordan, Hannah |
|---|---|

| Appointment Scheduled Date | 06-03-2020 |
|---|---|
| Appointment Created Date | 05-28-2020 1:04 am |
| Appointment Description | Vital Signs Qday per Regina Ward FNP-C |
| Appointment Category | Vital Signs |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Rose, Sarah |
| Appointment Last Modified By | Jordan, Hannah |
| Last Modified Date and Time | 06-02-2020 5:10 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | [blank] |
| Change Note Type | [blank] |
| Change Note Date | [blank] |
| Change Note By | |

| Appointment Scheduled Date | 06-08-2020 |
|---|---|
| Appointment Created Date | 06-08-2020 7:00 am |
| Appointment Description | I need to have my vitals and my lungs checked. |
| Appointment Category | Sick Call Nurse |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Morgan, Juanetta |
| Appointment Last Modified By | Morgan, Juanetta |
| Last Modified Date and Time | 06-08-2020 8:55 am |
| Appointment Completed By | Morgan, Juanetta |
| Completed Date and Time | 06-08-2020 8:55 am |
| Appointment Change Note | done and documented |
| Change Note Type | Completed Appointments |
| Change Note Date | 06-08-2020 12:00 am |
| Change Note By | Morgan, Juanetta |

## Chart Notes

| Note Date | Note Text | Note By | Note Access | Note Type |
|---|---|---|---|---|
| 05-07-2020 2:04 pm | During intake pt states that he has been on a hunger strike for 10 days nothing to eat or to drink. HSA was informed, BCDC called and spoke with Brittany nurse in their medical department, she states they have no documentation of this in medical or from security. Pt will be placed in general population at this time, Officers have been notified of situation and to contact medical if pt refuses meals and/or fluids. | Morgan, Juanetta | Medical Staff | Medical Note |
| 05-11-2020 | Late Entry: On 5/9/2020 around 1500 patient was accidentally brought to clinic for a sick call task that was for another inmate. While walking patient back to A side he informed Officer Barksdale that he was on a hunger strike. Officer Barksdale immediately brought patient back to clinic and asked us if we knew, unfortunately we did | Godbolt, Amber | Medical Staff | Medical Note |

| | | | | |
|---|---|---|---|---|
| 9:47 am | not. Patient gave us a quick break down of everything that has been going on and his reasoning behind the hunger strike. I retrieved patients vitals and informed security that we needed to move patient up front to asses his hunger strike. Patient stated he was on his 7th missed meal while at this facility. HSA Amber was notified via telephone call. All of this was added to the shift report however, I got side tracked and forgot to document chart note. Patients b/p was 127/84, weight was 206 | | | |
| 05-11-2020 10:28 am | Patient brought up to medical department for weight check and VS. Food and fluid offered, but patient declined. Will continue to offer/encourage intake. | Shear, Amber | Medical Staff | Medical Note |
| 05-11-2020 2:51 pm | Patient came to medical to be seen in chronic care clinic by NP. At the time VS were being taken, a bottle of water was provided to the patient to take back to the cell. Patient declined water and food at this time, stating "I'm not hungry". This nurse asked if the patient would be willing to take the bottle of water back to the housing unit with him, just in case he wants it, and he agreed he would. | Shear, Amber | Medical Staff | Medical Note |
| 05-11-2020 5:46 pm | I was asked to stand by and witness when pt was offered dinner tray. Pt refused tray and cup of juice. Empty water bottle noted on bench inside cell.When I asked pt. what he had done with the water from the water bottle, he stated "I poured it down the sink". Will offer food and fluids when I check his VS later in the shift. | Kever, Jeanne | Medical Staff | Medical Note |
| 05-12-2020 9:34 am | Went to check on pt, VS done and weight checked, pt did not drink water provided yesterday, states he poured it down the sink, weight was 202 yesterday and 200 today, skin tugor is non elastic, he had 500 cc's of dark orange cloudy urine. Pt refused offer of something to drink did not eat breakfast this morning. | Morgan, Juanetta | Medical Staff | Medical Note |
| 05-12-2020 9:51 am | Has IM given a reason as to why he is on a hunger strike? Offer Gatorade 8 ounces bid prn x 7 days Checks I/O When will mental health see him? Tracy Lamaff FNP-BC Responded to email | Morgan, Juanetta | Medical Staff | Medical Note |
| 05-12-2020 10:42 am | ICE officer Decker came to speak with patient. After some persuasion, the patient has agreed to eat and drink. 6oz of gatorade was consumed while this nurse was in the holding cell. Patient was provided a lunch tray with 2 oranges and a banana. Patient consumed whole banana and is currently finishing up an orange. A 24oz cup of gatorade was left in the holding cell with the patient, and patient was advised that we will provide him with fluids throughout the day. | Shear, Amber | Medical Staff | Medical Note |
| 05-12-2020 11:39 am | Patient consumed 2 small oranges, 1 banana, and a piece of cake. He drank the whole 24oz of gatorade. 24 more ounces of gatorade provided. | Shear, Amber | Medical Staff | Medical Note |
| 05-12-2020 4:06 pm | Patient requested more "juice". 24 oz gatorade provided. This nurse told patient to let medical/correctional staff know when he would like more. Patient voiced understanding, and said, "thank you". | Shear, Amber | Medical Staff | Medical Note |
| 05-12-2020 6:08 pm | LMHC met briefly w/ inmate in Observation cell. Inmatehad been able to walk to medical for vitals, but now was under his covers complaining of cramping. We discussed his motivation for the hunger strike, and potential outcomes. he was open and respectful, while at the same time standing by his decision to follow through with his plan to force ICE's hand. We were still talking when ICE Officer Decker arrived. LMHC moved into more of an Observer role, while they talked. Eventually, Ofc. Decker had sufficient data about Inmate's case that he was able to offer a plan of action acceptable to inmate; Inmate responded by drinking the Gatorade offered to him. LMHC checked in with later; he had cleaned his plate, and drank a lot of Gatorade, as well as water. We exchanged "thumbs up" signs re: resolution of the issues, and his now acting in a self-cars mode. Roy Scott McNutt, LMHC, CAP, CCJAP | McNutt, Roy | Medical Staff | Mental Health Note |
| 05-12-2020 9:58 pm | Patient consumed 100% of 2 supper trays provided to him. Supper included 16 oz of juice. Patient given 8 oz gatorade at medpass. Patient instructed to request more gatorade if desired. | Kever, Jeanne | Medical Staff | Medical Note |
| 05-14-2020 12:14 am | Pt laying on the floor resting. Breathing even and not labored. | Rose, Sarah | Medical Staff | Medical Note |
| 05-17-2020 8:06 pm | PT ATE 100% OF SUPPER TRAYS 5/15/16 AND 17. | Kever, Jeanne | Medical Staff | Medical Note |
| 05-27-2020 | Pt presented to nurse with +3 pitting edema to lower limbs, nurse auscultated pleural rub bilaterally and it was more apparent on lower left hand side. Pt states that he is having pain in legs and tingling and that he just noticed this two days ago. Pt states mild sporadic dry cough. On call provider emailed for orders. | Rose, Sarah | Medical Staff | Medical Note |

| | | | | | |
|---|---|---|---|---|---|
| 10:02 pm | | | | | |
| 05-29-2020 3:24 am | Nurse encouraged pt to take medication prescribed. Pt stated that he was not going to take it because "medical staff is unsure of infection and his immune system is weak and antibiotics will damage it. If you can give me apple cider vinegar I will take it." Nurse advised that this was not going to solve potential infection and the potential consequences from refusing medications. Pt verbalized his understanding. | Rose, Sarah | Medical Staff | Medical Note | |
| 05-29-2020 3:25 am | Pt labs drawn, and vitals were taken. Pt in no apparent distress. | Rose, Sarah | Medical Staff | Medical Note | |
| 06-04-2020 1:33 am | Patient wrote sick call requesting his lab work and medical chart. Gave request to Administration's mailbox. | Shaw, Karen | Medical Staff | Medical Note | |
| 06-08-2020 8:54 am | Pt wrote sick call requesting vital signs and lungs to be checked. Had pt brought up, vital signs done and recorded, pt had no complaints with his lungs at this time, all quadrants of lungs front and back clear. | Morgen, Juanetta | Medical Staff | Medical Note | |

## Problems

(No Records)

## Scanned Documents

| Date Scanned/Saved | 05-07-2020 4:29 pm |
|---|---|
| Document Type | General Patient Chart Transfer sheet/ covid checklist |
| Number of Pages | 2 |
| Link | Download |
| File Size | 1803 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | 05/07/20 |

| Date Scanned/Saved | 05-11-2020 2:38 pm |
|---|---|
| Document Type | General Patient Chart Mental Health Assessment/hunger strike |
| Number of Pages | 1 |
| Link | Download |
| File Size | 772 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | 05/11/20 |

| Date Scanned/Saved | 05-15-2020 2:30 pm |
|---|---|
| Document Type | General Patient Chart Dental Visual Screening |
| Number of Pages | 1 |
| Link | Download |
| File Size | 492 KB |
| Scanned/Saved By | Anagnost, Pamela |

| Notes | 05/15/20 |

| Date Scanned/Saved | 05-26-2020 3:36 pm |
|---|---|
| Document Type | General Patient Chart Inmate Request |
| Number of Pages | 3 |
| Link | Download |
| File Size | 1215 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | medical records 05/15/20 |

| Date Scanned/Saved | 05-27-2020 3:13 pm |
|---|---|
| Document Type | General Patient Chart Prior Approval |
| Number of Pages | 3 |
| Link | Download |
| File Size | 1385 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | |

| Date Scanned/Saved | 05-28-2020 2:58 pm |
|---|---|
| Document Type | General Patient Chart Inmate Refusal |
| Number of Pages | 1 |
| Link | Download |
| File Size | 537 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | 05/28/20 |

| Date Scanned/Saved | 05-29-2020 2:28 pm |
|---|---|
| Document Type | General Patient Chart Lab/X-Rays |
| Number of Pages | 1 |
| Link | Download |
| File Size | 1076 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | 05/29/20 |

| Date Scanned/Saved | 05-29-2020 2:48 pm |
|---|---|
| Document Type | General Patient Chart Inmate Refusal |
| Number of Pages | 1 |
| Link | Download |
| File Size | 582 KB |
| Scanned/Saved By | Anagnost, Pamela |
| Notes | 05/29/20 |

| Date Scanned/Saved | 05-29-2020 3:18 pm |
|---|---|
| Document Type | General Patient Chart Inmate Refusal |
| Number of Pages | 1 |
| Link | Download |
| File Size | 541 KB |

| | |
|---|---|
| Blood Pressure Sitting | 115/72 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 92 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 97.7 |
| Weight | [blank] |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-31-2020 0927 |

| | |
|---|---|
| Date of Reading | 05-30-2020 10:08 am |
| Date Entered | 05-30-2020 10:08 am |
| Blood Pressure Sitting | 118/76 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 98 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 98.4 |
| Weight | [blank] |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-30-2020 1006 |

| | |
|---|---|
| Date of Reading | 05-29-2020 8:38 am |
| Date Entered | 05-29-2020 8:38 am |
| Blood Pressure Sitting | 122/77 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 62 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 97.7 |
| Weight | [blank] |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-29-2020 0837 |

| | |
|---|---|
| Date of Reading | 05-28-2020 11:30 pm |
| Date Entered | 05-29-2020 3:22 am |
| Blood Pressure Sitting | 113/74 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 67 |
| Pulse Standing | [blank] |
| Respiration | 17 |
| Temperature | 99.1 |
| Weight | [blank] |
| SPO2 | 99.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-27-2020 10:02 pm |
| Date Entered | 05-27-2020 10:03 pm |

CorEMR - RADETIC, SEBASTIAN - #WCSO20JBN000629 (10-24-1976) :: Full Patient History | v5.5.0

| | |
|---|---|
| Blood Pressure Sitting | 116/81 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 67 |
| Pulse Standing | [blank] |
| Respiration | 17 |
| Temperature | 98.7 |
| Weight | 224 |
| SPO2 | 99.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-18-2020 12:42 pm |
| Date Entered | 05-18-2020 12:42 pm |
| Blood Pressure Sitting | 0/0 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | [blank] |
| Pulse Standing | [blank] |
| Respiration | [blank] |
| Temperature | [blank] |
| Weight | [blank] |
| SPO2 | [blank] |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-18-2020 11:58 am |
| Date Entered | 05-18-2020 11:58 am |
| Blood Pressure Sitting | 119/70 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 78 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 97.2 |
| Weight | 221 |
| SPO2 | 99.0 |
| Notes | Entered on a sick call created 05-18-2020 1157 |

| | |
|---|---|
| Date of Reading | 05-17-2020 8:05 pm |
| Date Entered | 05-17-2020 8:05 pm |
| Blood Pressure Sitting | 126/72 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 84 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 97.7 |
| Weight | [blank] |
| SPO2 | 99.0 |
| Notes | Entered on a sick call created 05-17-2020 2004 |

| | |
|---|---|
| Date of Reading | 05-16-2020 8:46 pm |

| | |
|---|---|
| Date Entered | 05-16-2020 8:46 pm |
| Blood Pressure Sitting | 119/83 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 56 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 97.5 |
| Weight | 223 |
| SPO2 | 99.0 |
| Notes | Entered on a sick call created 05-16-2020 2046 |

| | |
|---|---|
| Date of Reading | 05-16-2020 4:17 pm |
| Date Entered | 05-16-2020 4:17 pm |
| Blood Pressure Sitting | 110/67 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 55 |
| Pulse Standing | [blank] |
| Respiration | 1 |
| Temperature | 98.2 |
| Weight | 216 |
| SPO2 | 97.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-16-2020 6:30 am |
| Date Entered | 05-16-2020 6:30 am |
| Blood Pressure Sitting | 123/79 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 101 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 98.2 |
| Weight | [blank] |
| SPO2 | 99.0 |
| Notes | Entered on a sick call created 05-16-2020 0629 |

| | |
|---|---|
| Date of Reading | 05-15-2020 9:16 pm |
| Date Entered | 05-15-2020 9:17 pm |
| Blood Pressure Sitting | 126/90 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 73 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 97.0 |
| Weight | 222 |
| SPO2 | 98.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-15-2020 8:19 am |

| | |
|---|---|
| Date Entered | 05-15-2020 8:19 am |
| Blood Pressure Sitting | 0/0 |
| Blood Pressure Standing | 112/71 |
| Pulse Sitting | [blank] |
| Pulse Standing | 70 |
| Respiration | 18 |
| Temperature | 97.8 |
| Weight | 218 |
| SPO2 | 99.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-14-2020 7:01 am |
| Date Entered | 05-14-2020 7:01 am |
| Blood Pressure Sitting | 107/79 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 85 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 97.7 |
| Weight | 210 |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-14-2020 0659 |

| | |
|---|---|
| Date of Reading | 05-13-2020 6:54 pm |
| Date Entered | 05-13-2020 6:54 pm |
| Blood Pressure Sitting | 124/93 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 108 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 99.7 |
| Weight | [blank] |
| SPO2 | 97.0 |
| Notes | Entered on a sick call created 05-13-2020 1850 |

| | |
|---|---|
| Date of Reading | 05-13-2020 6:28 pm |
| Date Entered | 05-13-2020 6:29 pm |
| Blood Pressure Sitting | 0/0 |
| Blood Pressure Standing | 122/80 |
| Pulse Sitting | [blank] |
| Pulse Standing | 91 |
| Respiration | 18 |
| Temperature | 98.2 |
| Weight | 211 |
| SPO2 | 98.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-12-2020 9:34 am |
| Date Entered | 05-12-2020 9:35 am |
| Blood Pressure Sitting | 0/0 |
| Blood Pressure Standing | 120/105 |
| Pulse Sitting | [blank] |
| Pulse Standing | 104 |
| Respiration | 20 |
| Temperature | 97.2 |
| Weight | 200 |
| SPO2 | 98.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-11-2020 8:44 pm |
| Date Entered | 05-11-2020 8:44 pm |
| Blood Pressure Sitting | 105/66 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 75 |
| Pulse Standing | |
| Respiration | 16 |
| Temperature | 5.6 |
| Weight | [blank] |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-11-2020 2042 |

| | |
|---|---|
| Date of Reading | 05-11-2020 2:49 pm |
| Date Entered | 05-11-2020 2:49 pm |
| Blood Pressure Sitting | 122/84 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 96 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 98.6 |
| Weight | 202 |
| SPO2 | 98.0 |
| Notes | [blank] |

| | |
|---|---|
| Date of Reading | 05-11-2020 5:37 am |
| Date Entered | 05-11-2020 5:37 am |
| Blood Pressure Sitting | 100/68 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 127 |
| Pulse Standing | [blank] |
| Respiration | [blank] |
| Temperature | [blank] |
| Weight | [blank] |
| SPO2 | 98.0 |
| Notes | Entered on a sick call created 05-11-2020 0536 |

| | |
|---|---|
| Date of Reading | 05-10-2020 3:59 pm |
| Date Entered | 05-10-2020 3:59 pm |
| Blood Pressure Sitting | 98/68 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 80 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 99.3 |
| Weight | [blank] |
| SPO2 | 96.0 |
| Notes | Entered on a sick call created 05-10-2020 1555 |

| | |
|---|---|
| Date of Reading | 05-10-2020 7:50 am |
| Date Entered | 05-10-2020 7:50 am |
| Blood Pressure Sitting | 105/80 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 55 |
| Pulse Standing | [blank] |
| Respiration | 18 |
| Temperature | 97.7 |
| Weight | 206 |
| SPO2 | 96.0 |
| Notes | Entered on a sick call created 05-10-2020 0749 |

| | |
|---|---|
| Date of Reading | 05-07-2020 1:46 pm |
| Date Entered | 05-07-2020 1:46 pm |
| Blood Pressure Sitting | 129/83 |
| Blood Pressure Standing | [blank] |
| Pulse Sitting | 83 |
| Pulse Standing | [blank] |
| Respiration | 16 |
| Temperature | 97.1 |
| Weight | 208 |
| SPO2 | 98.0 |
| Notes | [blank] |

## Blood Glucose Levels

(No Records)

## Medical Sick Calls

| | |
|---|---|
| Call Date | 05-10-2020 7:50 am |

| Clinician Name | Hannah Jordan |
|---|---|
| Requested by Patient? | No |
| Subjective | 05-10-2020 7:50 am - Jordan, Hannah : V/S Q shift AM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Jordan, Hannah |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-10-2020 3:59 pm |
|---|---|
| Clinician Name | Sarah Rose |
| Requested by Patient? | No |
| Subjective | 05-10-2020 3:59 pm - Rose, Sarah : V/S Q shift PM |
| Objective | 05-10-2020 3:59 pm - Rose, Sarah : Spoke with patient. He states "it has been 13 days without food." Nurse asked pt if he would like any food or fluids twice and pt denied both times. Pt states "I am fine." Oral mucous membranes pink. Pt in no apparent distress. Suspects that patient is possibly drinking water from the toilet. |
| Assessment | [blank] |
| Plan | 05-10-2020 3:59 pm - Rose, Sarah : Continue to monitor, and offer fluids/food. |
| Education | [blank] |
| Recorded By | Rose, Sarah |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-11-2020 5:37 am |
|---|---|
| Clinician Name | Amber Godbolt |
| Requested by Patient? | No |
| Subjective | 05-11-2020 5:37 am - Godbolt, Amber : V/S Q shift AM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Godbolt, Amber |
| Notes Regarding Note Off | Completed. |

| Call Date | 05-11-2020 8:44 pm |
|---|---|
| Clinician Name | Jeanne Kever |
| Requested by Patient? | No |
| Subjective | 05-11-2020 8:44 pm - Kever, Jeanne : V/S Q shift PM |
| Objective | 05-11-2020 8:44 pm - Kever, Jeanne : Oral mucosa is pink and moist. Offered food and fluids. Pt refused both food and drink. |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Kever, Jeanne |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-13-2020 5:13 am |
|---|---|
| Clinician Name | Hannah Jordan |
| Requested by Patient? | No |
| Subjective | 05-11-2020 2:49 pm - Jordan, Hannah : Pt claims he has been on hunger strike for 10 days, BCDC did not confirm this, did refuse lunch when he got here today per officers. |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Jordan, Hannah |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-13-2020 6:54 pm |
|---|---|
| Clinician Name | Sarah Rose |
| Requested By Patient? | No |
| Subjective | 05-13-2020 6:54 pm - Rose, Sarah : V/S Q shift PM |
| Objective | 05-13-2020 6:54 pm - Rose, Sarah : Pt accepted 8 ounces of Gatorade, and drank both in front of the nurse. Denied any complaints, and made no medical requests. Appears in no apparent distress. No injuries noted, and will continue to monitor. |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Rose, Sarah |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-14-2020 7:01 am |
|---|---|
| Clinician Name | Amber Godbolt |
| Requested by Patient? | No |
| Subjective | 05-14-2020 7:01 am - Godbolt, Amber : V/S Q shift AM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Godbolt, Amber |
| Notes Regarding Note Off | Completed |

| Call Date | 05-16-2020 6:30 am |
|---|---|
| Clinician Name | Jeanne Kever |
| Requested by Patient? | No |
| Subjective | 05-16-2020 6:30 am - Kever, Jeanne : V/S Q shift AM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Kever, Jeanne |

| | |
|---|---|
| Notes Regarding Note Off | [blank] |

| | |
|---|---|
| Call Date | 05-16-2020 8:46 pm |
| Clinician Name | Jeanne Kever |
| Requested by Patient? | No |
| Subjective | 05-16-2020 8:46 pm - Kever, Jeanne : V/S Q shift PM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Kever, Jeanne |
| Notes Regarding Note Off | [blank] |

| | |
|---|---|
| Call Date | 05-17-2020 8:05 pm |
| Clinician Name | Jeanne Kever |
| Requested by Patient? | No |
| Subjective | 05-17-2020 8:05 pm - Kever, Jeanne : V/S Q shift PM |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Kever, Jeanne |
| Notes Regarding Note Off | [blank] |

| | |
|---|---|
| Call Date | 05-18-2020 1:11 pm |
| Clinician Name | Regina Ward, NP |
| Requested by Patient? | No |
| Subjective | 05-18-2020 11:58 am - Jordan, Hannah : follow up after hunger strike. pt states that he has jaw pain from previously broken jaw, back pain that he feels is related to hunger strike, and a chipped tooth that he would like to have addressed. |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Jordan, Hannah |
| Notes Regarding Note Off | [blank] |

| | |
|---|---|
| Call Date | 05-18-2020 11:13 pm |
| Clinician Name | Sarah Rose |
| Requested by Patient? | No |
| Subjective | 05-18-2020 11:13 pm - Rose, Sarah : Dipstick UA |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Rose, Sarah |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-29-2020 8:38 am |
|---|---|
| Clinician Name | Juanetta L Morgan |
| Requested by Patient? | No |
| Subjective | 05-29-2020 8:38 am - Morgan, Juanetta : Vital Signs Qday per Regina Ward FNP-C |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Morgan, Juanetta |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-30-2020 10:08 am |
|---|---|
| Clinician Name | Juanetta L Morgan |
| Requested by Patient? | No |
| Subjective | 05-30-2020 10:08 am - Morgan, Juanetta : Vital Signs Qday per Regina Ward FNP-C |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Morgan, Juanetta |
| Notes Regarding Note Off | [blank] |

| Call Date | 05-31-2020 9:27 am |
|---|---|
| Clinician Name | Juanetta L Morgan |
| Requested by Patient? | No |
| Subjective | 05-31-2020 9:27 am - Morgan, Juanetta : Vital Signs Qday per Regina Ward FNP-C |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Morgan, Juanetta |
| Notes Regarding Note Off | [blank] |

| Call Date | 06-01-2020 6:39 am |
|---|---|
| Clinician Name | Amber Godbolt |
| Requested by Patient? | No |
| Subjective | 06-01-2020 6:39 am - Godbolt, Amber : Vital Signs Qday per Regina Ward FNP-C |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Godbolt, Amber |
| Notes Regarding Note Off | [blank] |

| Call Date | 06-01-2020 10:40 am |
|---|---|
| Clinician Name | Regina Ward, NP |

| Requested by Patient? | Yes |
|---|---|
| Subjective | 06-01-2020 10:06 am - Jordan, Hannah · SICK CALL REQUESTING TO " SEE IF I STILL HAVE WATER IN MY LUNGS" |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | Jordan, Hannah |
| Notes Regarding Note Off | Pt. seen by R. Ward, NP. No new orders. |

## Dental Sick Calls

(No Records)

## Mental Health Sick Calls

(No Records)

## Alerts

| Alert | Created By | Create Date | Removed By | Remove Date |
|---|---|---|---|---|
| Medical Isolation | Jordan, Hannah | 05-10-2020 8:01 am | Jordan, Hannah | 05-14-2020 8:46 am |
| Hunger Strike | Jordan, Hannah | 05-10-2020 8:01 am | Jordan, Hannah | 05-14-2020 6:43 am |
| Bottom Bunk | Jordan, Hannah | 05-22-2020 8:46 am | System, CorEMR | 05-28-2020 12:00 am |
| Lower Tier | Jordan, Hannah | 05-22-2020 8:46 am | System, CorEMR | 05-28-2020 12:00 am |

## Lab Results

(No Records)

## Radiology Results

(No Records)

## Smoking Notes

(No Records)

## WAKULLA COUNTY DETENTION FACILITY
## INMATE REQUEST FORM

INMATE'S NAME _SEBASTIAN RADETIC_          DATE: _5.19.2020_

INMATE'S ID#_20001332 1076_     CELLBLOCK: _A3_     CELL NUMBER: _12_

| REQUEST TO: | | | | |
|---|---|---|---|---|
| | Shift Supervisor | | Medical Department | X |
| | Classification | | Programs Officer | |
| | Maintenance | | Jail Supervisor | |
| | Chief Correctional Officer | | Commissary | |
| | Sheriff | | Other | |

INMATE'S REQUEST:

I NEED MY MEDICAL RECORDS FROM THIS
FACILITY THANK YOU AND HAVE A NICE DAY.

REPLY TO REQUEST:

RESPONDING OFFICER'S SIGNATURE:                    DATE:

FILE B

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# DETAINEE RIGHTS AT THE INSTITUTION DISCIPLINARY PANEL HEARING(IDP)

### Detainee Rights at The Institution Disciplinary Panel Hearing (IDP)

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.

2. The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3. The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6. The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

**I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.**

Signed: _____   A-Number: 209-214-450   Date: 04/08/20

Notice of Rights given to the detainee by   LT-CURTIS _____   04/08/20   (INVESTIGATION)
Staff Member & Date

---

**Refusal to Sign**

I have personally advised _____ of the rights afforded detainees at the Institution Disciplinary Panel hearing.
The detainee refused to sign the acknowledgment.

Staff member and date: _____

---

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24 hour notice prior to before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing.

Detainee Signature, Date and Time: _____

ICE Form I-892 (09/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# DETAINEE RIGHTS AT THE INSTITUTION DISCIPLINARY PANEL HEARING(IDP)

### Detainee Rights at The Institution Disciplinary Panel Hearing (IDP)

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1.  The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.

2.  The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3.  The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4.  The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5.  The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6.  The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7.  The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

**I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.**

Signed: _____ A-Number: _209-214-450_ Date: _4/9/20_

Notice of Rights given to the detainee by _____ _Betts_ _4/9/20_ _UDC_
Staff Member & Date

---

**Refusal to Sign**

I have personally advised _____ of the rights afforded detainees at the Institution Disciplinary Panel hearing. The detainee refused to sign the acknowledgment.

Staff member and date: _____

---

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24 hour notice prior to before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing.

Detainee Signature, Date and Time: _____



ICE Form I-892 (09/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## UNIT DISCIPLINARY COMMITTEE REPORT OF FINDINGS & ACTIONS

Radetic, Sebastian
_____
Name of Detainee

209-214-450
_____
A-Number

04/07/2020
_____
Date of Incident

Place of Incident: Building 11        Prohibited Act(s) Code: 398,399

Committee Action: Comments to Committee from Detainee Regarding the above Incident: Detainee Radetic, Sebastian admitted to interfering with staff.

It Is the Finding of the Unite Disciplinary Committee that:

1. You Committed the Prohibited Act as Charged: Code(s) 398,399
2. You Committed the Following Prohibited Act: Code(s) _____
3. You Did Not Commit a Prohibited Act as Charged: _____

Committee Findings Are Based on the Following Information: The Unit Disciplinary Committee finds Radetic, Sebastian guilty of the prohibited act as charged based on the detainees own admission. Detainee was advised he should not interfere with staff duties.

Committee Action:

[X] Waives IDP Hearing and Accepts the UDCs Sanction: Radetic, Sebastian
                                                        Name of Detainee

[ ] Refer to IDP                    Date & Time: N/A / TBA
[ ] Loss of Privileges      [ ] Loss of job          [ ] Quarter Changes
[ ] Restrict to Dorm        [ ] Remove from Program   [X] Reprimand
[ ] Warning                 [ ] Confiscate Contraband [ ] Impound Personal Property

Comments: Detainee Radetic, Sebastian was advised of his rights in English,language he understands. Detainee Radetic, Sebastian received his copy of the detainee rights and the Unit Disciplinary Committee Report of Findings and Actions (ICE Form I-891). The detainee received a reprimand and remains in Medical Housing Unit.

UDC Chairpersons Signature: _____

UDC Member's Signature: _____

UDC Time and Date: 1627 / 04/09/2020

ICE Form I-891 (09/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement  Incident Report # KRO-20-151 (J)

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Radetic, Sebastian                     A-Number: 209-214-450

Nationality: Croatian                                 Date & Time of Incident: 04/07/20 1900

Incident Location: Bldg. 11 Day Room                  Work Assignment: N/A

Classification Level: Medium Low                      Quarters: Bldg. 11 A - Bed 28

**PROHIBITED ACTS:**

| | |
|---|---|
| 1. Interfering with staff in the | Code: 398 |
| 2. performance of their duties | Code: /// |
| 3. Conduct which disrupts the | Code: 399 |
| 4. orderly operation of facility | Code: /// |

Description of Incident: On Wednesday, April 8th, 2020 at approximately 1000 hours, a video review was conducted regarding the incident that occurred in Building 11. In the video at approximately 1900 hours, Detainee Radetic, Sebastian A209-214-450 Croatia was viewed interfering with Captain Maszak in the attempt to apprehend Detainee Jossaint, Frerot AXXX-XXX-403 Haiti due to his actions in Building 11. Detainee Radetic was viewed blocking the path of Captain Maszak and responding staff. Video showed Detainee Radetic not using force or aggression, but would not allow staff to get past him. Detainee Radetic eventually complied and exited the area.

Staff Witnesses? ☒ Yes ☐ No

Supporting Memoranda ☒ Yes ☐ No ☐ N/A

Evidence Attached? ☐ Yes ☐ No ☒ N/A

T. Licht - Captain                    04/08/20 1110
Name of Reporting Officer             Date & Time                         Signature

Reviewed for accuracy prior to investigation by: _____          04/08/20 @ 1125
                                                                          Date & Time

Copy was served to Detainee RADETIC, SEBASTIAN   Supervisor by: LT. OATIS   Date & Time 04/08/20 1625

Incident Recorded on D.C.S? ☐ Yes ☐ No

Level change from _____ To _____

Classification Level Change? ☐ Yes ☐ No

ICE Form I-884 (09/09)

FILE C

**U.S. Department of Homeland Security**                                    **Notice of Action—Voluntary Departure**

To: (Enter full name and mailing address alien)
SEBASTIAN RADETIC

710 Washington Ave Apt 301 Miami Beach FLORIDA, 33139

Please refer to this file number:

File: 209 214 450
Event No: MIA1908000844
Date: _____

Please note:  The blocks checked below relate to action taken in your case.

☐ You have violated the terms of your admission as a nonimmigrant. Consequently, the permission previously granted you to remain in the United States is rescinded. You are required to depart from the United States at your own expense on or before _____ .

☐ In accordance with a decision made in your case, you are required to depart from the United States at your own expense on or before _____ .

☒ Your request for an extension of time in which to depart from the United States has been _____**GRANTED**_____ .    You are required to depart on or before 2020-06-27 .
                                                                                        (Granted/Denied)

☐ The amount of time that you have been granted to depart voluntarily is the maximum allowable under the law in your situation. You are, therefore, prohibited from applying for or being granted any further voluntary departure.

☐ Your request for voluntary departure has been denied since you were previously granted voluntary departure and failed to depart.

☐ You are ineligible for voluntary departure because you were previously permitted to depart voluntarily after you were found Inadmissible as an alien who was present without having been admitted or paroled.

☐ You must notify this office on or before _____ of the arrangements you have made to effect your departure, including the date, place and manner.  Use the enclosed self-addressed card to notify the Department regarding departure arrangements.  Postage is not required.  At the time of your departure, you must surrender Form I-94, ARRIVAL-DEPARTURE RECORD, in accordance with instructions on that form.

NOTICE:  Failure to depart on or before the specified date may result in the withdrawal of voluntary departure and action being taken to effect your removal.  Failure to depart on or before the specified date may also subject you to a possible civil penalty of not less than $1,000 and not more than $5,000, and render you ineligible for a period of 10 years for any further authorization for voluntary departure or for relief under sections 240A, 245, 248, and 249 of the Immigration and Nationality Act.

If there is a bond outstanding in your case, you are warned that, to expedite cancellation of the bond and return of the collateral posted, you must make advance arrangements with this office to have your departure witnessed by an officer of this Service.

Sincerely,

| FOR DEPARTMENT OF HOMELAND SECURITY USE ONLY | | | |
|---|---|---|---|
| Departed:  Port _____ | Date _____ | ☐ I-94 stamped | ☐ I-530 submitted |
| To _____ | Via _____ | ☐ DACS Updated | |

Form I-210 (Rev. 08/01/07)

FILE D

**E-ticket**



Kiwi.com booking number: 115977972
**Reservation number (PNR):** UJH4X3
**E-ticket number:** 1057521302693

| | | |
|---|---|---|
| **Flight information** | Miami - Miami International **MIA** | 2020 Jun 16  16:50 Local time |
| | Madrid - Adolfo Suárez Madrid–Barajas **MAD** | 2020 Jun 17  07:45 Local time |
| | *Flight no: AY5646   Airline: Finnair* | Economy |
| | *Operating airline: Iberia Airlines* | |

| | | |
|---|---|---|
| **Passengers** | Sebastian Radetic | PNR: UJH4X3 |
| | | E-ticket number: 1057521302693 |
| | *Check in at the airport for free* | |
| | 1× Checked baggage | 78 × 52 × 28 cm — 23 kg |
| | 1× Cabin baggage | 56 × 45 × 25 cm — 10 kg |
| | 1× Personal item | 40 × 30 × 15 cm — 3 kg |

*It is usually much cheaper to order checked baggage with us in advance than to pay for it at the airport.*

**Check-in**
**Check in at the airport for free**
The airline is not offering online check-in for this route. Look for the airline check-in counter or kiosk at the airport.

**E-ticket notice**
All services provided by Finnair are subject to their Terms and Conditions. More information is available on their website.

**Credit card used to purchase the trip**
This is a copy of the company credit card used to purchase your trip: some carriers may require it for verification. Print your e-ticket and carry it with you on your trip.





Flight 1/1

Miami **MIA** → Madrid **MAD**

**ASSISTANCE**
redefining /
In cooperation with
Kiwi.com

Insurance confirmation

Insurance Number: **SKY0027277327**

# Proof of travel insurance

## Insurance policy number
This group contract is made for an indefinite period.

Understood as the insurer is INTER PARTNER ASSISTANCE, S.A., a member of the AXA group, with its Registered Office at Avenue Louise 166, 1050, Brussels, Belgium, registered in the Commercial Register administered by the Greffe de Tribunal de commerce de Bruxelles under the registration number 0415591055, acting by means of the INTER PARTNER ASSISTANCE, branch office, with registered office at Hvězdova 1689/2a, 140 62, Prague 4, Czech Republic, Identification No. (IC): 28225619, registered in the Commercial Register administered by the Municipal Court in Prague under the file reference Section A, entry 59647.

## Policyholder
Kiwi.com s.r.o., with Registered Office at Palachovo náměstí 797/4, Starý Lískovec, Brno, 625 00, Czech Republic, Identification No. (IC): 293 52 886, registered in the Commercial Register administered by the Municipal Court in Prague under the file reference Section C, entry 125031

## Insured person

| Surname, name | Radetic, Sebastian | | Date of birth | 24/10/1976 |

## Information concerning the insurance

| Insurance scheme | Travel Basic | Beginning | 16/06/2020 | Flight ticket price | 876.38 € |
| Territorial scope | Worldwide | End | 30/06/2020 | Total insurance premium | 50.45 € |

## Insurance indemnification limit for travel cancellation

Up to the value of the flight and subsequent services paid for, but no more than 2 000 €, with 20% participation.

## Insured person's statement

This insurance is governed in particular by Act No. 89/2012 Coll., the Civil Code, as amended; by other relevant legislation, the insurance Contract and provisions of the Kiwi.com General Insurance Terms and Conditions for Travel Insurance dated 9 May 2016 and the Kiwi.com General Insurance Terms and Conditions for Cancelling Travel dated 9 May 2016. By taking out the insurance, the Insured Party represents that they have obtained the Insurance Conditions and that they have been acquainted with their content, and they also consent to processing their personal information pursuant to Act No. 101/2000 Coll. on personal information protection, as amended, to the extend specified in the Insurance Conditions. By taking out the insurance, the insured Party further represents that they have been acquainted with information for persons and entities interested in insurance pursuant to Section 2760 of Act No. 89/2012 Coll., the Civil Code, as amended. This information is contained in the Kiwi.com General Conditions dated 9 May 2016 and the Kiwi.com Cancellation Conditions dated 9 May 2016. This proof of travel insurance also constitutes an insurance policy within the meaning of Section 2775 of Act No. 89/2012 Coll., the Civil Code.

| The insurance is conluded | Date | 02/06/2020 | At | 17:43 | a more in |

Signature or stamp of the policyholder



Agreed electronically



**ASSISTANCE**
redefining /

KIWI · COM

Insurance number: **SKY0027277327**
Surname, name **Radetic, Sebastian**
Date of birth **24/10/1976**
Type of insurance **Travel Basic**  Cancellation insurance **Yes**
Insurance validity (from-to) **16/06/2020 – 30/06/2020**

+44 1737 334 223
(national assistance agents are available 24/7)

### How to make a claim
Call the assistance line. The operator will ask for the following information:

- Insurance number.
- Name, surname and date of birth of the person affected by the incident.
- Type of insurance purchased.
- Travel cancellation insurance.
- Telephone number that you can be called back on.
- A brief description of the issue.

info@a-assistance.eu





**ASSISTANCE**
redefining /

In cooperation with
Kiwi.com

Insurance confirmation

# Kiwi.com
**Overview of insurance indemnification**

| Type of coverage | Insurance coverage | Travel Basic | Travel Plus |
|---|---|---|---|
| | | **Insurance indemnification limit** | |
| Medical expenses | Total limit | 60 000 € | 100 000 € |
| | - Repatriation and medical transports | real costs up to the total limit | |
| | - Dental treatment | 200 € | 320 € |
| Personal accident | Accidental death | – | 7 000 € |
| | Permanent effects | – | 14 000 € |
| Travel personal liability | Personal liability – health | – | 30 000 € |
| | Personal liability – property | – | 15 000 € |
| | Deductible | – | 100 € |
| Baggage | Total limit | – | 800 € |
| | Limit per item | – | 360 € |
| | Loss of personal documents | 200 € | 200 € |
| Assistance services | Tourist information | Yes | |
| | Medical information | Yes | |
| | Telephone help | Yes | |
| | Translations | Yes | |
| Baggage delay | Baggage delay | – | 100 € |
| Flight delay | Flight delay and cancellation | – | 20 € per hour, max. 100 € |
| Missed flight | Missed flight | | 100 € |
| Trip cancellation | Cancellation of flight ticket and subsequent services – total limit | up to the paid value of the flight and subsequent services paid for, but no more than 2 000 € | |
| | Deductible for flight cancellation causes referred to in the General Conditions | 10 % | |
| | Deductible for flightdownstream service cancellation causes referred to in the General Conditions | 20 % | |

KIWI·COM

# eDreams

**Sales invoice**

| Invoice number | 2020-EDLC000022202 |
|---|---|
| Date of transaction | 6/3/2020 |
| Date of issue | 6/3/2020 |

RADETIC SEBASTIAN

1416 SW 6th Ave
Fort Lauderdale FL,
33315
United States

**Note**

**Tax Registration number**

| Description | Amount |
|---|---|
| Mediation service of the following travel service | |
| BSP flights (1) | 224.38 |
|    PNR Ticket: KE875O (6603340210) | |
|    Passenger: Radetic Sebastian | |
|    Itinerary: MAD – DBV | |
|    Issued date: 03/06/2020 | |
| | |
| Mediation Fee | 7.78 |

| VAT | VAT % | Taxable amount | Tax | Total |
|---|---|---|---|---|
| NOVAT | 0 | 7.78 | 0.00 | 7.78 |

| **Total intermediation fees invoiced by eDreams LLC** | **USD 7.78** | **USD 0.00** | **USD 7.78** |
|---|---|---|---|

| | Total amount | **USD 232.16** |
|---|---|---|

As eDreams LLC acts as a disclosed agent, the price of the travel service is shown only for informative purposes. For more details, please see our Help Centre.

(1). Amount collected by eDreams LLC and passed-on to the travel supplier
(2). Amount paid directly to the travel supplier

eDreams LLC

Tax address: 160 Greentree Drive Suite 101 (City of Dover) Delaware - 19801 Delaware - United States

Tax Registration number 27-0833859

## Checked baggage

### Madrid to Dubrovnik

Sebastian Radetic          1 bag (20 kg)

Add a bag

## Seat selection

### Madrid to Istanbul

Sebastian Radetic          No seat selected

Choose your seat

### Istanbul to Dubrovnik

Sebastian Radetic          No seat selected

Choose your seat

## Additional information

## Insurance for your travel

## Madrid to Dubrovnik

Turkish Airlines TK 1860

Airline reference **KE8750**

**18:20 Wed, 17 Jun** Madrid (Spain), Adolfo Suárez Madrid - Barajas (MAD) , Terminal 1

Duration: 4 hours 10 min

**23:30 Wed, 17 Jun** Istanbul (Turkey), Istanbul Airport (IST)

Aircraft type: 330 - Class: Economy

**Connection: Change plane**
Transfer duration: 7 hours 20 min. Check with airline for boarding time and gate.

Turkish Airlines TK 437

Airline reference **KE8750**

**06:50 Thu, 18 Jun** Istanbul (Turkey), Istanbul Airport (IST)

Duration: 2 hours 00 min

**07:50 Thu, 18 Jun** Dubrovnik (Croatia), Dubrovnik (DBV)

Aircraft type: 320 - Class: Economy

## Sebastian Radetic

Age:                              Adult

You forwarded this message on Wed 6/3/2020 3:04 PM

no-reply@mailer.edreams.com
Wed 6/3/2020 2:09 PM

To:

• You



eDreams booking reference: 6603340210



**Booking confirmed**

Wed, 17 Jun

**Madrid** ➡ **Dubrovnik**

Confirmed

# What's the plan?

 **Departure**                                13 hours 30 min

**Your booking is confirmed! (reference: 6603340210)**

⍰

# Flight to Istanbul

Turkish Airlines TK 1860Confirmation code: KE875OSebastian Radetic
Wed 6/17/2020 6:20 PM (4 hrs 10 min)

# MAD

⍰

# IST

6:20 PM
Wed 6/17/2020
Madrid

|  | 11:30 PM |
|---|---|
|  | Wed 6/17/2020 |
|  | Istanbul |

⍰View event⍰

# Flight to Dubrovnik

Turkish Airlines TK 437Confirmation code: KE875OSebastian Radetic
Thu 6/18/2020 6:50 AM (2 hrs)

# IST

⍰

# DBV

6:50 AM
Thu 6/18/2020
Istanbul

|  | 7:50 AM |
|---|---|
|  | Thu 6/18/2020 |
|  | Dubrovnik |

⍰View event⍰

Tell Outlook what you think about this feature.
**Useful**

|

**Not useful**

Michael J. Serpico
Wed 6/3/2020 3:04 PM
Mr. Decker, Attached is Sebastian Radetic's itinerary from Madrid to Dubrovnik. Please contact me if you need anything further. Thank you for your time and consideration in this matter. Respectfully, Michael J. Serpico, M.S.

⍰

## Fw: Sebastian Radetic #209214450 Inquiry for Voluntary Departure

Michael J. Serpico <mserpico305@hotmail.com>
Thu 7/23/2020 1:21 PM
To: christina.martyak@usdoj.gov <christina.martyak@usdoj.gov>

Respectfully,

Michael J. Serpico, M.S.

**From:** Michael J. Serpico <mserpico305@hotmail.com>
**Sent:** Tuesday, June 23, 2020 5:42 PM
**To:** Martin, Aldo <aldo.martin@ice.dhs.gov>
**Subject:** Re: Sebastian Radetic #209214450 Inquiry for Voluntary Departure

Officer Martin,

I am inquiring as to the status of Sebastian Radetic's case. I would like to purchase a ticket for him for June 30th, from Miami to Istanbul, with a layover in Zurich. I cannot find out if Istanbul or Zurich is allowing non-citizens into the country during this time. Please inquire with the appropriate channels, I do not want the same thing to happen as it did with the previous flight. Please let me know his status, his family sent me money to purchase a ticket. Thank you for your time and consideration in this matter.

Respectfully,

Michael J. Serpico, M.S.

**From:** Michael J. Serpico <mserpico305@hotmail.com>
**Sent:** Thursday, June 18, 2020 5:17 PM
**To:** Martin, Aldo <aldo.martin@ice.dhs.gov>
**Subject:** Re: Sebastian Radetic #209214450 Inquiry for Voluntary Departure

Officer Martin,

Thank you for the prompt reply, please keep me posted tomorrow as to how to move forward. Thanks again.

Respectfully,

Michael J. Serpico, M.S.

**From:** Martin, Aldo <Aldo.Martin@ice.dhs.gov>
**Sent:** Thursday, June 18, 2020 5:16 PM
**To:** Michael J. Serpico <mserpico305@hotmail.com>
**Cc:** Decker, Thomas <Thomas.Decker@ice.dhs.gov>; Molina, Andre <Andre.Molina@ice.dhs.gov>
**Subject:** RE: Sebastian Radetic #209214450 Inquiry for Voluntary Departure

Good afternoon,

Your friends case is being moved permanently down here to Miami. There is no longer a need to email Mr. Decker, you can contact officer Molina and I from now on. We have to review if it's even possible to extend his voluntary departure pass 27th or 28th of this month. There is no use in you buying a ticket at this moment if it's not going to be a voluntary departure. We can buy the tickets our selfs at that point. We will be reviewing the case tomorrow once more to see what we can do. Even if he can get a flight by the 28th of this month It would also still be his responsibility to send a $32 money order to the Consulete to acquiring new travel document And another $28 for overnight shipping of the travel document.

Aldo Martin

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Michael J. Serpico <mserpico305@hotmail.com>
**Date:** Thursday, Jun 18, 2020, 4:49 PM
**To:** Martin, Aldo <Aldo.Martin@ice.dhs.gov>
**Cc:** Decker, Thomas B <Thomas.B.Decker@ice.dhs.gov>
**Subject:** Sebastian Radetic #209214450 Inquiry for Voluntary Departure

---

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

---

Officer Martin,

I am inquiring as to the status on Sebastian Radetic returning to Croatia. Please let me know if he can fly through Istanbul from Miami, I will book the ticket immediately and forward the itinerary to you as soon as I receive confirmation from you.

Thank you for your time and consideration in this matter.

Respectfully,

Michael J. Serpico, M.S.

FILE E

Honorable Judge Marcia G. Cooke
Wilkie D. Ferguson Jr. United States Court House
400 N. Miami Ave. Room 11-2
Miami, FL. 33128
August 3, 2020

Dear Judge Cook,

My name is Sebastian Radetic A-209 214 450, I am currently detained at Glade County Detention Center in Moore Haven, Florida. I was transferred from KROME Detention Center on June 29, 2020. Prior to my transfer I was ask to sign a paper saying I was tested for COVID-19, I then asked the AGS detention officer how can I sign something when I was not tested for COVID-19, then the AGS (Akima Global Services L.L.C.) officer told me just sign the paper and you will be tested before you transfer. I then signed the paper that says I was tested for COVID-19, because I saw them taking away another detainee that refused to sign and putting him in different holding cell, and because I was scared. When I was here for the first time at Glades County Detention Center, around April 29th or 30th, between twelve and fifteen detainees where pepper sprayed with maze, because they didn't want to get in the bus to be transferred to Bakers County Detention Center in Jacksonville, during the peak of the COVID-19 pandemic.

That shows how ICE treats detainees. I know that for fact because detainees from B dorm where I was housed, where at medical for sick call, when officers from Glades County Detention Center came running to wash their eyes from maze. The detainees that got pepper sprayed did not get any medical attention or opportunity to clean their eyes and face, and they were driven in that condition all the way to Bakers County Detention Center in Jacksonville. After I signed the paper that stated I was tested for COVID-19, I was taken to the bus and transferred to the Glades County Detention Center. Upon arrival Glades County Detention Center we were never tested for COVID-19 we were put to the general population with no quarantine.

ICE forced me and other detainee's sign that we are tested for COVID-19 prior to the transfer to another facility, because of the CDC guidelines and ICE own Pandemic Response Requirement they implement on April 10, 2020. ICE refusal to following their PRR shows how ICE totally disrespect the detainees and treat them in an uncivilized manner. A manner in which no living or breathing person should be treated.

Yours Respectfully

Sebastian Radetic

State of FLORIDA
County of GLADES
Subscribed and sworn to (or affirmed) before me this
4 day of AUGUST 2020
By SEBASTIAN RADETIC
Personally known _____ OR produced identification GC5920MMIO01629
Type Identification produced GLADES COUNTY DETENTION CENTER
_____
Notary Public

CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters

Honorable Judge Marcia G. Cooke
Wilkie D. Ferguson Jr. United States Court House
400 N. Miami Ave. Room 11-2
Miami, FL. 33128
August 3, 2020


Dear Judge Cook,

My name is Juan Garcia Torres, I am currently being detained at Glade County Detention Center in Moore Haven, Florida. I was transferred from KROME Detention Center on June 10, 2020. Prior to my transfer I was ask to sign a paper saying I was tested for Covid-19, refusing to agree on that. Prudence I did on have tested. I was put in a secutive holding cell for more to three days without food and water. This is ICE way of intimidating detainees to sign thing that we never provided to us. I also put refuse on the transfer paper (which I enclosed a copy of), because I have not been tested for COVID-19. Now I am being transferred to a facility that has 141 COVID-19 cases and one dead. This shows ICE has a total disregard for our safety as detainees, and more importantly as human beings. This behavior should not be accepted or tolerated.



Yours Respectfully



Juan Garcia Torres

CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters

State of _____
County of _____
Subscribed and sworn to (or affirmed) before me this
_____ day of _August_ 2020
BY _JUAN GARCIA TORRES_
Personally known _____ OR produced identification _C250A0MN;002009_
Type identification produced _GLADES COUNTY DETENTION CENTER_

_____ Notary Public

Krome Service Processing Center

Resident Account Summary
Tuesday, June 16, 2020   @20:10

For ALIEN #: 209214450    RADETIC, SEBASTIAN

| Date | Transaction | Description | Amount | Balance | Owed | Held | Refer |
|------|-------------|-------------|--------|---------|------|------|-------|
| 06/16/2020 | KIOSK CASH | BOOKING KIOSK CASH DEPOSI | 251.00 | 251.00 | 0.00 | 0.00 | 06/16/ |
| 06/16/2020 | ZERO BOOKIN | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | 06/16/ |
| 06/15/2020 | WDRAWAL CAS | RELEASE OR CLOSEOUT TRANS | -251.04 | 0.00 | 0.00 | 0.00 | 06/15/ |
| 06/15/2020 | SECUREDEPOS | 44282119 Serpico Michael | 0.00 | 251.04 | 0.00 | 0.00 | 06/16/ |
| 06/15/2020 | DEPOSIT CHE | WAKULLA/ 20300/ 4844512 | 200.00 | 251.04 | 0.00 | 0.00 | 06/15/ |
| 06/12/2020 | ZERO BOOKIN | INITIAL DEPOSIT - REINSTA | 51.04 | 51.04 | 0.00 | 0.00 | 06/15/ |
| 04/22/2020 | WDRAWAL CHE | RELEASE GLADES A#20921445 | 0.00 | 0.00 | 0.00 | 0.00 | 06/15/ |
| 04/22/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -19.22 | 0.00 | 0.00 | 0.00 | 06/12/2 |
| 04/07/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -10.00 | 19.22 | 0.00 | 0.00 | 04/22/2 |
| 04/06/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 29.22 | 0.00 | 0.00 | 04/22/2 |
| 04/05/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.86 | 29.48 | 0.00 | 0.00 | 04/07/2 |
| 04/02/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 30.34 | 0.00 | 0.00 | 04/06/2 |
| 03/26/2020 | EPR | OID:100597721-ComisaryPur | -0.52 | 30.69 | 0.00 | 0.00 | 04/05/2 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -5.25 | 31.21 | 0.00 | 0.00 | 04/02/2 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 36.46 | 0.00 | 0.00 | 03/26/2 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.78 | 36.72 | 0.00 | 0.00 | 03/24/2 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 37.50 | 0.00 | 0.00 | 03/24/2 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -1.64 | 37.85 | 0.00 | 0.00 | 03/24/2 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -2.30 | 39.49 | 0.00 | 0.00 | 03/24/2 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 40.79 | 0.00 | 0.00 | 03/23/2 |
| 03/22/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.61 | 40.96 | 0.00 | 0.00 | 03/23/202 |
| 03/20/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 41.57 | 0.00 | 0.00 | 03/23/202 |
| 03/20/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.43 | 41.74 | 0.00 | 0.00 | 03/22/202 |
| 03/19/2020 | EPR | | -1.38 | 42.17 | 0.00 | 0.00 | 03/20/202 |
| 03/18/2020 | EPR | OID:100595830-ComisaryPur | -0.17 | 43.55 | 0.00 | 0.00 | 03/20/202 |
| 03/16/2020 | PHONE PURCH. | OID:100595531-ComisaryPur | -5.25 | 43.72 | 0.00 | 0.00 | 03/19/202 |
| 03/15/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -1.75 | 48.97 | 0.00 | 0.00 | 03/18/202 |
| 03/15/2020 | EPR | PHONE TIME PURCHASE | -0.17 | 50.72 | 0.00 | 0.00 | 03/16/202 |
| 03/15/2020 | EPR | OID:100594414-ComisaryPur | -5.00 | 50.89 | 0.00 | 0.00 | 03/16/202 |
| 03/13/2020 | EPR | OID:100594413-ComisaryPur | -1.75 | 55.89 | 0.00 | 0.00 | 03/15/202 |
| 03/07/2020 | EPR | OID:100593578-ComisaryPur | -5.25 | 57.64 | 0.00 | 0.00 | 03/15/202 |
| 03/07/2020 | EPR | OID:100591867-ComisaryPur | -6.90 | 62.89 | 0.00 | 0.00 | 03/13/202 |
| 03/06/2020 | EPR | OID:100591862-ComisaryPur | -1.75 | 69.79 | 0.00 | 0.00 | 03/07/2020 |
| 03/06/2020 | PHONE PURCH. | OID:100591375-ComisaryPur | -3.50 | 71.54 | 0.00 | 0.00 | 03/07/2020 |
| 03/05/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -5.15 | 75.04 | 0.00 | 0.00 | 03/07/2020 |
| 03/04/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -10.00 | 80.19 | 0.00 | 0.00 | 03/06/2020 |
| 03/03/2020 | DEPOSIT CHE | 4948354/107306/MONROE | -5.00 | 90.19 | 0.00 | 0.00 | 03/05/2020 |
| 03/02/2020 | ZERO BOOKIN | INITIAL DEPOSIT | -5.00 | 95.19 | 0.00 | 0.00 | 03/04/2020 |
| | | | 100.19 | 100.19 | 0.00 | 0.00 | 03/03/2020 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 03/02/2020 |



**U.S. Immigration
and Customs
Enforcement**

## DETAINEE TRANSFER NOTIFICATION

*This Form To Be Completed And Given To The Detainee*

DETAINEE NAME:   RADETIC, SEBASTIAN

A#   A 209 214 450

NATIONALITY:   CROAT

### TRANSFER INFORMATION

NAME OF NEW FACILITY:   GLD - GLADES CORRECTION INSTITUTION (GLD)

ADDRESS OF NEW FACILITY:   1297 EAST STATE RORD 78 NW
MOOREHAVEN,FL 33471

TELEPHONE NUMBER
OF NEW FACILITY:   863-946-1600

I hereby acknowledge that I have received the transfer information.  I have also been notified that it is my responsibility to notify family members or others, if I so desire.

Detainee Signature:

A#   A 209 214 450   Date:   04/22/20

Officer Signature:

Date:   04/22/20

KRO/05-38.1
Detainee Transfer

*Revised September 13, 2004*



**U.S. Immigration and Customs Enforcement**

## DETAINEE TRANSFER NOTIFICATION

*This Form To Be Completed and Given To The Detainee*

DETAINEE NAME: _____ RADETIC SEBASTIAN ___ A# ___ A209214450 ___

NATIONALITY: _____ CROAT _____

### TRANSFER INFORMATION

NAME OF NEW FACILITY: _____ Krome Service Processing Center _____

ADDRESS OF NEW FACILITY: 18201 SW 12th St
Miami, FL 33194

TELEPHONE NUMBER
OF NEW FACILITY: _____ 305-207-2001 _____

I hereby acknowledge that I have received the transfer information. I have also been notified that it is my responsibility to notify family members or others, if so desire.

Detainee Signature: _____ A#: ___ A209214450 ___ Date: ___ 6/12/2020 ___

Officer Signature: _____ A.BUXMAN _____ Date: ___ 6/12/2020 ___

Revised September 13, 2004


**U.S. Immigration
and Customs
Enforcement**

## DETAINEE TRANSFER NOTIFICATION

*This Form To Be Completed And Given To The Detainee*

DETAINEE NAME:   RADETIC, SEBASTIAN                                   A#   A 209 214 450

NATIONALITY:   CROAT

### TRANSFER INFORMATION

NAME OF NEW FACILITY:   GLD - GLADES CORRECTION INSTITUTION (GLD)

ADDRESS OF NEW FACILITY:   1297 EAST STATE RORD 78 NW
MOOREHAVEN,FL 33471

TELEPHONE NUMBER
OF NEW FACILITY:   863-946-1600

I hereby acknowledge that I have received the transfer information.  I have also been notified that it is my responsibility
to notify family members or others, if I so desire.

Detainee Signature: _____   A#   A 209 214 450   Date: 06/29/20

Officer Signature: _____                      Date: 06/29/20

KRO/05-38.1
Detainee Transfer

*Revised September 13, 2004*

# WAKULLA COUNTY JAIL

## FORUM INFORMATION

### REQUEST INFO

| | | | |
|---|---|---|---|
| Title | Commissary/Mail Questions | Created By | RADETIC SEBASTIAN |
| Inmate Resident ID | 20001332 | Created On | 06/07/2020 5:47PM |
| POD Code | 43 | | |

[ Change To ]

| Request | Posted By | Sent Date Time |
|---|---|---|
| Yes. I'll send them down with the mail today. | Capper Susan | 06/08/2020 9:40AM |
| CAN I PLEASE GET 3 LEGAL MAIL ENVELOPES PLEASE THANK YOU. | RADETIC SEBASTIAN | 06/07/2020 5:47 PM |

 

# WAKULLA CO SHERIFF OFFICE
# RADETIC, SEBASTIAN
## Property Report

**Book No:WCSO20JBN000629    MNI No:WCSO20MNI001332    Cell No:**

**DOB: 10/24/19**

CASH

| | | |
|---|---|---|
| Cash: | Qty: $3.12 | CHECK |
| Received: 5/7/2020 14:53 | By: HUGHES, VICKIE J | To: Inmate Account |

PR-BAG-0052

| | | |
|---|---|---|
| Shirt(s) | Qty: 1 | GRAY |
| Received: 5/7/2020 14:53 | By: HUGHES, VICKIE J | To: PR-BAG-0052 |
| Sweat Pants | Qty: 1 | GRAY |
| Received: 5/7/2020 14:53 | By: HUGHES, VICKIE J | To: PR-BAG-0052 |
| Other | Qty: 1 | BAG CONT TIEMS |
| Received: 5/7/2020 14:53 | By: HUGHES, VICKIE J | To: PR-BAG-0052 |
| Shoes | Qty: 1 | BLACK AND WHITE |
| Received: 5/7/2020 14:53 | By: HUGHES, VICKIE J | To: PR-BAG-0052 |

_____
Inmate Signature

_____
Witness Signature

_____
Officer Signature

**From:** Hess, Nancy J. (USAFLN)
**To:** USAFLN-All Criminal AUSAs
**Subject:** Status of Correctional Facilities/Jails within the Northern District of Florida
**Date:** Tuesday, May 5, 2020 9:31:37 AM

For your situational awareness, see below the USMS's report regarding prisoner operations in the NDFL's local, state, and federal correctional facilities.

**From:** Ladner, Don (USMS) <DLadner@usms.doj.gov>
**Sent:** Tuesday, May 05, 2020 7:21 AM
**Subject:** FW: Status of Correctional Facilities/Jails within the Northern District of Florida

Good morning,

Below is an E-mail that I provided to Chief Judge Walker in regards to the status of the correction facilities in the Northern District of Florida that are used by USMS to house prisoners.

Thanks,
Don

**From:** Ladner, Don (USMS)
**Sent:** Monday, May 4, 2020 3:43 PM
**To:** Mark Walker <Mark_E_Walker@flnd.uscourts.gov>
**Subject:** Status of Correctional Facilities/Jails within the Northern District of Florida

Sir,

As requested, below is the latest information on prisoner operations and COVID 19 exposures within the county jails and corrections facilities of the Northern District of Florida:

Pensacola area:

**Santa Rosa County Jail**

- Still accepting new arrests and federal prisoners.
- Still allowing release of prisoners to appear in court and then accept them back into facility, after screening.
- Has had one jail staff member test positive, no inmates have tested positive.

**Walton County Jail**

- Accepting new arrests and federal prisoners.
- Allowing release of prisoners to appear in court and accept them back into facility, after screening.
- No staff or prisoners have tested positive for COVID 19.

### Jackson County Jail

- Will not accept any new federal prisoners.
- Will allow release of prisoners for court, but **WILL NOT** accept them back into facility once removed.
- No COVID 19 cases with staff or prisoners.

### Washington County Jail

- Will not accept any new federal prisoners.
- Will allow release of prisoner for court, but WILL NOT accept them back into facility once removed.
- No COVID 19 cases with staff or prisoners.

### Bay County Jail

- Will not accept any new federal prisoners.
- Will allow release of prisoners for court and will accept them back into facility after screening.
- No COVID 19 cases with staff or prisoners.

Gainesville area:

### Dixie County Jail

- Still accepting new federal prisoners.
- Will allow release of prisoner for court and accept them back into facility after screening.
- No COVID 19 cases among staff or prisoners.

### Levy County Jail

- Will not accept any new federal prisoners.
- Will allow release of prisoners for court, but **WILL NOT** accept them back into the facility.
- No COVID 19 cases among staff or prisoners.

### Alachua County Jail

Did not respond to inquiries. We currently do not have any prisoners housed at this location.

Tallahassee area:

### Federal Detention Center

- Will accept new federal arrests and prisoners.  Currently, the only facility in the Tallahassee area that will accept new federal prisoners.
- Will allow release of prisoners for court and will accept them back after screening.
- Has had one COVID 19 case with a staff member. No cases among prisoners.  NOTE: the Federal Correctional Institute, a separate facility, has had several reported cases.
- FDC is requiring a MANDATORY 14 day quarantine for ALL new prisoner intakes. **As a result, any inmate who fall in this category will NOT be available for any transfer or movement, court hearings, etc., for 14 days. (This will impact IA and Detention Hearings).**

**Additional Issue with FDC available bed space:**

As a result of COVID 19, JPATS is only doing air lifts of prisoners. There are no bus or other ground transports being done. The only other movements occurring at this time are necessary medical transports. This is causing a back log of prisoners being relocated to their final prison for carrying out of sentence. The USMS currently only has 47 open beds available out of our total allotment of 111 beds

**Leon County Jail**

- Will not accept any new federal prisoners.
- Will allow release of prisoner for court and accept them back into facility, after screening.
- No COVID 19 Cases reported.

**Wakulla County Jail**

- **Will not accept new** federal prisoners
- Will allow release of prisoners for court and will accept back into the facility, after screening.
- No COVID 19 cases reported.

**Taylor County Jail**

- Will not accept any new federal prisoners.
- Will allow release of prisoners for court, but **WILL NOT** accept them back into the facility.
- No COVID 19 cases reported.

**Screening Criteria for County Facilities in the Tallahassee Area:**

All facilities accepting new federal prisoners or receiving prisoners back into facility after court are requiring the following:

- Temperature checks and medical screening.
- A questionnaire answered by USMS personnel and prisoner, as to whether inmate was exposed to anyone with COVID 19.
- USMS personnel must "Vouch for custody and non-exposure" of the prisoner.

- If any question is answered contrary to facility acceptance policy or screening detects possible COVID 19 symptoms, USMS will be required to maintain custody of the prisoner and house elsewhere and/or seek medical treatment.

**Florida Department of Corrections**

- **Will NOT accept or release any prisoners.** They have suspended all movement of inmates.
- This is causing a bed space issue for FDC and USMS, as prisoners who have been taken out on a WRIT previously, are not allowed to return.
- There have been numerous COVID 19 cases reported among prisoners and staff across the state. Several of the impacted facilities are within Northern District of Florida.

Please let me know if I can be of further assistance or provide any additional information.

Sincerely,
Don

R. Don Ladner, Jr.
United States Marshal
Northern District of Florida/ United States Marshals Service
Office: 850-404-5401/ Cell: 850-251-1717

ADETIC,
EBASTIAN

oked:  05/01/2020 23:35
N:200016201024

BCSO20MNI002161



Baker County Sheriff's Office

```
=================================================================
              Resident Transaction Receipt
              Saturday, May 02, 2020  @01:39

      =================================================================

Officer ID:

Transaction #: 101738336

  Inmate#:             InmaReference:
   20002161             RADETIC, SEBASTIAN

  Description: INTAKE CK# 33827

  Block:          Tier:           Cell:
   NONE                            NONE



  Trans Type:     Transaction Date:    Amount:        Current Funds:
   DEPCK           May 02, 2020         $     9.77      $     9.77


Resident Sig  _____   Date _____



Authorized Sig  _____   Date _____




              --------------------------------------------------------------

Page 2
```

J 040658

P.O. BOX 39
MOORE HAVEN, FL 33471

Received From: Rodriguez, Sebastian

Date: 06-29-20

Amount: One hundred eighty three and 80

☐ Welfare $ _____   Inmate $ _____   ☐ Cash
☑ New Booking   $ 183.80   Check # 162167
☐ Copies of Reports   $ _____   MO#
☐ Inmate Money
☐ Other $ _____   For: New Intake   Received By: _____



DEPARTMENT OF HOMELAND SECURITY

**PROPERTY RECEIPT**

209-214-450

| Facility: Krome SPC | Date: 06/16/20 |

Name: Rodriguez, Sebastian

| Quantity | Description |
| --- | --- |
| 1 | Cellphone, Samsung |

– Above described property taken for safekeeping –

By: DHS Officer   Mr. Dox*
DHS Officer   Mr. Rodriguez

Surrendered by: _____
Name: _____

**No. 4748429**

DHS Form 589 (03/11)

**PROPERTY RECEIPT**

Facility: KROME

Name: Radetic Sebastian     Date: 3/2/20

| Quantity | Description |
|---|---|
| 1 | Money Check #07304 |
|  | $100.19 |

Above described property taken for safekeeping —

By: DHS Officer: _____

PHS Officer: _____

Surrendered by: X _____

Name: X _____

No. _____

DHS Form 589 (03/11)

---

Facility: KROME

Name: Radetic Sebastian     Date: _____

| Quantity | Description |
|---|---|
| 1 | Check # 033 04 |
|  | $ 57.04 |

Above described property taken for safekeeping —

By: DHS Officer: Maruceno

DHS Officer: Rodriguez

Surrendered by: X _____

Name: X _____

No. A844512

DHS Form 589 (03/11)

**GLADES COUNTY SHERIFF'S OFFICE**
P.O. BOX 39
MOORE HAVEN, FL 33471

J 1441524

Received From: Radetic Sebastian

Date: 4/22/20

Amount: Nineteen dollars and 27/100

☐ Welfare $ _____ Inmate $ _____ Cash _____

☑ New Booking $ 19.22 Check # 15-9 2 5

☐ Copies of Reports $ _____ MO# _____

☐ Inmate Money $ _____

☐ Other $ _____ For A20420197D  Received By: Wessig 518 / C.Williams#573

15933

DEPARTMENT OF HOMELAND SECURITY / ICE KROME SPC DETAINEES FUNDS

April 22, 2020
RADETIC, SEBASTIAN

**Armor Correctional Health Services, Inc.**

**SPECIAL NEEDS COMMUNICATION / RELOCATION**

Current Housing Location: _____   Date of Request:   04/23/2020 _____

**RELOCATION TO:**

Low Bunk/Low Tier x 30 days

**SPECIAL NEEDS / HOUSING CONSIDERATION:**

Electronic Signature:   S. Nose R RN _____

| PATIENT NAME:<br>SEBASTIAN RADETIC | No.<br>GCSO20MNI001620 | D.O.B.<br>10-24-1976 | SEX:<br>M | LOCATION: |
|---|---|---|---|---|

| PATIENT NAME:<br>SEBASTIAN RADETIC | No.<br>GCSO20MNI001620 | D.O.B.<br>10-24-1976 | SEX:<br>M | LOCATION: |
|---|---|---|---|---|

Armor: PT-023  (Rev. 2/2013)                    Copy – Housing Unit                    Copy - Classification

# Special Needs Communication

## SEBASTIAN RADETIC #BCSO20JBN001620

| | | |
|---|---|---|
| **JMS ID:** | BCSO20MNI002161 | **Location:** Not Assigned |
| **DOB:** | 10/24/1976 | **Ethnicity:** - |
| **Age:** | 43 | **Race:** - |
| **Height:** | 6ft 2in | **Date Created:** 05/02/2020 0507 |
| **Weight:** | 215 | **Last Saved:** 05/02/2020 0507 |

| | | |
|---|---|---|
| Housing Recommendations | ✓ **General Population**<br>Medical Housing<br>Negative Pressure Cell<br>Suicide Watch<br>✓ **Bottom Bunk**<br>✓ **Lower Teir**<br>Other- Note Specifics | x 14 days |
| Medical Profiles | Extra Mattress<br>Extra Blanket<br>Soft Shoe<br>Other- Note Specifics | |
| Aids to Impairment | Walker<br>Cane<br>Dentures<br>Contact Lenses<br>Glasses<br>Other-Note Specifics | |
| Individual found to be: | Frail/Elderly<br>Physically Handicapped<br>Developmentally Disabled<br>Alcohol/Drug Withdrawal<br>Special Mental Health Needs<br>Suicidal<br>History of Seizures<br>Other-Note Specifics | |

Successfully saved successfully

## 📋 Special Needs Communication

### SEBASTIAN RADETIC
### #WCSO20JBN000629

| | |
|---|---|
| **JMS ID:** | WCSO20MNI001332 |
| **DOB:** | 10/24/1976 |
| **Age:** | 43 |
| **Height:** | 6ft 2in |
| **Weight:** | 210 |

| | |
|---|---|
| **Location:** | PODS : A5 |
| **Ethnicity:** | - |
| **Race:** | - |
| **Date Created:** | 05/14/2020 0854 |
| **Last Saved:** | 05/14/2020 0854 |

| Housing Recommendations | ☐ General Population<br>☐ Medical Housing<br>☐ Negative Pressure Cell<br>☐ Suicide Watch<br>☑ **Bottom Bunk**<br>☑ **Lower Teir**<br>☐ Other- Note Specifics | X14 days |
|---|---|---|
| Medical Profiles | ☐ Extra Mattress<br>☐ Extra Blanket<br>☐ Soft Shoe<br>☐ Other- Note Specifics | |
| Aids to Impairment | ☐ Walker<br>☐ Cane<br>☐ Dentures<br>☐ Contact Lenses<br>☐ Glasses<br>☐ Other-Note Specifics | |
| Individual found to be: | ☐ Frail/Elderly<br>☐ Physically Handicapped<br>☐ Developmentally Disabled<br>☐ Alcohol/Drug Withdrawal<br>☐ Special Mental Health Needs<br>☐ Suicidal<br>☐ History of Seizures<br>☐ Other-Note Specifics | |

## Signatures

[signature: A. Dodbalt, LPN]

- **User**     Jordan, Hannah
- **Category**     Nurse
- **Date**     05/14/2020 08:55

# Armor Correctional Health Services, Inc.

## SPECIAL NEEDS COMMUNICATION / RELOCATION

Current Housing Location: 1*DORM 1*A*093  1*DORM 1*A*093          Date of Request: 07/06/2020

**RELOCATION TO:**

**SPECIAL NEEDS / HOUSING CONSIDERATION:**
Please change mattress for one with more cushion

Electronic Signature:   S Parnell LPN CCHP

| PATIENT NAME:<br>SEBASTIAN RADETIC | No.<br>GCSO20MNI001620 | D.O.B.<br>10-24-1976 | SEX:<br>M | LOCATION:<br>1*DORM 1*A*093<br>1*DORM 1*A*093 |
|---|---|---|---|---|

Armor: PT-023  (Rev. 2/2013)          Copy – Housing Unit                    Copy - Classification

FILE F

```
          UNITED STATES DEPARTMENT OF JUSTICE
        EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                  IMMIGRATION COURT
                     MIAMI, FL
```

FILE: A209-214-450

IN THE MATTER OF:

RADETIC, SEBASTIAN

RESPONDENT

IN REMOVAL PROCEEDINGS

```
              ORDER OF THE IMMIGRATION JUDGE
                 WITH RESPECT TO CUSTODY
```

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Department of
Homeland Security and the respondent, it is hereby

_____    ORDERED that the request for a change in custody status be
          denied.

_____    ORDERED that the request be granted and that respondent be:

_____    released from custody on his own recognizance

_____    released from custody under bond of $_____

_____    OTHER  _____

Copy of this decision has been served on the respondent and the
Department of Homeland Security.

APPEAL:  waived -- reserved

MIAMI -- KROME NORTH SERVICE PROCESSING CENTER

Date:  Jul 27, 2020

                              _____
                                  LAKSHMI HERMAN
                                  Immigration Judge
                                                          XS

# FILE G

# ICE MALES LAW LIBRARY
# THURSDAY 8/13/20

## 0630-0730

## 0800-0900
LONDON, RODNEY- A1
DEVEAUX, CHRISTIAN- A1
PITTER, CHRISTOPHER- A1
RADETIC, SEBASTIAN- A1 X
CHAVEZ, MIGUEL- A1

## 0905-1005
VALMYRE, SCHNIGHDIR- D1
POSPOY, SAMUEL- D1

## 1010-1110
DEROSIER, ALY- B1

## 1100-1200
LUNCH

## 1200-1300
AUPLON, OLDEN- C1

## 1305-1405
C2

## 1410-1510
E2

## 1515-1615

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
## FRIDAY 8/14/20

## 0630-0730

## 0800-0900
CAMPBELL, TEVIN- C1
SIMEON, MARC- C1 X
JONES, ODANE- C1
ECCLESTON, CHEZ- C1
MOREJON, JULIO- C1

## 0905-1005
CHAVEZ, MIGUEL- A1
DEVEAUX, CHRISTIAN- A1 (Taylor)
DELICE, LAYNTON- A1
RADETIC, SEBASTIAN- A1 X
DORELIEN, COLINER- A1
LONDON, RODNEY- A1
B1- NO REQUESTS

## 1010-1110

## 1100-1200
LUNCH

## 1200-1300
AUPLON, OLDEN- C1
D1- NO REQUESTS

## 1305-1405
C2
## 1410-1510
E2

## 1515-1615

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
## MONDAY 8/17/20

**0630-0730**

**0800-0900**
LONDON, RODNEY- A1
RADETIC, SEBASTIAN- A1
DEVEAUX, CHRISTIAN- A1
B1- NO REQUESTS

**0905-1005**
SOLSOL- C1
JONES, ODANE- C1 X
D1- NO REQUESTS

**1010-1110**
AUPLON, OLDEN- C1

**1100-1200**
LUNCH

**1200-1300**

**1305-1405**

**1410-1510**

**1515-1615**

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES
ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY
OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
# TUESDAY 8/18/20

## 0630-0730

## 0800-0900
POSPOY, SAMUEL- D1

## 0905-1005
DELICE, LYNTON- A1
LONDON, RODNEY- A1 X
TOMAS, SEBASTIAN- A1
B1- NO REQUESTS

## 1010-1110
E2

## 1100-1200
LUNCH

## 1200-1300
CAMPBELL, TEVIN- C1 (SIMEON)
ECCLESTON, CHEZ- C1

## 1305-1405
C2

## 1410-1510

## 1515-1615


YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES
ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY
OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
# FRIDAY 8/21/20

## 0630-0730
C2

## 0800-0900
RADETIC, SEBASTIAN- A1 X
GARCIA-MENDOZA, JUAN- A1
B1- NO REQUESTS

## 0905-1005
LORENZO, WILMER- C1
CAMPBELL, TEVIN- C1
DIXON, MONTEL- C1
JONES, ODANE- C1
D1- NO REQUESTS

## 1010-1110
E2

## 1100-1200
LUNCH

## 1200-1300

## 1305-1405

## 1410-1510

## 1515-1615


YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES
ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY
OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
## MONDAY 8/24/20

**0630-0730**

**0800-0900**
JONES, ODANE- C1 X
VENTURA, ADAN- C1
D1- NO REQUESTS

**0905-1005**
LONDON, RODNEY- A1 X
DELICE, LYNTON- A1
RADETIC, SEBASTIAN- A1 X
B1- NO REQUESTS

**1010-1110**
E2

**1100-1200**
LUNCH

**1200-1300**
C2

**1305-1405**

**1410-1510**

**1515-1615**

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
# TUESDAY 8/25/20

## 0630-0730

## 0800-0900
SANCHEZ, EDUARDO- B1
SHAW, GIOVANNI- B1
LANGHORNE, NKANSA- A1
FOX, CHARLES- A1

## 0905-1005
PRONIN, DMITRY- D1
RUIZ, ALBERTO- D1
GAYLE, KENROY- D1

## 1010-1110
JOASSAINT, FREROT- CONF

## 1100-1200
LUNCH

## 1200-1300
MORALES, DAVID- A1
RADETIC, SEBASTIAN- A1 X
DELICE, LYNTON- A1
LONDON, RODNEY- A1

## 1305-1405
C2
E2- NO REQUESTS

## 1410-1510
HAMILTON, PAUL- C1
FRANCIS, PAUL- C1
JONES, ODANE- C1

## 1515-1615
JEAN, STEVE- A1
DEVEAUX, CHRISTIAN- A1
CHAVEZ, MIGUEL- A1

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
# WEDNESDAY 8/26/20

## 0630-0730

## 0800-0900
SIMEON, MARC- C1 X
HAMILTON, PAUL- C1
JONES, ODANE- C1 X
FRANCIS, PAUL- C1
WILLIE, RAMON- C1 X

## 0905-1005
LONDON, RODNEY- A1 X
RADETIC, SEBASTIAN- A1 X
ALTINER, CLEEVENS- A1
DEVEAUX, CHRISTIAN- A1
DELICE, LYNTON- A1 X
DEROSIER, ALY- A1

## 1010-1110
JOASSAINT, FREROT- CONF

## 1100-1200
LUNCH

## 1200-1300
SCOTT, JERMAINE- D1
MANASSEH, STANLEY- D1
PRONIN, DMITRY- D1

## 1305-1405
C2
E2- NO REQUESTS

## 1410-1510
ST. LOUIS, HERAUD- B1B1

## 1515-1615

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

# ICE MALES LAW LIBRARY
# THURSDAY 8/27/20

## 0630-0730

## 0800-0900
RADETIC, SEBASTIAN- A1 X
LONDON, RODNEY- A1 X
DEVEAUX, CHRISTIAN- A1 (kitchen-pm)
DELICE, LYNTON- A1 X
HENRY, GOLDBOURNE- A1

## 0905-1005
SIMEON, MARC- C1 X
WILLIE, ROMAN- C1 X
HAMILTON, PAUL- C1
FRANCIS, PAUL- C1
JONES, ODANE- C1 X

## 1010-1110
PRONIN, DMITRY- D1

## 1100-1200
LUNCH

## 1200-1300
FOX, CHARLES- B1
SANCHEZ, EDUARDO- B1

## 1305-1405
C2
E2- NO REQUESTS

## 1410-1510
DEROSIER, ALY- A1 (kitchen-am)

## 1515-1615

**YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY**

**THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT**

**YOU MUST PUT IN A NEW REQUEST EVERY DAY**

**IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER**

**YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY**

**YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU**

**IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU**

# ICE MALES LAW LIBRARY
# FRIDAY 8/28/20

## 0630-0730

## 0800-0900
SCOTT, JERMAINE- D1

## 0905-1005
CHAVEZ, IRVING- B1
SANCHEZ, EDUARDO- B1
FOX, CHARLES- B1

## 1010-1110
JOASSAINT, FREROT- CONF
## 1100-1200
LUNCH

## 1200-1300
JONES, ODANE- C1 X

## 1305-1405
C2
E2- NO REQUESTS

## 1410-1510
LONDON, RODNEY- A1 X
DELICE, LYNTON- A1 X
RADTIC, SEBASTIAN- A1 X
GARCIA, JUAN- A1

## 1515-1615

**YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY**

**THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT**

**YOU MUST PUT IN A NEW REQUEST EVERY DAY**

**IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER**

**YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES ALLOWED, LOOSE PAPERS ONLY**

**YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU**

**IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU**

# ICE MALES LAW LIBRARY
# TUESDAY 9/1/20

## 0630-0730

## 0800-0900
RUIZ, ALBERTO- D1

## 0905-1005
LANGHORNE, NKANSA- B1
MATTHIAS, WESLEY- B1

## 1010-1110
E2

## 1100-1200
LUNCH

## 1200-1300
JOASSAINT, FREROT- C1

## 1305-1405
C2
E2- NO REQUESTS

## 1410-1510
GARCIA, JUAN- A1
RADETIC, SEBASTIAN- A1 X
DELICE, LYNTON- A1
LONDON, RODNEY- A1

## 1515-1615

IF YOU NEED 5 HOURS NEXT WEEK SEND ME A REQUEST FOR MONDAY TO BE RECEIVED ON FRIDAY

YOU MUST WEAR YOUR FACE MASK TO THE LIBRARY

THE TIME IS POSTED THE DAY BEFORE, IT IS YOUR JOB TO BE DRESSED AND READY, IF NOT YOU WILL BE LEFT

YOU MUST PUT IN A NEW REQUEST EVERY DAY

IF YOU WISH SOMEONE TO HELP YOU, PUT THEIR NAME ON YOUR REQUEST AS HELPER

YOU MAY ONLY BRING A REASONABLE AMOUNT OF PAPERS TO THE LAW LIBRARY NO FOLDERS OR ENVELOPES
ALLOWED, LOOSE PAPERS ONLY

YOU MAY NOT WORK ON SOMEONE ELSE'S PAPERWORK UNLESS THEY ARE PRESENT IN THE LIBRARY WITH YOU

IF YOU WISH COPIES OF YOUR LEGAL PAPERWORK BRING IT TO THE LAW LIBRARY AND GIVE IT TO THE LIBRARY
OFFICER, YOU MAY NOT GIVE YOUR PAPERS TO SOMEONE ELSE TO COPY FOR YOU

FILE H

**Is my client subject to mandatory detention?**
**How advances in ICE hold policies will reduce those subject to mandatory detention**

See p. 5

### What is an ICE hold?

An Immigration and Customs Enforcement (ICE) hold is a *request* from ICE to law enforcement, asking the locality to hold someone for an additional 48 hours, plus weekends and federal holidays, so that ICE can take custody of the individual. While various programs such as Secure Communities facilitate the *identification* of noncitizens, the ICE hold facilitates ICE's ability to take *custody* of an individual directly from jail. It is important to note that an ICE hold is merely a request and is not commensurate to a warrant.[1] Increasingly, state and local jurisdictions are deciding to say "no" to this request and not detain the person for the extra time.

### How and why have ICE hold policies changed?

A recent Federal Oregon District court decision, *Miranda-Olivares v. Clackamas County*,[2] coupled with *years of organizing*, has spurred a wave of change in ICE hold policies. In April 2014, *Miranda-Olivares* found that detaining individuals based on ICE holds is unconstitutional because they do not provide probable cause. Thus, a locality can be found legally liable if they detain someone based simply on an ICE hold. As a result, many localities have changed their policy to limit or altogether eliminate, compliance with ICE holds.

### How do I know what the ICE hold policy is in a given jurisdiction?

The ILRC maintains a map of policies that limit compliance with ICE holds at www.ilrc.org/enforcement

However, even if your client is not in a jurisdiction that limits ICE holds, remember that they could have been transferred from one that does.

---

1 *Galarza v. Szalczyk*, 745 F.3d 634 (3d Cir. 2014) (concluding that ICE holds are voluntary and not mandatory); *Morales v. Chadbourne*, 2014 WL 554478, *16 (D.R.I. ("Warrants are very different from [ICE] detainers"); *Buquer v. City of Indianapolis*, 797 F. Supp. 2d 905, 911 (S.D. Ind. 2011) ("A detainer is not a criminal warrant, but rather a voluntary request that the law enforcement agency advise [ICE], prior to release of the alien, in order for [ICE] to arrange to assume custody.").
2 *Miranda-Olivares v. Clackamas Cnty.*, 3:12-CV-02317-ST, 2014 WL 1414305 (D. Or. Apr. 11, 2014).

**Is my client subject to mandatory detention?**
**How advances in ICE hold policies will reduce those subject to mandatory detention**

### What is mandatory detention?

Mandatory detention refers to a provision of the INA that states that non-citizens with certain criminal convictions <u>must</u> be detained by ICE. People who are subject to mandatory detention are not entitled to a bond hearing and must remain in detention while removal proceedings are pending against them.

The rules for mandatory detention are contained in INA § 236 (c) which states that "the Attorney General *shall* take into custody any alien who" is inadmissibility or deportable under select grounds … "*when the alien is released.*" (emphasis added).

### Who is subject to mandatory detention?[3]

For a person to be subject to mandatory detention, all the following criteria must be met:

**First**, the person must come within certain crimes grounds of deportability or inadmissibility. *See* INA 236(c)(1)(A) – (D)

    **A.** Persons who are ***inadmissible*** for having committed an offense described in INA § 212(a)(2) [ e.g. crimes of moral turpitude (CIMT) and drug offenses];[4]

    **B.** Persons who are ***deportable*** for having committed any offense in INA § 237 (a)(2)(A)(ii) [multiple CIMTs], 237(a)(2)(A)(iii) [aggravated felony], 237(a)(2)(B)[drug offense] 237(a)(2)(C)[firearms offenses], or 237(a)(2)(D) [crimes related to espionage];[5]

    **C.** Persons who are ***deportable*** under INA § 237(a)(2)(A)(i) [has been convicted of a crime of moral turpitude that was committed within five years of admission] and has been sentenced to a term of imprisonment of at least one year; and[6]

    D. Persons who are ***inadmissible*** under INA § 212(a)(3)(B) or ***deportable*** under INA § 237(a)(4)(B) [involved in terrorist activities]

**Second**, ICE must take the person into custody when the person is released from criminal custody. INA 236(c) states that "the Attorney General *shall* take into custody any alien who" comes within these grounds "*when the alien is released.*"

---

3 An additional category of people subject to mandatory detention though less applicable here, are arriving aliens in removal proceedings. This includes an applicant for admission coming or attempting to come into U.S. at a Point of Entry. 8 C.F.R. 1001.1(q). This also includes a returning lawful permanent resident who is seeking admission. 8 C.F.R. 1003.19(h)(2)(i)(B).
4 An exception to this is the Petty Offense Exception. If the individual has one crime of moral turpitude (CIMT), they may qualify for the "petty offense exception" and therefore not be subject to mandatory detention. To qualify, 1) the individual must have only *one* CIMT, 2) the individual must not have been *sentenced* to a term of imprisonment in excess of six months, and 3) the offense or conviction carried a maximum possible sentence of one year or less. *See* INA § 212(a)(2)(A) (II), 8 U.S.C. § 1182(a)(2)(A) (II).
5 There is a special exception for the drug offense ground. Look out for a possession of marijuana that is less than 30 grams or less. Your client will not be subject to mandatory detention and will not be deportable.
6 The date of 'admission' may require its own individualized analysis. Do not assume that the admission date is when your client became a lawful permanent resident. *See Matter of Alyazji*, 25 I&N Dec. 397 (BIA 2011); *ILRC Practice Advisory: Adjustment of Status Following an Admission Does Not "Re-Start" the Five-Year Clock for Purposes of the Moral Turpitude Deportation Ground*, available at http://www.ilrc.org/crimes

2

**Is my client subject to mandatory detention?**
**How advances in ICE hold policies will reduce those subject to mandatory detention**

**Third,** because the mandatory detention law went into effect October 9, 1998, the release must be from criminal custody after October 9, 1998.

**Fourth,** the person must be in custody for an offense that triggers mandatory detention, at the time of release.[7]

**What does 'when released' mean?**

INA Section 236(c) states that the government "shall take into custody" individuals *"when the alien is released...."* The application of the "when released" language has been a point of dispute. The question is whether ICE must take someone into custody *immediately* when they are released from criminal custody, meaning when they are released from jail or prison.

The Government has argued that in order to subject someone to mandatory detention, ICE does not have to take the person into custody immediately upon release from criminal custody. Rather, ICE argues that mandatory detention applies even if it picks the person up days, months, *or years after release*. Under this reasoning, someone could be subject to mandatory detention despite having been out in the community for years after their criminal release. The Board of Immigration Appeals agreed with this reasoning in *Matter of Rojas*, 23 I&N Dec. 117 (BIA 2001).[8]

However, a growing number of federal district courts[9] have held that "when released" requires ICE to detain the person *immediately* at the time of their release from criminal custody. Thus, the release must be from *actual*[10] criminal custody, and ICE cannot subject someone to mandatory detention when they pick them up in the community after their criminal release. Notably, in *Preap v. Holder*, a federal district court granted a motion requiring the government to provide bond hearings in this context throughout California.[11]

**How is the 'when released' provision affected by changes in ICE hold policies?**

Because of new ICE hold policies, it may become more common for ICE to take custody of someone *after* they have been released into the community, if ICE apprehends him/her at all. Thus, fewer people will be subject to mandatory detention.

ICE holds greatly facilitate ICE's ability to take custody of someone *immediately upon* criminal release. ICE holds are *requests* for a jail to detain the person for up to two extra days, so that ICE can more

---

7 *Matter of Garcia-Arreola*, 25 I&N Dec. 267 (BIA 2010).
8 Certain federal courts, including the Courts of Appeal for the Third and Fourth Circuits, have also agreed. *Sylvain v. Attorney Gen. of U.S.*, 714 F.3d 150 (3d Cir. 2013); *Hosh v. Lucero*, 680 F.3d 375 (4th Cir. 2012).
9 *See e.g., Castaneda v. Souza*, 952 F.Supp.2d 307 (D. Mass. 2013); *Nimako v. Shanahan*, 2012 WL 4121102 (D.N.J. 2012); *Khoury v. Asher*, 2014 WL 954920 (W.D. Wash. 2014); *see also, Challenging Matter of Rojas: does mandatory detention apply if ICE does not take custody "when the alien is released" from criminal custody?* available at http://www.legalactioncenter.org/clearinghouse/litigation-issue-pages/challenges-unlawful-detention; *but see, e.g., Sylvain v. Attorney Gen. of U.S.*, 714 F.3d 150 (3d Cir. 2013); *Hosh v. Lucero*, 680 F.3d 375 (4th Cir. 2012).
10 For mandatory detention to apply, the release must be from actual, physical custody of the state. *Matter of West*, 22 I&N Dec. 1405 (BIA 2000) (where person was sentence to probation, he was not subject to mandatory detention because he was not released from the physical custody of the state).
11 *Preap v. Holder*, No. 13-cv-05754-YGR (N.D. Cal. May 15, 2014), available at https://www.aclunc.org/sites/default/files/048%20Order%20Granting%20Preliminary%20Injunction.pdf

3

**Is my client subject to mandatory detention?**
**How advances in ICE hold policies will reduce those subject to mandatory detention**

easily pick up the individual directly from jail. Since fewer jurisdictions are enforcing ICE holds, fewer people will be transferred directly from criminal custody to ICE custody. Thus, fewer people should be subject to mandatory detention because fewer people will have been 'released' immediately from criminal custody at the time ICE takes them into custody.

**How should this change the way that I look at my cases?**

First, advocates should always argue that the "when released" language applies to release *immediately after* criminal custody. Owing to this growing body of case law, we now have more authority to cite to, notably in California due to *Preap v. Holder*. That said, advocates should research the law in their current jurisdiction.

Second, carefully question your detained client regarding how they ended up in detention, to see if they are subject to mandatory detention. Did ICE pick them up immediately at the jail? Or, did ICE pick them up at their home or elsewhere *after* they were released from criminal custody? Was there *any* gap in time between criminal custody and ICE custody?

Also, if ICE apprehended your client immediately from jail, were they in jail for a conviction that would trigger mandatory detention, or for another conviction? If the person had a prior conviction – for example, a drug offense – that could have triggered mandatory detention, but now they are in jail for a conviction that does not do that – for example, a California drunk driving conviction – then the person should not be subject to mandatory detention.[12]

**Are there any other ways to challenge mandatory detention?[13]**

Yes. While this is beyond the scope of this advisory, advocates should know that there are other bases upon which to contest mandatory or prolonged detention.

Some examples include, *Rodriguez v. Robbins*, 715 F.3d 1127 (9th Cir. 2013), a case out of the California Central District, which states that a bond hearing should be made available after six months of detention, even if subject to mandatory detention. *Casas-Castrillon v. DHS*, 535 F.3d 942 (9th Cir. 2008), a Ninth Circuit case, states that a bond hearing is available when the Ninth Circuit grants review of a BIA order of removal. *Franco-Gonzalez v Holder*, 767 F. Supp. 2d 1034 (C.D. Cal. 2010), a California Central District case, provides bond hearings and counsel for persons with mental disabilities. Finally, Joseph hearings pursuant to the BIA case *Matter of Joseph*, 22 I&N Dec. 799 (BIA 1999), provide bond hearings when it is substantially unlikely that the government will prevail on a charge of removability specified under INA section 236(c)(1).

---

12 *See Matter of Garcia-Arreola*, 25 I&N Dec. 267 (BIA 2010).
13 For a more complete discussion regarding how to challenge mandatory and prolonged detention, see ACLU Immigrants' Rights Project, *Challenging Mandatory and Prolonged Detention Pending a Final Decision of Removal*, available at https://www.aclu.org/files/assets/mandatory_detention_tips_-_june_2013_final.pdf

4

# FILE I

# COVID-19: FACT SHEET FOR DETAINED INDIVIDUALS[1]

## Access to Information

**Detainees should get regular information** about what is being done, and what they can do to protect themselves.

**Easy-to -read signs** should be **posted in multiple languages** explaining:
* COVID-19 symptoms          * How to properly wash hands          * What to do if you if someone may have COVID-19
* More safety tips: Cough into your elbow, don't touch your face or share utensils /plates, keep distance from others

## Protecting Against COVID-19

✓ Detainees should be offered **flu shots**. This prevents symptoms similar to COVID-19 to help identify actual cases.
✓ All detainees should get **free soap** – enough to wash their hands frequently. Liquid soap is best.
✓ All detainees should have **free access to tissues** and to **paper towels** (or hand-drying machines).
✓ Transfer detainees only if necessary. Screen new detainees for COVID-19, including a temperature check.
✓ "High-touch" objects like doorknobs, phones, faucets, toilets, etc. should be disinfected several times each day.
✓ Hygiene supplies (soap & water <u>or</u> hand sanitizer) available in bathrooms, dining areas, common areas, etc.
✓ **Protective work equipment** for **washing dishes, doing laundry, etc.**: Gloves, gown/coveralls
✓ **Detainees should be allowed to remain 6 feet (~ 2 meters) apart** whenever possible. This can involve:
    * Moving beds                     * Staggering meal times, recreation time, and sick call
    * Moving chairs and tables in dining areas    * Providing food inside housing units or cells
    * Limiting group activities (these should be replaced by other activities that allows people similar benefits)

## Testing for Potential COVID-19 Cases

**People with COVID-19 symptoms should be evaluated immediately, including** a temperature check and asking:
    * Today or in the past 24 hours, have you had any of the following symptoms?
        -- Fever, felt feverish, or chills?   -- Cough?   -- Difficulty breathing?
* In the past 14 days, have you had contact with a person known to have COVID-19?
* Potential COVID-19 cases should be evaluated in **rooms near each housing unit** to minimize exposure to others.

## Suspected or Confirmed Cases of COVID-19

**If someone shows symptoms of COVID-19:**
    * Any place where they spent time should be **cleaned and disinfected.**
    * They should be **quarantined** in a separate area, with solid walls and a solid door, if possible.
    * They should wear a **facemask** whenever outside the isolated area, or near others.
    * Masks should: be changed daily, or when dirty or wet, AND <u>not</u> restrict breathing.
    * **Tissues, soap, and water** should be freely available.

**If there are multiple people with COVID-19 symptoms** and they must be kept together:
    * People who are old, or who have other medical problems, should be separated from the group.

**People who have had close contact with a suspected case should be quarantined for 14 days.**
    * Close contact = coughed on, contacted bodily fluids, or spent significant time within 6 feet/2 meters of the person.
    * People in quarantine should wear **face masks** whenever in close proximity to others, including others in quarantine.
    * **Meals** should be brought to the quarantine area.
    * If a quarantined person **is positive** for COVID-19: All people quarantined with them need another 14-day quarantine.

**Protective Equipment** for **cleaning areas where a COVID-19 case has spent time**:
    * N-95 respirator, face mask, eye protection, gloves, gown/coveralls. Each worker should be fitted to their respirator.

---
[1] https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html

# FILE J

Honorable Judge Marcia G. Cooke
Wilkie D. Ferguson Jr. United States Court House
400 N. Miami Ave. Room 11-2
Miami, FL. 33128
08/25/20

Dear Judge Cooke,

My name is Steve Jean Baptiste, I am currently detained at Glades County Detention Center in Moore Haven, FL. I work in food service and the conditions there are deplorable. The sink where the detainees food is prepared have black worms in it, that sink should not be used for anything especially peoples food. The kitchen is so filthy they had to bring in an outside cleaning service twice to try and clean it. There is this green water in the kettle used to make the detainees food. There is a sink with dirty sitting water and the bacteria filled water is producing the black worms and flies that travel out of the Kitchen. There is also black and yellow centipede like bug that flies in the food that is being prepared for all detainee population.

On the day of the supposed inspection they put buckets under the table where the cleaning supplies are. We have never seen those buckets before and we never saw them again. The sign that was posted in the kitchen left when the people left and we never saw it again either. On inspection day they left the morning shift go early so no one would be present when they come to inspect, so we don't know what they saw or did not see, and no one was able to inform them or ask a question because we were not present.

No one should have to endure that kind of inhumane treatment and blatant disregard for our health and well being in the United States Of America. At least not the America I know and love. I pray that you help us eliminate this kind of treatment and set us free.

Yours Respectfully

Steve Jean Baptiste

State of _FLORIDA_
County of _GLADES_
Subscribed and sworn to (or affirmed) before me this
_25_ day of _AUGUST 2020_
By _STEVE JEAN_
Personally known _____ OR produced identification _GCSO20MNI001950_
Type identification produced _GLADES COUNTY DETENTION CENTER_

_____ Notary Public

CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BOYD CAMBPELL;

                Petitioner,

    v.

CHAD F. WOLF;

                Respondent.

Case No: 1:20-cv-20768-KMW

B.C.

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities and information portals maintained and relied upon by DHS in the regular course of business.

3. In my current position, I work closely with ICE Health Service Corps (IHSC) at Krome. IHSC provides direct medical, dental, and mental health patient care to approximately 13,500 detainees housed at 20 IHSC-staffed facilities throughout the nation.

4. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals. Krome employs a multidisciplinary medical workforce that consists of Registered Nurses, Physician assistants, Physicians, medical assistants, Dental Hygienists, Dentists, Psychologists, Psychiatrists, and Nurse Practitioners.

5. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.

6.  In testing for COVID-19, medical staff at the Krome is also following guidance issued by the Centers for Disease Control (CDC) to safeguard those in its custody and care.

7.  Each detainee is screened for disabilities upon admission by IHSC staff. Identified disabilities are further evaluated and reasonable accommodations are provided as medically appropriate.

8.  At Krome, during intake medical screenings, detainees are assessed for fever and respiratory illness, are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks. All new arrival detainees are then placed in isolation from the general population and closely observed for 14 days, regardless of their travel or health history.

9.  The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee.  Those detainees who present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated.   In case of any clinical deterioration, they will be referred to a local hospital.

10.  In cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness.   Cohorting is an infection-prevention strategy which involves housing detainees together who were exposed to a person with an infectious organism but are asymptomatic.   This practice lasts for the duration of the incubation period of 14 days, because individuals with these and other communicable diseases can be contagious before they develop symptoms and can serve as undetected source patients.   Those that show onset of fever and/or respiratory illness are referred to a medical provider for evaluation.   Cohorting is discontinued when the 14-day incubation period completes with no new cases. Per ICE policy, detainees diagnosed with any communicable disease who require isolation are placed in an appropriate setting in accordance with CDC or state and local health department guidelines.

11.  Krome has the following medical capabilities: A clinic staff which manages male detainees and provides daily access to sick calls in a clinical setting, as well as mental health services and the ability to admit patients at the local hospital for medical and mental health care.

12.  As of 8:00 AM on April 8, 2020, Krome medical staff provided the following information:

    a.  There is 1 detainee with a laboratory confirmed case of COVID-19 housed at Krome who is on medical isolation per CDC guidelines.

b. There are 2 security contract officers with a laboratory confirmed case of COVID-19. The officers have been removed from the schedule and are following CDC quarantine guidelines.

c. There are an additional 238 detainees who are currently cohorted and under daily observation due to exposure to a confirmed case of COVID-19.

13. Krome has a population within its approved capacity and is not overcrowded.

14. Krome has increased sanitation frequency and provides sanitation supplies as follows:

o Krome provides disinfectants to staff and cleaning crews and CDC recommended cleaning and disinfection above and beyond normal activity have been implemented.

o Krome cleans and disinfects each housing unit between shifts and entire housing units on a rotational schedule.

o Krome provides every housing unit in the detention center with disinfectant wipes, anti-bacterial soap, and hot water. Krome staff and the general population are directed to use these cleaning tools often and liberally.

15. At Krome, noncontact professional visits are highly encouraged but if an attorney must meet with a detainee in person, the attorney is required to wear personal protective equipment (PPE) to include mask, gloves and eye protection. No visitors are permitted to enter without the PPE. In person social visitation and facility tours are suspended.

16. Krome is utilizing security staff medically trained to conduct temperature screening and health history questionnaires of all staff and vendors when they enter the facilities including body temperatures.

17. Krome medical staff are screening all detainee intakes when they enter the facilities including travel histories, medical histories and checking body temperatures and have procedures to continue monitoring the populations' health.

18. The IHSC Krome medical staff provide education on COVID-19 to staff and detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill. The facilities provide detainees daily access to sick call.

19. Krome medical staff has identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection to be addressed as set forth in paragraphs 7, 8, and 9, *supra*.

3

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

DATED: April 8, 2020

Liana J. Castano
Assistant Field Office Director
Acting Officer in Charge of the Krome

# EXHIBIT B

## DECLARATION OF DR. JOSEPH SHIN (MD, MSc.)

I, Joseph Shin, MD, MSc., make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. I am an Assistant Professor of Medicine at Weill Cornell Medicine, founding member of the Cornell Center for Health Equity, and past medical director for the Weill Cornell Center for Human Rights. I am a diplomate of the American Board of Internal Medicine and completed my medical training at NYU School of Medicine. Prior to my current role at Cornell, I was a Clinical Instructor at NYU School of Medicine and attending physician at Bellevue Hospital where I served at the NYU/Bellevue Program for Survivors of Torture, the Bellevue Adult Primary Care Clinic and also cared for hospitalized patients in the New York City Department of Corrections custody.

2. I have over fifteen (15) years of experience conducting as well as training other health practitioners to perform forensic medical evaluations for survivors of human rights abuses, asylum applicants and individuals held in immigration detention. I have conducted research related to trauma and health outcomes among asylum seekers and trafficking victims and medical neglect and barriers to care in immigration detention centers.

3. I also have extensive experience, expertise and knowledge of medical care in correctional settings including, but not limited to, immigration detention facilities.

**The Expanding Coronavirus Pandemic**

4. As of April 10, 2020, the date of this declaration, the COVID-19 pandemic has exponentially spread, with 1,619,495 confirmed cases and 97,200 deaths globally. [1] According to the Centers for Disease Control and Prevention (CDC) there have been 427,460 confirmed cases and 14,696 deaths nationally as of April 9, 2020 (the latest available data).[2] Every U.S. state and territory has been affected, and COVID-19 is rapidly spreading from urban centers to rural areas.

5. A study from the University of Texas at Austin estimated that as of April 3, 2020—a week ago—"72% of US counties with 94% of the national population have over a 50% chance of ongoing COVID-19 transmission."[3] The authors emphasized that "[a] single reported case suggests that community transmission is likely," and that even in

---

[1] Johns Hopkins University Coronavirus Resource Center, https://coronavirus.jhu.edu/map.html (last updated April 9, 2020, 12:00 p.m. ET).
[2] Centers for Disease Control and Prevention, Coronavirus Disease19, Updated April 9, 2020; https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html
[3] Emily Javan, et al., *Probability of current COVID-19 outbreaks in all US counties* (Apr. 3, 2020), https://cid.utexas.edu/sites/default/files/cid/files/covid-risk-maps_counties_4.3.2020.pdf?m=1585958755.

places that did not have confirmed COVID-19 cases as of April 3, 2020, the situation was not likely to last.[4]

6.  Due to the highly infectious nature of COVID-19, infectious disease specialists and public health experts have strongly recommended minimizing interpersonal contact to mitigate transmission and minimize disease.[5] The US government like many around the world have taken unprecedented steps to follow expert recommendations by ordering the closure of all but essential businesses and putting into place strict social distancing policies such as "shelter in place," gatherings of no more than ten persons, and avoiding congregate environments such as schools and places of worship. It is likely that our entire map will be bright red within a week or two, given that COVID-19 spreads very quickly and often silently. The fate of outbreaks in counties across the US very much hinges on the speed of local interventions. Early and extensive social distancing can block community transmission, avert rises in hospitalizations that overwhelm local capacity, and save lives.[6]

7.  The novel coronavirus is highly infectious and is thought to pass thought to pass from person to person through respiratory droplets released by coughing or sneezing as well as also through contact with infected individuals and interactions with contaminated surfaces. There is also increasing concern for the possibility of aerosolization and airborne transmission which might allow infectious viral particles to remain in the air and transmit infection to others without close contact.  In addition to transmission by symptomatic individuals, there is a high level of transmission amongst asymptomatic carriers as well as pre-symptomatic infected individuals. Estimates suggest that 18-57% of infected people may not have symptoms at the time of testing.[7][8]

8.  Furthermore, limited wide-spread testing in addition to narrow screening criteria have failed to effectively identify all individuals at risk of infection and transmission. Basic screening questions related to travel history, sick contacts and symptoms fail to acknowledge wide-spread community transmission and asymptomatic spread already taking hold in many communities across the country, as well as within institutional or congregant settings.

9.  For individuals who do become symptomatic, many will experience relatively mild symptoms, but an estimated 10%-20% of individuals who are infected may need hospitalization with a significant portion of these requiring care in the intensive care unit.  Severe complications including acute respiratory failure, sepsis, multiorgan

---

[4] Id.

[5] https://www.cdc.gov/coronavirus/2019-ncov/index.html

[6] Id. (citations omitted).

[7] Mizumoto Kenji, Kagaya Katsushi, Zarebski Alexander, Chowell Gerardo. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the Diamond Princess cruise ship, Yokohama, Japan, 2020. Euro Surveill. 2020;25(10)

[8] Kimball A, Hatfield KM, Arons M, et al. Asymptomatic and Presymptomatic SARS-CoV-2 Infections in Residents of a Long-Term Care Skilled Nursing Facility — King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:377–381.

failure, blood clots and death. The risks of these complications is much higher for COVID-19 patients with a case-fatality rate of approximately 3.9% which is nearly 40 times higher than that of seasonal influenza (~0.1%).[9]

10. It is often overlooked that half of hospitalizations are in patients less than 50 years old, and many young healthy people have died from COVID-19.[10]

11. There is no vaccine to prevent COVID-19. There are also no clearly effective treatments for this disease.

12. The only effective strategies to limit wide-spread impact of COVID-19 are public health strategies. These include containment efforts like early identification, contact tracing, isolation and quarantine measures, and intensive use of personal protective equipment. Unfortunately, due to limited testing capacity and public health resources combined with wide-spread community spread, mitigation efforts like social distancing and scrupulous hand and personal hygiene are critical to limit the spread of COVID-19.

**Detention Facilities**

13. The risks of wide-spread undetected transmission in detention facilities, as well as jails and prisons, is significantly higher than in the community. This represents a threat not just to people being detained or incarcerated but also to the hundreds and thousands of staff working in these facilities, their families and the broader community.

14. The risks of undetected and widespread transmission within detention facilities increases the risk to both the people who work in and are detained in these facilities. These risks in settings of detention and incarceration have been demonstrated in multiple past epidemics including influenza resulting in staff and inmate deaths. Furthermore, immigration detention facilities have also recently been sites of other preventable exposures and outbreaks including mumps and chicken pox.[11,12] These are all facilitated by relative overcrowding, poor hygiene measures, as well as medical neglect and limited access to medical care despite policies or best practices said to be established in these facilities.

---

[9] Johns Hopkins University and Medicine   Coronavirus Resource Center – Mortality Analyses. https: coronavirus.jhu.edu data mortality (Accessed 4 12/2020)
[10] Wang D. Hu B. Hu C. et al. Clinical Characteristics of 138 Hospitalized Patients With 2019 Novel Coronavirus Infected Pneumonia in Wuhan, China. JAMA. 2020;323(11):1061-1069. doi:10.1001 jama.2020.1585
[11] https: www.cnn.com 2019 06 14 politics mumps-chicken-pox-quarantine-ice index.html
[12] Leung J. Elson D. Sanders K. et al. Notes from the Field: Mumps in Detention Facilities that House Detained Migrants — United States, September 2018 August 2019. MMWR Morb Mortal Wkly Rep 2019;68:749–750.

15. The lack of wide-spread testing, transparency and data in communities in the US and all across the world allowed undetected spread in the community as well as within facilities and institutions that fueled the current pandemic.

16. Congregate settings allow for the rapid spread of infectious disease, especially those passed by droplets through coughing and sneezing and also contact with contaminated surfaces. Shared dining halls, bathrooms, showers, common areas, sleeping quarters, and shared equipment such as telephones, all present opportunities for greater transmission. And while facilities might not be considered "overcrowded" by standard criteria, many of these shared facilities in the general population do not allow for the safe social distancing or regular hand hygiene practices recommended by public health experts.

17. The lack of wide-spread testing, transparency and data in communities in the US and all across the world allowed undetected spread in the community as well as within facilities and institutions that fueled the current pandemic.

18. Detention centers, jails and prisons, despite what might be considered "safe capacity", are largely incapable of establishing the recommended levels of social distancing that is essential to mitigate the spread of this disease.

19. In preparation of this Declaration, I have been provided with the Declaration of Liana J. Castano, dated April 8, 2020 ("Castano Declaration"). The following are my responses to the Castano Declaration. The language used in the declaration demonstrates knowledge of the appropriate precautions, but presents a plan claiming to implement what are clearly inadequate measures - that violate the CDC guidance - and knowingly expose anyone interacting with the facilty to an even more elevated deadly risk of contracting COVID.

**Krome**

A.    **Screening Measures at Krome**

20. The Castano Declaration describes screening measures that are not effective in preventing the spread of COVID-19. *See* Castano Declaration. ¶¶7-9, 16-17.

21. The Castano Declaration discusses screening measures that have been implemented at Krome. However, the screen measures are not sufficient. New data has demonstrated that asymptomatic persons infected with the novel coronavirus SARS-CoV-2 (the virus that causes COVID-19) can be contagious and spread infection.[13] This new data

---

[13] See Recommendation Regarding the Use of Cloth Face Coverings, Especially in Areas of Significant Community-Based Transmission, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html#studies (Apr. 3, 2020).

prompted the CDC to recommend as of April 3, 2020 that everyone wear masks in public to help mitigate spread of disease.[14]

22. It presently believed that COVID-19's incubation period, the time between infection and appearance of symptoms is 2-14 days. However, a substantial percentage of infected persons may never show symptoms (i.e. asymptomatic) or be mildly infected. The evidence that is available points to a high likelihood of both scenarios.

23. At the writing of this declaration there is not conclusive evidence whether the infection can be spread during the incubation period or whether virus can be shed in mildly symptomatic or asymptomatic person (i.e. be contagious). However, the evidence that is available points to a high likelihood of both scenarios. A recent review of the literature related to COVID-19 appears in the highly respected scientific journal, Nature.[15] Based on various epidemiological models, "covert cases" (i.e. asymptomatic to mildly symptomatic persons) may represent up to 60% of all COVID-19 infections.[16] People with mild or no symptoms would typically not seek medical care (and not be tested) and would therefore not be detected during screening protocols. Epidemiologists believe that these covert cases that have contributed to the spread of COVID-19 in a global population where no one is immune.[17]

24. The article in Nature reviews three studies that support the likelihood that asymptomatic or mildly symptomatic individuals can spread the infection. These studies took place in China, Japan and one study included passengers from the Diamond Princess. These studies found that in COVID infected persons, 59%, 31% and 18%; respectively, were asymptomatic or mildly symptomatic.[18]

25. Moreover, new studies of the ability of infected persons to shed virus also point strongly to the ability to spread disease prior to symptoms developing. These studies showed high viral load in the pharynx at the onset of symptoms and even in an asymptomatic infected person. The article quotes Dr. Michael Osterholm, director of the University of Minnesota's Center for Infectious Diseases Research and Policy in Minneapolis who states that while more "The data confirm what many scientists have suspected: that some infected people 'can be highly contagious when they have mild or no symptoms' although the scale of the problem is still unclear."[19]

26. Evidence that demonstrated that ability of asymptomatic infected persons to spread the virus makes it impossible for screening protocols to identify all those who infected and contagious. A recently published study by the CDC has shown strong evidence suggesting the spread of infection by asymptomatic COVID-19 infection.

---

[14] Id. ("In light of this new evidence, CDC recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain (e.g., grocery stores and pharmacies) especially in areas of significant community-based transmission.") (emphasis in original).
[15] Nature.com: doi: 10.1038/d41586-020-00822-x).
[16] ibid.
[17] ibid.
[18] ibid.
[19] ibid.

The authors conclude that the findings have implication in "containment measures" and that "to control the pandemic it might not be enough for only persons with symptoms to limit their contact with others because persons without symptoms might transmit infection." The authors specifically state, "these findings underscore the importance of social distancing in the public health response to the COVID-19 pandemic, including the avoidance of congregate settings."[20]

27. The lack of wide-spread testing, transparency and data in communities in the US and all across the world allowed undetected spread in the community as well as within facilities and institutions that fueled the current pandemic.

28. The screening measures discussed in the Castano Declaration are not sufficient and will continue to result in the spread of COVID-19 at Krome and in the community.

### B.   Co-horting at Krome

29. The Castano Declaration discusses the use of cohorting at Krome.   *See* Castano Declaration, ¶10, 12.c..

30. Cohorting is "the practice of isolating multiple laboratory-confirmed COVID-19 cases together as a group, or quarantining close contacts of a particular case together as a group." The CDC's *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities* (the "Interim Guidance")[21] at 3. It is not the same as quarantine or medical isolation, and is to be used only as a last resort in those "correctional facilities and detention centers do not have enough individual cells" for quarantine or medical isolation. The practice of cohorting is dangerous in that it risks "transmit[ting] COVID-19 from those who are infected to those who are uninfected." *Id.* at 19.

31. The Castano Declaration that discusses the use of cohorting directly contradicts CDC guidance in several ways including, most critically, that ICE officials describe cohorting as the planned response to a known COVID-19 exposure, not a practice of last resort. Notably, ICE has no plans to place suspected COVID-19 cases in individual medical isolation in which "[e]ach isolated individual should be assigned their own housing space and bathroom" as recommended by CDC. *See* Interim Guidance at 15.

32. The Castano Declaration states that "238 detainees" are currently cohorted, there is no indication that a cohorted group will be permitted to practice social distancing as recommended by CDC (*Id.* at 16), or that a cohorted group will be provided with masks to prevent transmission of COVID-19 (*Id.* at 20).

---

[20] Wycliffe E. Wei, et al., *Presymptomatic Transmission of SARS-CoV-2 – Singapore, January 23–March 16, 2020*, https://www.cdc.gov/mmwr/volumes/69/wr/mm6914e1.htm (Apr. 1, 2020).

[21] Centers for Disease Control, Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf.

33. Finally, cohorting in a selective manner without the implementation of wide-spread testing puts everyone at very high risk of contracting and spreading COVID-19.

## C.        Social Distancing

34. The Castano Declaration discusses various social distancing measures. The measures detailed in the Castano Declaration are not sufficient to address the COVID-19 pandemic.

35. The CDC recommends the following ways to protect oneself: social distancing (keeping at least 6 feet between persons), frequent hand washing with soap and water for minimum of 20 seconds after being in public places or after sneezing or coughing, or blowing ones nose; use of hand sanitizers with at least 60% alcohol and avoid touching unwashed hands to one nose, eyes and mouth.  Furthermore, the CDC recommends cleaning all surfaces with EPA-registered disinfectants that typically contain bleach or alcohol.[22]

36. Individual as well as published accounts by journalists question the effectiveness of purported containment and mitigation efforts within jails, prisons and detention centers.  Shared facilities, "shoulder-to-shoulder" seating during meals, standard density and distances between beds and bunks in sleeping quarters as well as showers and toilets in congregate units all suggest that many routine practices have not changed in light of the current pandemic.

37. Detention centers, jails and prisons, despite what might be considered "safe capacity", are largely incapable of establishing the recommended levels of social distancing that is essential to mitigate the spread of this disease.

38. Congregate settings allow for the rapid spread of infectious disease, especially those passed by droplets through coughing and sneezing and also contact with contaminated surfaces.  Shared dining halls, bathrooms, showers, common areas, sleeping quarters, and shared equipment such as telephones, all present opportunities for greater transmission.  And while facilities might not be considered "overcrowded" by standard criteria, many of these shared facilities in the general population do not allow for the safe social distancing or regular hand hygiene practices recommended by public health experts.

39. In conclusion, the CDC guidelines require that "cohorting" should only be used as a last resort.  There is no way for immigration detention facilities to comply with CDC guidelines on social distancing and quarantining unless Respondents release detained men and women on a large scale. When release from a detained setting is an option and there is lack of testing ability and an inability to employ social distancing, it is my professional opinion that failure to release during the COVID-19 pandemic is a

---

[22] https://www.cdc.gov/coronavirus 2019-ncov/prepare prevention.html

violation of the CDC guidelines and will result in continued and wide-spread infection.

40. The analysis that I provide above regarding screening, "cohorting" and social distancing is not theoretical. In fact, there are a growing number of facilities throughout the country where the rate of infection is growing exponentially amongst both people detained as well as staff. In these settings, hundreds, and potentially thousands of people will become infected, and many will die. This is a direct result of a failure to implement the recommended measures at an early enough to stage to prevent illness and save lives. Already, some ICE facilities the numbers of detected COVID-19 infections are growing at an exponential rate. By the time facilities recognize this kind of exponential growth in detected cases, it will already be too late. Therefore, individuals should be released from detention.

41. It should also be understood that all individuals are suspectable to infection and serious life-threatening complications that can result in death. As is stated above, I am a treating physician at Weill Cornell and since the beginning of the COVID-19 pandemic I have been actively involved in our hospital's response and in directly treating patients. I have personally treated patients-many of these individuals are young and did not have any pre-existing medical conditions. Many of the patients are currently in our Intensive Care Unit (ICU) in respiratory failure and on life support.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed in New York, NY on April 13, 2020.

Joseph Shin, MD, MSc
Assistant Professor of Medicine
Weill Cornell Medicine
Division of Hospital Medicine
525 E. 68th ST. Box 331
New York, NY 10065
212-746-4071
Jos9223@med.cornell.edu

8

# EXHIBIT C

## Declaration of Dr. Pedro J. Greer, Jr.

I, Dr. Pedro J. Greer, Jr., make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

## I.   Background and Qualifications

1. My name is Pedro J. Greer, Professor of Medicine, Founding Chair of Humanities, Health, and Society and Associate Dean for Community Engagement at Florida International University Herbert Wertheim College of Medicine (FIU HWCOM) in Miami, Florida. Throughout my career, I have been an advocate for health equity by engaging communities to create effective health and social policies and accessible health care systems.

2. I have worked for the past 36 years as a physician, from Resident to Internist, Gastroenterologist and Hepatologist, Department Chair and Associate Dean.

3. My bio, attached as Exhibit A, includes a brief description of my education and relevant experience.

4. My C.V. includes a full list of my honors, experience, and publications, and it is attached as Exhibit B.

5. I am donating my time reviewing materials and preparing this report. Any live testimony I provide will also be provided *pro bono*.

6. I have testified as an expert at trial or by deposition in the past four years, in a federal case involving homeless sex offenders.

7. It is my understanding that immigration detainees in South Florida are currently held at three facilities, Glades County Detention Center (Glades), Krome Service Processing Center (Krome), and Broward Transitional Center (BTC). Glades is a county jail, which houses immigration detainees pursuant to an inter-governmental service agreement with Immigration and Customs Enforcement (ICE). Krome is owned by ICE, although daily operations are contracted out to a private company, Akima Global Services. BTC is a private facility operated by the GEO group pursuant to an ICE contract. These facilities are generally indistinguishable from other jails and prisons.

1

## II.    Heightened Risk of Epidemics in Detention Centers, Jails and Prisons

8.  As I will discuss below, the risk posed by infectious diseases in immigration detention centers, jails and prisons (together "detention facilities") is significantly higher than in the community, both in terms of multiple risks of transmission and exposure to individuals who become infected.

9.  Globally, outbreaks of contagious diseases are all too common in closed detention settings and are more common than in the community at large. Detention centers facilities are not isolated from communities. Staff, visitors, contractors, and vendors pass between communities and facilities and can bring infectious diseases into facilities. Moreover,  turnover of jail and detention center populations means that people often cycle between facilities and communities. People often need to be transported to and from facilities to attend court and move between facilities. Prison health is public health.

10. Congregate settings such as detention facilities allow for rapid spread of infectious diseases that are transmitted person to person, especially those passed by droplets through coughing and sneezing. When people must share dining halls, bathrooms, showers, and other common areas, the opportunities for transmission are greater. When infectious diseases are transmitted from person to person by droplets, the best initial strategy is to practice social distancing. When detained, people have much less of an opportunity to protect themselves by social distancing than they would in the community. Spaces within detention facilities are often also poorly ventilated, which promotes highly efficient spread of diseases through droplets. Placing someone in such a setting therefore dramatically reduces their ability to protect themselves from being exposed to and acquiring infectious diseases.

11. During an infectious disease outbreak, people can protect themselves by washing hands. Detention facilities do not provide adequate opportunities to exercise necessary hygiene measures, such as frequent handwashing or use of alcohol-based sanitizers when handwashing is unavailable. Detention facilities are often under-resourced and ill-equipped with sufficient hand soap and alcohol-based sanitizers for people detained in and working in these settings. High-touch surfaces (doorknobs, light switches, etc.) should also be cleaned and disinfected regularly with bleach to prevent virus spread, but this is often not done in jails and prisons because of a lack of cleaning supplies and lack of people available to perform necessary cleaning procedures.

12. Detention facilities are often poorly equipped to diagnose and manage infectious disease outbreaks. Some lack onsite medical facilities or 24-hour medical care. The medical facilities at jails and detention centers are almost never sufficiently equipped to handle large outbreaks of infectious diseases. To prevent transmission of droplet-borne infectious diseases, people who are infected and ill need to be isolated in

2

specialized airborne negative pressure rooms. Most detention facilities have few negative pressure rooms if any, and these may be already in use by people with other conditions (including tuberculosis or influenza). Resources will become exhausted rapidly and any beds available will soon be at capacity. This makes both containing the illness and caring for those who have become infected much more difficult.

13. Detention facilities lack access to vital community resources to diagnose and manage infectious diseases. Detention facilities do not have access to community health resources that can be crucial in identifying and managing widespread outbreaks of infectious diseases. This includes access to testing equipment, laboratories, and medications.

14. Detention facilities often need to rely on outside facilities (hospitals, emergency departments) to provide intensive medical care given that the level of care they can provide in the facility itself is typically relatively limited. During an epidemic, this will not be possible, as those outside facilities will likely be at or over capacity themselves.

15. As an outbreak spreads detention facilities and communities, medical personnel become sick and do not show up to work. Absenteeism means that facilities can become dangerously understaffed with healthcare providers. This increases a number of risks and can dramatically reduce the level of care provided. As health systems inside facilities are taxed, people with chronic underlying physical and mental health conditions and serious medical needs may not be able to receive the care they need for these conditions. As supply chains become disrupted during a global pandemic, the availability of medicines and food may be limited.

16. These risks have all been borne out during past epidemics in detention facilities. In 2019, a mumps outbreak across 57 U.S. immigration detention facilities resulted in almost 900 infections inside the facilities[1] before spreading to surrounding communities.[2] Immigration facilities have been sites of other outbreaks in just the past couple years.[3]

---

[1] Leung J, Elson D, Sanders K, et al. *Notes from the Field: Mumps in Detention Facilities that House Detained Migrants—United States, September 2018–August 2019*, MMWR Morb Mortal Wkly, 749–50 (Aug. 30, 2019), https://www.cdc.gov/mmwr/volumes/68/wr/pdfs/mm6834a4-H.pdf_____.

[2] *See* Terrence McDonald, *Bergen County Won't Say if Mumps Outbreak Affects Only Immigrant Detainees*, Northjersey.com (Jun. 13, 2019), https://www.northjersey.com/story/news/bergen/2019/06/13/bergen-county-nj-wont-say-if-jail-mumps-outbreak-hit-only-ice-inmates/1448708001. In addition, in 2019, thousands of individuals in 39 immigration detention centers across the country were exposed to chickenpox. *See* Emma Ockerman, *Migrant Detention Centers Are Getting Slammed with Mumps and Chickenpox*, Vice News (Jun. 14, 2020), https://www.vice.com/en_us/article/mb8k5q/migrant-detention-centers-are-getting-slammed-with-mumps-and-chicken-pox.

[3] Christina Potter, Outbreak Observatory *supra* n. 34, (describing outbreaks of acute respiratory illnesses like influenza, and other diseases like scabies and chickenpox).

3

17. In 2012, the CDC reported an outbreak of influenza in two correctional facilities in Maine, resulting in two inmate deaths.[4] Subsequent CDC investigation of 995 inmates and 235 staff members across the 2 facilities discovered insufficient supplies of influenza vaccine and antiviral drugs for treatment of people who were ill and prophylaxis for people who were exposed. During the H1N1-strain flu outbreak in 2009 (known as the "swine flu"), jails and prisons experienced a disproportionately high number of cases.[5] Even facilities on "quarantine" continued to accept new intakes, rendering the quarantine incomplete. These scenarios occurred in the "best case" of influenza, a viral infection for which there was an effective and available vaccine and antiviral medications, unlike COVID-19, for which there is currently neither.

### III.   Profile of COVID-19 as an Infectious Disease[6]

18. The novel coronavirus, officially known as SARS-CoV-2, causes a disease known as COVID-19. The virus is thought to pass from person to person primarily through respiratory droplets (by coughing or sneezing) but may also survive on inanimate surfaces. People seem to be most able to transmit the virus to others when they are sickest but recent data from China has demonstrated that almost 13% of transmission occurs from asymptomatic individuals before they start to show symptoms, and it is possible that transmission can occur for weeks after their symptoms resolve.[7] In China, where COVID-19 originated, the average infected person passed the virus on to 2-3 other people; transmission occurred at a distance of 3-6 feet. Not only is the virus very efficient at being transmitted through droplets, everyone is at risk of infection because our immune systems have never been exposed to or developed protective responses against this virus. A vaccine is currently in development but will likely not be able for over a year to the general public. Antiviral medications are currently in testing but not yet FDA-approved. People in detention facilities will likely have even less access to these novel health strategies as they become available.

19. Most people (80%) who become infected with COVID-19 will develop a mild upper respiratory infection but emerging data from China suggests serious illness occurs in

---

[4] *Influenza Outbreaks at Two Correctional Facilities—Maine, March 2011,* Centers for Disease Control and Prevention (2012), https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6113a3.htm.

[5] David. M. Reutter, *Swine Flu Widespread in Prisons and Jails, but Deaths are Few*, Prison Legal News (Feb. 15, 2010), https://www.prisonlegalnews.org/news/2010/feb/15/swine-flu-widespread-in-prisons-and-jails-but-deaths-are-few/.

[6] This whole section draws from Broks J. Global Epidemiology and Prevention of COVID19, COVID-10 Symposium, Conference on Retroviruses and Opportunistic Infections (CROI), virtual (March 10, 2020); *Coronavirus (COVID-19),* Centers for Disease Control, https://www.cdc.gov/coronavirus/2019-ncov/index.html; Brent Gibson, *COVID-19 (Coronavirus): What You Need to Know in Corrections,* National Commission on Correctional Health Care (February 28, 2020), https://www.ncchc.org/blog/covid-19-coronavirus-what-you-need-to-know-in-corrections.

[7] Du Z, Xu X, Wu Y, Wang L, Cowling BJ, Ancel Meyers L. Serial interval of COVID-19 among publicly reported confirmed cases. Emerg Infect Dis. 2020 Jun [date cited]. https://doi.org/10.3201/eid2606.200357

up to 16% of cases, including death.[8] Serious illness and death is most common among people with underlying chronic health conditions, like heart disease, lung disease, liver disease, and diabetes, and older age.[9] Among those individuals, the risk of poor outcomes, included the need for mechanical intervention is over 20%. Death in COVID-19 infection is usually due to pneumonia, and sepsis, and would occur between approximately 1-4% of the population. The emergence of COVID-19 during influenza season means that people are also at risk from serious illness and death due to influenza, especially when they have not received the influenza vaccine or the pneumonia vaccine.

20. The care of people who are infected with COVID-19 depends on how seriously they are ill.[10] People with mild symptoms may not require hospitalization but may continue to be closely monitored at home. People with moderate symptoms may require hospitalization for supportive care, including intravenous fluids and supplemental oxygen. People with severe symptoms may require ventilation and intravenous antibiotics. Public health officials anticipate that hospital settings will likely be overwhelmed and beyond capacity to provide this type of intensive care as COVID-19 becomes more widespread in communities.

21. In order to prevent over whelming the local health systems, aggressive containment and COVID-19 prevention is of utmost importance. To this end, most states, including Florida, have mandated COVID-19 prevention strategies, such as "shelter in place" or "stay at home" orders, which have gone beyond containment and mitigation. Detention facilities already have difficulty with containment because it requires intensive hand washing practices, decontamination and aggressive cleaning of surfaces, and identifying and isolating people who are ill or who have had contact with people who are ill, including the use of personal protective equipment. However, even with these efforts, it is impossible for detention facilities to provide the atmosphere of "shelter in place" or "stay at home" social distancing, given the number of individuals that work in and are housed in these facilities in the current system. The time to act is now. Data from other settings demonstrate what happens when detention facilities are unprepared for COVID-19. News outlets reported that Iran temporarily released 70,000 prisoners when COVID-19 started to sweep its facilities.[11]

---

[8] *Coronavirus Disease 2019 (COVID-19): Situation Summary*, Centers for Disease and Prevention (March 14, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fsummary.html.
[9] *Clinical course and risk factors for mortality of adult inpatients with COVID-19 in Wuhan, China: a retrospective cohort study*, The Lancet (published online March 11, 2020), https://www.thelancet.com/journals/lancet/articlePIIS 0140-6736(20)30566-3/fulltext.
[10] *Coronavirus Disease 2019 (COVID-19): Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease*, Centers for Disease Control and Prevention (March 7, 2002), https://www.cdc.gov/coronavirus/2 019-ncov/hcp/clinical-guidance-management-patients.html.
[11] *Iran temporarily releases 70,000 prisoners as coronavirus cases surge*, Reuters (March 9, 2020), https://www.reuters.com/article/us-health-coronavirus-iran/iran-temporarily-releases-70000-prisoners-as-coronavirus-cases-surge-idUSKBN20W1E5.

5

## IV. Risk of COVID-19 at Glades, Krome, and BTC

22. In preparing this report I have reviewed declarations of individuals detained at Glades, Krome and BTC.

23. Based on my review of the relevant literature, and my review of the declarations of individuals detained at Glades, Krome and BTC, it is my professional judgment that South Florida's immigration detention centers are under-equipped and ill-prepared to prevent and manage a COVID-19 outbreak, which would result in severe harm to detained individuals, detention center staff, and the broader community. The reasons for this conclusion are detailed as follows.

24. Detainees at all three facilities are held in dormitory-style cells or rooms. Plaintiffs at Glades and Krome report that there are at least 65 individuals sharing a living unit and in many cases far more than that number. Detainees sleep on bunk beds with just a few feet of distance between them. At BTC, a handful of detainees share small rooms. Further, plaintiffs report that they are forced to either sit close to one another while they take meals since tables and chairs are fixed to the floor or forced to wait in line together for meals. Given this layout and crowded environment in which individuals are held, it is impossible to provide an environment where social distancing can take place, depriving individuals of being able to use one of the most important CDC-recommended measures to protect themselves.

25. Even before the COVID-19 crisis, detainees at all three facilities reported having to wait several days to have access to a medical doctor for serious medical concerns.[12] Glades, for example, has only one doctor who comes in only four days a week.[13] Now, with the threat of the virus' spread through the jail population, it is unlikely whether the medical units at any of the three facilities is equipped to address both underlying chronic conditions of individuals and a potential outbreak of COVID-19 in the jail.

26. For individuals in these facilities, the experience of an epidemic and the lack of care while effectively trapped can itself be traumatizing, compounding the trauma of detention.

27. The neglect of individuals with acute pain and serious health needs under ordinary circumstances is also strongly indicative that the facilities will be ill-equipped to identify, monitor, and treat a COVID-19 epidemic. Detainees have attested to neglect of their serious medical conditions even under typical circumstances.[14] It is unlikely that when the medical units are strained both due to potential understaffing or

---

[12] Southern Poverty Law Center & Americans for Immigrant Justice, *Prison by Any Other Name: A Report on South Florida Detention Facilities* (December 9, 2019), https://www.splcenter.org/sites/default/files/cjr_fla_detention_report_final_1.pdf
[13] *Id.*
[14] *Id.*

additional burden from potential COVID-19 patients that they will be able to provide
the care necessary for those with medical needs caused by conditions other than
COVID-19.

## V.    The Practice of Cohorting

28. In preparation of this Declaration, I have been provided with the Declaration of Liana
J. Castano, dated April 8, 2020 ("Castano Declaration").

29. The Castano Declaration discusses the use of cohorting at Krome.   *See* Castano
Declaration, ¶10, 12.c..

30. Cohorting is "the practice of isolating multiple laboratory-confirmed COVID-19
cases together as a group, or quarantining close contacts of a particular case together
as a group." The CDC's *Interim Guidance on Management of Coronavirus Disease
2019 (COVID-19) in Correctional and Detention Facilities* (the "Interim
Guidance")[15] at 3. It is not the same as quarantine or medical isolation,  and is to be
used only as a last resort in those "correctional facilities and detention centers do not
have enough individual cells" for quarantine or medical isolation. The practice of
cohorting is dangerous in that it risks "transmit[ting] COVID-19 from those who are
infected to those who are uninfected." *Id.* at 19.

31. The Castano Declaration that discusses the use of cohorting directly contradicts CDC
guidance in several ways including, most critically, that ICE officials describe
cohorting as the planned response to a known COVID-19 exposure, not a practice of
last resort. Notably, ICE has no plans to place suspected COVID-19 cases in
individual medical isolation in which "[e]ach isolated individual should be assigned
their own housing space and bathroom" as recommended by CDC. *See* Interim
Guidance at 15.

32. The Castano Declaration states that "238 detainees" are currently cohorted. there is
no indication that a cohorted group will be permitted to practice social distancing as
recommended by CDC (*Id.* at 16), or that a cohorted group will be provided with
masks to prevent transmission of COVID-19 (*Id.* at 20).

33. Finally, cohorting in a selective manner without the implementation of wide-spread
testing put everyone at very high risk of contracting and spreading COVID-19.

### VI.    Conclusion

34. In conclusion, the CDC guidelines require that "cohorting" should only be used as a
last resort.  There is no way for immigration detention facilities to comply with CDC

---

[15] Centers for Disease Control, Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in
Correctional and Detention Facilities (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-
ncov/downloads/guidance-correctional-detention.pdf.

7

guidelines on social distancing and quarantining unless Respondents release detained men and women on a large scale. When release from a detained setting is an option and there is lack of testing ability and an inability to employ social distancing, it is my professional opinion that failure to release during the COVID-19 pandemic is a violation of the CDC guidelines and will result in continued and wide-spread infection.  Continued and wide-spread infection will not only occur in the detention facilities but also in the community.  Health in detention facilities is community health. Protecting the health of individuals who are detained in and work in these facilities is vital to protecting the health of the wider community.

I, Dr. Pedro J. Greer, Jr., make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

Pedro Greer Jr., MD, FACP, FACG
Professor of Medicine
Associate Dean for Community Engagement
Chair of the Department of Humanities, Health & Society
Florida International University
Herbert Wertheim College of Medicine
11200 SW 8th Street, HLSII 685
Miami, Florida 33199
T: 305-348-4554 | D: 305-348-0619
greerp@fiu.edu

Dated: April 14, 2020

# EXHIBIT D

The declaration of Liana J. Castano, acting officer in charge of the KROME Service Processing center ("Castano declaration" ECF No. 33-1), should not be used as a official statement. If a person like acting officer in charge of the KROME service Processing Center Mrs. Liana J. Castano, was or is giving sworn statements that that should be from her own personal experience and not from he said, she said it. I know from personal experience, because I was in the KROME Detention Center Miami facility first time from March 2, 2020, until April 22, 2020, and back again from June 12, 2020, until June 29, 2020. I was never tested for COVID-19, or for any respiratory illness, or respiratory tested for COVID-19, in the KROME Detention Center Miami. I was only screened for a temperature and for blood pressure, and I was not once put in isolation for quarantine for 14 days. Since COVID-19 started the KROME Detention Center Miami, medical staff, ICE officers, and Akima Global Services L.L.C. (AGS) Detainee officers, AGS kitchen staff, AGS maintaince staff, and cleaning staff did not wear any protective gear, like masks or gloves. AGS Detention Officers did not wear mask or gloves while they were with us 24/7, in the housing unit. We was not provided with masks, and when we asked for masks, the medical staff and AGS Detainee Officers would say that they don't have it and that if we would wear it, then the other detainees from other housing units would be in panic that we are sick. My housing unit building 11, was the first one that was quarantined for 14 days in the KROME Detention Center Miami. Even when they put our whole housing unit in the quarantine we was not given masks, no soaps, wipes, and we was overcrowded in our building 11. AGS Detainee Officers had to bring and serve us in the housing unit breakfast, lunch, and dinner. We detainees had to eat on our beds every meal, because there are only around 25-30 seats with tables, and there was more then 110-115 detainees, and our housing unit had beds for only 100 detainees. On the wall of our housing unit building 11 there is a sign that says maximum 80 detainees, and there are 100 beds, plus AGS Detainee Officers would bring green fold up camping beds so they could accommodate more detainees. At one time there was more than 120 of detainees in our housing unit, and we could not breathe because the air ventilation and AC are not made for that big capacity. As we were eating on our beds, the food would drop all over, and at the KROME Detention Center Miami, the blankets are only washing on Sunday, and with that said we would sleep on dirty beds for 7 days. My housing unit building 11 went two times back to back in the 14 days quarantine, and while we was under the quarantine AGs Detainee Officers would bring more detainees in our housing unit, and when we would ask

1



why, they would say ICE told them and that they need to do by the ICE orders. When I came back second time to the KROME Detention Center Miami on June 29, 2020, I was only screened for a temperature and blood pressure. That same day I was put in the housing unit Pot 3, and with that said I was not put in the isolation for 14 days before entering the general population (as it can be seen from my transfer dates and housing unit intake FILE E). While I was being booked not one person, AGS Detainee Officers, or medical staff did not ask me was I put in the isolation for 14 days prior to the transfer, was I tested for COVID-19, or was I in the contact with someone who was positive with COVID-19. When I was being transferred on the June 29, 2020. AGS Detainee Officer made me sign paper that I was being tested for COVID-19 prior to the transfer and that never happened and can be verified by video recording. Every detainee who was being transferred that day with me had to sign that COVID-19 test was being done on the detainee ( I have attached notarized statement with FILE E0   All this can easily be verified by checking the video recordings of the KROME Detention Center Miami, and detainees intake, housing, and medical paperwork. High ranking officials should not give so important statements, that can harm people-in this case detainees, without first checking all the facts., because at the end they give false statements and doing big harm to the people-detainees not even being aware of that. I can say all this because I felt it on my own skin and from my own experience, and still felling it going through hell, especially because of the COVID-19, and unsafe conditions in all detention facilities that I was and still am. Every day being afraid to contract COVID-19, because staff at detention centers don't work by the CDC regulations and guidelines, and with that putting my life and life of other detainees in danger.  Here in Glades County Detention Center officers and medical staff are taking off masks and gloves. Glades C.D.C. officers and medical staff don't wear protective suits when they go to B1 dorm that is a quarantine unit, and then in the same uniforms, with no gloves, or protective masks, and with no cleaning medical unit chart, come to our dorm B1 and give us medications, or serve food. That way I am every day in constant fear of contracting COVID-19, and dying of it, just like so far 5 detainees died of COVID-19 in ICE custody, and one detainee died from Glades County Detention Center. This things could be prevented if there are not given false statements of officials that are working for ICE, or detention centers (jails), hiding things when inspections are coming, moving detainees to other facilities like Bakers County Jail in Jacksonville, and Wakulla County Jail in Tallahassee (that I know because I was moved to those facilities), and there are other facilities like Louisiana, and in Atlanta.

Before inspection in the KROME Detention Center Miami housing units are at maximum capacity or overcrowded, and when inspection is coming then there is in each dorm only around 35-40% of detained per housing unit. That can easily be verified by checking their logbooks, computer entries about detainees, and by checking video recording, and by checking bus transports and transfer logbooks.

Yours respectfully

Sebastian Radetic

State of _FLORIDA_
County of _GLADES_     3 PAGES
Subscribed and sworn to (or affirmed) before me this
_4_ day of _SEPTEMBER 2020_
By _SEBASTIAN RADETIC_
Personally known _____ OR produced identification _EC&020MNI00162A_
Type identification produced _GLADES COUNTY DETENTION CENTER_

_____ Notary Public



CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters



3

1160

## PRIORITY MAIL 1-DAY®

1 Lb 6.80 Oz

1006

EXPECTED DELIVERY DAY:  09/11/20

C075

SHIP
TO:
400 N MIAMI AVE
RM 11-2
Miami FL 33128-1810

This mail originated from
the Glades County Jail

### USPS TRACKING® NUMBER

9505 5161 3972 0254 0439 28

SEBASTIAN NADETIC 2000 1620
GLADES COUNTY DETENTION
P.O. BOX 39
MOORE HAVEN, FL. 33471

JUDGE MARCIA G. COOKE
WILKIE D. FERGUSON, JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE, ROOM 11-
MIAMI, FLORIDA 33128

By

Overnight
Priority