AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

FILED BY PG D.C.

SEP 11 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Sebastian Radetic
Plaintiff/Petitioner

v.

Immigration and Customs Enforcements
Defendant/Respondent

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Glades County Detention Center. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0,00, and my take-home pay or wages are: $ 0,00 per *(specify pay period)* 8.19.2019 – 9.9.2020

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

No

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

No

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

No

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

No

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 09.09.2020

*Applicant's signature*

SEBASTIAN RADOTIC

*Printed name*

# Resident Transactions

Transactions From 6/29/2020 12:00 AM to 8/26/2020 11:59 PM

## 20001620 : RADETIC, SEBASTIAN

1 DORM 1 A 093

Main Balance: $18.70

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 337015 | 8/24/2020 | BillPay | PAYMENT FOR TRANS 337014 | -$7.20 |
| 337014 | 8/24/2020 | Bill | Commissary : COMMISSARY 8/24/2020 REF:730 | |
| 335207 | 8/20/2020 | BillPay | PAYMENT FOR TRANS 335206 | -$4.50 |
| 335206 | 8/20/2020 | Bill | Commissary : COMMISSARY 8/20/2020 REF:728 | |
| 333575 | 8/17/2020 | BillPay | PAYMENT FOR TRANS 333574 | -$19.60 |
| 333574 | 8/17/2020 | Bill | Commissary : COMMISSARY 8/17/2020 REF:724 | |
| 333202 | 8/16/2020 | CredPay | PAYMENT FOR TRANS 333201 | $50.00 |
| 333201 | 8/16/2020 | Credit | Telmate Deposits : 1219010433 From: Credit at 8/16/2020 10:01:04 PM | |
| 330540 | 8/10/2020 | BillPay | PAYMENT FOR TRANS 330539 | -$12.20 |
| 330539 | 8/10/2020 | Bill | Commissary : COMMISSARY 8/10/2020 REF:717 | |
| 328636 | 8/6/2020 | BillPay | PAYMENT FOR TRANS 328635 | -$13.20 |
| 328635 | 8/6/2020 | Bill | Commissary : COMMISSARY 8/6/2020 REF:713 | |
| 328099 | 8/5/2020 | CredPay | PAYMENT FOR TRANS 328098 | $25.00 |
| 328098 | 8/5/2020 | Credit | Telmate Deposits : 1216245103 From: Credit at 8/5/2020 11:09:19 AM | |
| 327248 | 8/3/2020 | BillPay | PAYMENT FOR TRANS 327247 | -$3.60 |
| 327247 | 8/3/2020 | Bill | Commissary : COMMISSARY 8/3/2020 REF:706 | |
| 325415 | 7/30/2020 | BillPay | PAYMENT FOR TRANS 325414 | -$6.95 |
| 325414 | 7/30/2020 | Bill | Commissary : COMMISSARY 7/30/2020 REF:704 | |
| 324060 | 7/27/2020 | BillPay | PAYMENT FOR TRANS 324059 | -$16.95 |
| 324059 | 7/27/2020 | Bill | Commissary : COMMISSARY 7/27/2020 REF:702 | |

# 20001620 : RADETIC, SEBASTIAN

1 DORM 1 A 093

Main Balance: $18.70

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 322154 | 7/23/2020 | BillPay | PAYMENT FOR TRANS 322153 | -$17.55 |
| 322153 | 7/23/2020 | Bill | Commissary : COMMISSARY 7/23/2020 REF:699 | |
| 320778 | 7/20/2020 | BillPay | PAYMENT FOR TRANS 320777 | -$21.10 |
| 320777 | 7/20/2020 | Bill | Commissary : COMMISSARY 7/20/2020 REF:695 | |
| 319009 | 7/16/2020 | BillPay | PAYMENT FOR TRANS 319008 | -$14.55 |
| 319008 | 7/16/2020 | Bill | Commissary : COMMISSARY 7/16/2020 REF:692 | |
| 317693 | 7/13/2020 | BillPay | PAYMENT FOR TRANS 317692 | -$23.30 |
| 317692 | 7/13/2020 | Bill | Commissary : COMMISSARY 7/13/2020 REF:688 | |
| 317358 | 7/12/2020 | BillPay | PAYMENT FOR TRANS 317357 | -$10.75 |
| 317357 | 7/12/2020 | Bill | Phone Debit Time : Phone time ordered through the Phone System | |
| 316275 | 7/10/2020 | BillPay | PAYMENT FOR TRANS 316274 | -$10.75 |
| 316274 | 7/10/2020 | Bill | Phone Debit Time : Phone time ordered through the Phone System | |
| 315792 | 7/9/2020 | BillPay | PAYMENT FOR TRANS 315791 | -$9.90 |
| 315791 | 7/9/2020 | Bill | Commissary : COMMISSARY 7/9/2020 REF:683 | |
| 314315 | 7/6/2020 | BillPay | PAYMENT FOR TRANS 314314 | -$15.00 |
| 314314 | 7/6/2020 | Bill | Commissary : COMMISSARY 7/6/2020 REF:677 | |
| 312542 | 7/2/2020 | BillPay | PAYMENT FOR TRANS 312541 | -$33.15 |
| 312541 | 7/2/2020 | Bill | Commissary : COMMISSARY 7/2/2020 REF:675 | |
| 311671 | 6/30/2020 | Add | Check# 16262 new intake | $183.95 |
| 311561 | 6/29/2020 | Open | RESIDENT RE-OPEN | $0.00 |

Krome Service Processing Center

Resident Account Summary

Tuesday, June 16, 2020 @20:10

For ALIEN #: 209214450 RADETIC, SEBASTIAN

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 06/16/2020 | KIOSK CASH | BOOKING KIOSK CASH DEPOSI' | 251.00 | 251.00 | 0.00 | 0.00 | 06/16/2020 |
| 06/16/2020 | ZERO BOOKIN | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 0.00 | 0.00 | 06/16/2020 |
| 06/15/2020 | WDRAWAL CAS | RELEASE OR CLOSEOUT TRANS/ | -251.04 | 0.00 | 0.00 | 0.00 | 06/15/2020 |
| 06/15/2020 | SECUREDEPOS | 44282119 Serpico Michael | 200.00 | 251.04 | 0.00 | 0.00 | 06/15/2020 |
| 06/15/2020 | DEPOSIT CHE | WAKULLA/ 20300/ 4844512 | 51.04 | 51.04 | 0.00 | 0.00 | 06/15/2020 |
| 06/12/2020 | ZERO BOOKIN | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 0.00 | 0.00 | 06/12/2020 |
| 04/22/2020 | WDRAWAL CHE | RELEASE GLADES A#20921445 | -19.22 | 0.00 | 0.00 | 0.00 | 04/22/2020 |
| 04/22/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -10.00 | 19.22 | 0.00 | 0.00 | 04/22/2020 |
| 04/07/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 29.22 | 0.00 | 0.00 | 04/07/2020 |
| 04/06/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.86 | 29.48 | 0.00 | 0.00 | 04/06/2020 |
| 04/05/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 30.34 | 0.00 | 0.00 | 04/05/2020 |
| 04/02/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.52 | 30.69 | 0.00 | 0.00 | 04/02/2020 |
| 03/26/2020 | EPR | OID:100597721-ComisaryPur | -5.25 | 31.21 | 0.00 | 0.00 | 03/26/2020 |
| 03/25/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 36.46 | 0.00 | 0.00 | 03/25/2020 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.78 | 36.72 | 0.00 | 0.00 | 03/24/2020 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 37.50 | 0.00 | 0.00 | 03/24/2020 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -1.64 | 37.85 | 0.00 | 0.00 | 03/24/2020 |
| 03/24/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -1.30 | 39.49 | 0.00 | 0.00 | 03/24/2020 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 40.79 | 0.00 | 0.00 | 03/23/2020 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.61 | 40.96 | 0.00 | 0.00 | 03/23/2020 |
| 03/23/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 41.57 | 0.00 | 0.00 | 03/23/2020 |
| 03/22/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.43 | 41.74 | 0.00 | 0.00 | 03/22/2020 |
| 03/20/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -1.38 | 42.17 | 0.00 | 0.00 | 03/20/2020 |
| 03/20/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 43.55 | 0.00 | 0.00 | 03/20/2020 |
| 03/19/2020 | EPR | OID:100595830-ComisaryPur | -5.25 | 43.72 | 0.00 | 0.00 | 03/19/2020 |
| 03/18/2020 | EPR | OID:100595531-ComisaryPur | -1.75 | 48.97 | 0.00 | 0.00 | 03/18/2020 |
| 03/16/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 50.72 | 0.00 | 0.00 | 03/16/2020 |
| 03/15/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -5.00 | 50.89 | 0.00 | 0.00 | 03/15/2020 |
| 03/15/2020 | EPR | OID:100594414-ComisaryPur | -1.75 | 55.89 | 0.00 | 0.00 | 03/15/2020 |
| 03/15/2020 | EPR | OID:100594413-ComisaryPur | -5.25 | 57.64 | 0.00 | 0.00 | 03/15/2020 |
| 03/13/2020 | EPR | OID:100593578-ComisaryPur | -6.90 | 62.89 | 0.00 | 0.00 | 03/13/2020 |
| 03/07/2020 | EPR | OID:100591867-ComisaryPur | -1.75 | 69.79 | 0.00 | 0.00 | 03/07/2020 |
| 03/07/2020 | EPR | OID:100591862-ComisaryPur | -3.50 | 71.54 | 0.00 | 0.00 | 03/07/2020 |
| 03/06/2020 | EPR | OID:100591375-ComisaryPur | -5.15 | 75.04 | 0.00 | 0.00 | 03/06/2020 |
| 03/06/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -10.00 | 80.19 | 0.00 | 0.00 | 03/06/2020 |
| 03/05/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -5.00 | 90.19 | 0.00 | 0.00 | 03/05/2020 |
| 03/04/2020 | PHONE PURCH. | PHONE TIME PURCHASE | -5.00 | 95.19 | 0.00 | 0.00 | 03/04/2020 |
| 03/03/2020 | DEPOSIT CHE | 4948354/107306/MONROE | 100.19 | 100.19 | 0.00 | 0.00 | 03/03/2020 |
| 03/02/2020 | ZERO BOOKIN | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | 03/02/2020 |

1. Sebastian Radetic
2. Glades County Detention Center
   1297 East State Road 78
   b. 209214450

3. Federal Authorities
4. Being held on immigration charges
5. Immigration detention
6. Miami Field Office Immigration and Customs Enforcement
Glades County Detention center
1297 E. State Road 78
Moore Haven, FL. 33471
b. Alien # 209214450
7. No
b. Because I have voluntary departure so I could not appeal
8. No
b. Because of my voluntary departure I did not have reason to appeal
9. No
b. because of voluntary departure I did not have reason to appeal
10. No
11. No
12. No